Unsealed JUL 18 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD(s)

IN RE SUPERSEDING INDICTMENT

_____/

FILED by _____ D.C.
JUL 17 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL

COMES NOW the United States of America, by and through its undersigned attorney, and respectfully requests that the superseding indictment and any resulting order be sealed, until such time the United States serves a protective order and seizure warrant to preserve the assets named in the forfeiture provision of the superseding indictment, or until further order of the Court, except that the United States Attorney's Office may obtain copies of the superseding indictment and other sealed documents, for purposes of restraining or seizing such assets, or any other necessary cause, for the reason that the named assets may dissipate should knowledge of the superseding indictment become public.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
JAMES M. KOUKIOS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500915
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9324 Office
(305) 536-7976 Facsimile