JUL 18 2008

UNITED STATES DISTRICT COURT Unsealed
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD(s)

IN RE SUPERSEDING INDICTMENT
_____/

FILED by _____ D.C.

JUL 17 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the superseding indictment and this order shall be filed under seal until the United States serves a protective order and seizure warrant to preserve the assets named in the forfeiture provision of the superseding indictment, or until further order of the Court, except that the United States Attorney's Office may obtain copies of the superseding indictment and other sealed documents, for purposes of restraining or seizing such assets, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 17 day of July, 2008.

ROBERT L. DUBE
UNITED STATES MAGISTRATE JUDGE

cc:   James M. Koukios, AUSA