# EXHIBIT LIST

| UNITED STATES v. RALPH MERRILL | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| ASSISTANT U.S. ATTORNEYS: ELOISA D. FERNANDEZ,<br>ADAM SCHWARTZ &<br>JAMES KOUKIOS<br><br>DEFENSE COUNSEL:          PETER STIRBA | CASE NUMBER:   08-20574-CR-JAL(s)<br>JUDGE:          JOAN A. LENARD<br>          WILLIAM C. TURNOFF |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| A | Report of Investigation Dated April 24, 2008 | | | |
| B | March 31, 2008 Email attaching Letter Suspending Ammunition Shipments | | | |
| C | *New York Times* Article | | | |
| D | Report of Investigation Dated May 7, 2008 | | | |
| D-1 | Email Dated April 25, 2007 (Attachment 1 to Ex. D) | | | |
| D-2 | Email Dated May 16, 2007 (Attachment 2 to Ex. D) | | | |
| D-3 | Email Dated January 31, 2007 (Attachment 3 to Ex. D) | | | |
| D-4 | Email Dated February 5, 2007 (Attachment 4 to Ex. D) | | | |
| D-5 | Email Dated April 29, 2007 (Attachment 5 to Ex. D) | | | |
| E | May 8, 2008 Notes of S/A Vazquez | | | |
| F | May 8, 2008 Grand Jury Testimony of Ralph Merrill | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
| G | May 15, 2008 Letter from Bradley P. Rich to AUSA Eloisa D. Fernandez | | | |
| H | Proposed Plea Agreements and Grand Jury Subpoena for Ralph Merrill | | | |
| I | March 17, 2006 Email "AEY Status" | | | |
| J | February 22, 2008 Email "Re: Urgent BLM Trouble" | | | |
| K | Documents Provided By Ralph Merrill [RM 0001; RM0012-40] | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |
|     |                        |         |              |               |