```
 1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
 3              CASE NO. 08-20574-CR-LENARD/TURNOFF
   _____
 4                             |            MIAMI, FLORIDA
   UNITED STATES OF AMERICA,   |
 5                             |
                 Plaintiff,    |            FEBRUARY 12, 2010
 6                             |
         vs.                   |
 7                             |
   AEY, INCORPORATED, et al.,  |
 8                             |
                 Defendants.   |
 9   _____x
10
11                  TRANSCRIPT OF MOTIONS HEARING
                BEFORE THE HONORABLE WILLIAM C. TURNOFF,
12                   UNITED STATES MAGISTRATE JUDGE
13   APPEARANCES:
14   FOR THE GOVERNMENT:        ADAM SCHWARTZ, ESQ.
                                JAMES A. WEINKLE, ESQ.
15                              ELOISA D. FERNANDEZ, ESQ.
                                Assistant U.S. Attorneys
16                              99 Northeast 4th Street
                                Miami, FL 33132      305.961.9000
17
     FOR DEFENDANT MERRILL:     PETER STIRBA, ESQ.
18                              Stirba & Associates
                                315 South State Street
19                              Salt Lake City, UT 84111
                                                  801.364.8300
20
     REPORTED BY:               LARRY HERR, RPR-RMR-FCRR-AE
21                              Official United States Court Reporter
                                Federally Certified Realtime Reporter
22                              400 North Miami Avenue, Room 8N09
                                Miami, FL  33128      305.523.5290
23
24
25
```

1          THE COURT:  Nice to see you all.

2          This is U.S.A. vs. AEY, Incorporated, et al., Case No.

3   08-Cr-20574-Judge Lenard.

4          Let's have appearances, please, starting with the

5   United States.

6          MR. SCHWARTZ:  Good afternoon, Your Honor.  On behalf

7   of the United States, Adam Schwartz, Eloisa Fernandez and James

8   Weinkle.

9          MS. FERNANDEZ:  Good afternoon, Your Honor.

10         MR. STIRBA:  And Peter Stirba, Your Honor, appearing

11  on behalf of defendant, Ralph Merrill.

12         THE COURT:  All right.  Folks, I can assure you we

13  have looked at everything.  Okay?  Everything.  I just want

14  that on the record.  We considered everything as best as we

15  could.  So don't be misled by anything I say, any questions,

16  any comments.  They may or may not reflect my thinking.  Okay?

17  So I want you to know everything is being considered.

18         Now, we have a number of matters here noticed and

19  unnoticed.  So I'll go through them and see what we could do,

20  because you have a status conference on this on Tuesday before

21  Judge Lenard, correct?

22         MR. SCHWARTZ:  Yes, Your Honor.

23         THE COURT:  So bear that in mind that you're going in

24  front of the trial court on Tuesday.  So I want to be as

25  helpful as I can be, but I don't want to get in the way.  Are

1   you with me?

2          MR. SCHWARTZ:  Yes, Your Honor.

3          THE COURT:  And Tuesday is the next business day after

4   today.  Monday is a holiday.

5          Now, let's look at No. 1.  Defendant Ralph Merrill's

6   motion for order to show cause.  That's docket entry 497.  Are

7   you with me?

8          MR. SCHWARTZ:  Yes, Your Honor.

9          THE COURT:  And just by way of summary, motion to show

10  cause, you seek the entry of an order directing the Department

11  of State to appear and show cause why it should not be held in

12  contempt for its willful refusal to release documents pursuant

13  to a subpoena duces tecum, just by way of summary.  Okay?  Just

14  for the record.

15         Let me hear from the Government.  I'm going to ask

16  everybody to get to the point.  Okay?  If you think any grave

17  injustice is being done, we'll attend to it, but get to the

18  point.  Like if a word will answer it, great; if a sentence can

19  answer it, great.  Go ahead.

20         MR. WEINKLE:  Your Honor, the --

21         THE COURT:  You are, for the record?

22         MR. WEINKLE:  I'm sorry.  James Weinkle, AUSA, on

23  behalf of the Department of State and the United States.

24         THE COURT:  Do you work for the DOJ or the Department

25  of State?

1        MR. WEINKLE:  I work for DOJ.

2        THE COURT:  What section?

3        MR. WEINKLE:  In the Civil Division of the United

4 States Attorney's Office in Miami.

5        THE COURT:  So you're here, right?

6        MR. WEINKLE:  Yes, sir, on behalf of the State

7 Department.

8        Your Honor, the State Department and Government have

9 filed a response in opposition to the motion for order to show

10 cause.  The response details why the documents at issue are not

11 relevant, and we assert various privileges, including the

12 investigatory file is privileged, which is also known as the

13 law enforcement privilege, the deliberative process privilege,

14 the concerted Privacy Act issues and concerns, as well as

15 attorney-client privilege on certain documents, and grand jury

16 issues on certain documents.

17        But the bottom line, Your Honor, is that these

18 documents that are requested from the OIG, the Office of the

19 Investigator General in the State Department, who did a limited

20 scope investigation, are just completely irrelevant to this

21 suit.

22        What that investigation related to was -- it had to do

23 with a letter that was sent by Congressman Waxman to then

24 Secretary of State Condoleezza Rice as to whether embassy

25 employees in Albania had covered up information or not fully

1  disclosed information to the House Oversight Committee of which

2  Congressman Waxman was on.

3       That investigation revealed that there was absolutely

4  no cover-up, no obstruction of justice, and the employees,

5  including the Ambassador, were exonerated.  The documents

6  that -- the Office of Inspector General documents are related

7  completely to that investigation, and they are absolutely not

8  material to the defendant's cause in this case, or the defense.

9       The Department of State invoked various issues,

10  including its 2(E) regulation, that the defendant had to comply

11  with.  It's the Department's position that those issues still

12  have not been -- that the defendant has not complied with the

13  Department's 2(E) regulations by showing the relevancy and

14  materiality of these particular documents.

15       That is it in a nutshell, Your Honor.

16       THE COURT:  What, if anything, in connection with this

17  motion has been produced, whether under seal or other privilege

18  or --

19       MR. WEINKLE:  Your Honor, there are a number of

20  documents within the Office of Inspector General's documents

21  that have been produced, and we've submitted under seal a log

22  of the entire universe of documents which we have provided that

23  confidential log to the defendant.  Among the documents are the

24  reports --

25       THE COURT:  Let me stop you there.  So with respect to

1   all of the documents in issue, and notwithstanding all of your

2   objections, you filed a log that addresses each of the

3   documents?

4           MR. WEINKLE:  Exactly, Your Honor.

5           THE COURT:  How is that identified?

6           MR. WEINKLE:  By Bates number, Your Honor, and we've

7   identified the creator of the document, we've identified the

8   privilege, we have identified Privacy Act considerations.  We

9   have also noted in a note section what documents have been

10  produced.

11          THE COURT:  For the defendant?

12          MR. WEINKLE:  And it's been provided to the defendant.

13          THE COURT:  The privilege log, and that has been filed

14  under seal, correct?

15          MR. WEINKLE:  Yes, Your Honor.

16          THE COURT:  The documents themselves, where are they?

17  Have they been filed under seal?

18          MR. WEINKLE:  The documents have not been filed under

19  seal.

20          THE COURT:  You have them all?

21          MR. WEINKLE:  I do, Your Honor.

22          THE COURT:  And I previously ordered, I'm not sure

23  whether I did, because there have been so many motions here,

24  but I'm making it clear now, and this supersedes any other

25  order that relates to these matters with respect to all of

1   these objected to documents.  You are to preserve them intact,

2   unredacted.  The Government has preserved them, to keep custody

3   and control of them, unredacted; and if they're not going to be

4   filed, even under seal, but you are to keep them.  You follow

5   me?

6           MR. WEINKLE:  Yes, Your Honor.

7           THE COURT:  If the Court wants to see them, whether

8   it's Judge Lenard, the 11th Circuit, whether Judge Lenard wants

9   me.  Do you follow what I'm saying?

10          MR. WEINKLE:  Yes, Your Honor.

11          THE COURT:  So the state of the record is that you

12  have raised all of these objection to production, and

13  notwithstanding that, you filed a sealed log setting forth your

14  objections.  I'm trying to make a record here, too.  And you

15  have all of the documents in question unredacted that would be

16  available upon court order or for production?

17          MR. WEINKLE:  Correct, Your Honor.  I just want to

18  clarify one aspect of the Court's directive, and that is I have

19  them as the Office of Inspector General has them.  Some of

20  those documents within, that the Office of Inspector General

21  has were already redacted by the time the office got them.  So

22  I have them.

23          THE COURT:  Let me stop there.

24          MR. WEINKLE:  Yes.

25          THE COURT:  Before the Office of Inspector General of

1  the State Department got them?

2        MR. WEINKLE:  Yes, Your Honor.

3        THE COURT:  Who did the redacting?

4        MR. WEINKLE:  That was done, from my understanding, by

5  the intelligence community.

6        THE COURT:  Okay.  But it's understood whatever you

7  have, whatever you received, and you've explained its status,

8  that's to be preserved.  You understand that?

9        MR. WEINKLE:  Correct, Your Honor.

10       And then I also want to say one other thing with

11  respect to redaction.  There are a number of documents --

12       THE COURT:  Counsel for the defense, the intelligence

13  community, I'm not a member of that club, but I think I

14  understand what you're saying.

15       MR. STIRBA:  Oh, I wouldn't demean yourself.  You

16  actually are.

17       MR. WEINKLE:  Your Honor, there are a small number of

18  documents which we've noted on the privilege log where personal

19  information such as phone numbers and social security numbers

20  were redacted by the Office of Inspector General.

21       THE COURT:  Is that all a part of -- I'm sorry.  After

22  the Inspector General got the redacted stuff, they went and

23  redacted phone numbers and social security numbers, correct?

24       MR. WEINKLE:  Correct, Your Honor.

25       THE COURT:  And that's what you have, right?

1          MR. WEINKLE:   Correct, Your Honor.

2          Your Honor, that is it in a nutshell.  I'll be glad to

3  reply to any particular issues.  Thank you, Your Honor.

4          THE COURT:  You've hit it right on the nose, and I

5  wanted to put this on the record.

6          Counsel for defendant, I will hear from you, but I

7  will tell you, having reviewed everything -- by the way, you're

8  just a superb lawyer on behalf of your client.  But I am

9  prepared to deny this motion.  I mean, the show cause.  They

10  have just shown cause.

11          But the actual relief that you're requesting, I am

12  prepared to deny it.  I think it's an easy call.  I think for a

13  variety of reasons set forth by the Government which I agree

14  with, but I'm just telling you at the start so then you can

15  address that.

16          It obviously is, I've ordered those documents

17  preserved, and no further redactions preserved, because we're

18  going to get to this point later about the in camera business.

19          But right now, basically, my impression is that you

20  are just -- you do everything you can, and you should for your

21  client, but this is beyond a fishing expedition.  This is like

22  the longest reel I've seen.

23          I do not see how you've met your burden of proof with

24  respect to actually getting, having access, reviewing the stuff

25  that's at issue.  I think the best that I could do is that I

1    order that it's preserved, there's access to it, that Judge

2    Lenard can conclude that you should see it or that she should

3    see it.   The 11th Circuit may conclude that if Judge Lenard

4    agrees with me, or, remember, she's at a different stage.

5    She's at the trial stage.   But it's there.

6          And I must tell you, Counsel, because I've been around

7    a long time and I have had cases like this, much more

8    complicated and more sensitive, but it's rare that you're

9    getting this much on this kind of -- and it's going too far.

10   So I just wanted to put things in perspective.

11         You have prevailed and you have gotten things that a

12   normal defense attorney wouldn't take the time to do or try.

13   And I would take up a lot of time looking at this, but that is

14   my thinking.   So I don't want you to think that I have not

15   considered all of your arguments.

16         And I was aware of the Government's position before

17   they stood up.   I just wanted a clear statement on the record

18   of what the state of the record is.

19         With that, Counsel.   Spell out the motion, so that's

20   what I'm saying --

21         MR. STIRBA:   Thank you, Judge.   I don't want to

22   belabor this.   I need to make this record.

23         First of all, it's a 17(C) subpoena duces tecum.   We

24   felt we met the standards in our brief under U.S. vs. Nixon as

25   to relevancy, admissibility and specificity.   We are limiting

1  our request, if I may, to actually, now that we have a

2  privilege log, to just OIG reports as opposed to witness

3  interviews and other material contained in that privilege log

4  which we think are clearly admissible as business records under

5  803(6).

6          Moreover, Judge, the investigation, if I understand,

7  there's a footnote that the Government provided in one of the

8  matters that you're going to address, which is a motion to

9  compel, where they describe this particular investigation as

10 focusing narrowly on what was represented to Congress, to

11 Waxman's committee.

12         Quite frankly, Judge, there is a very specific request

13 about interaction that the embassy had with AEY, which actually

14 addresses a meeting or a series of meetings that took place in

15 May of 2007.

16         The documents which the Government has provided us, at

17 least to this point, show that the representation made to

18 Congress in an official document signed off by Ambassador

19 Withers characterizing the meeting that took place, or the

20 series of meetings that took place with representatives of AEY

21 and representatives of the embassy was false; that is, it was

22 misdescribed and not correct based upon the embassy's own

23 representations in materials provided to the Government.

24         That's why we believe it's entirely relevant that we

25 have the information about what the OIG determined relative to

 1   that precise question that was asked Congress, the precise

 2   information provided by these embassy employees that goes, I

 3   think, to a very critical meeting that occurred with one of the

 4   now co-defendants who has pled, and a discussion about the

 5   contract and specifically the company that had the contract

 6   with the Government.

 7          So it is on that basis that we issued the subpoena,

 8   and I think that's the record that I need to make, Judge.

 9          THE COURT:  You made an excellent record and also for

10   the Court, and I'll say, this is just to repeat the obvious, it

11   does not need to be said, the Government has made certain

12   representations as officers of the court and as representatives

13   of the United States.  That's on the record.

14          The Government is also aware of its obligations under

15   case law, statute and rule with respect to what should be

16   disclosed to the defense.  Napue, Giglio, any other rule,

17   relevance or fairness, credibility, guilt or innocence, so

18   forth and so on.

19          And consistent with that you have made in writing and

20   here at the Bar of the Court the representations that you have,

21   that you have not failed to turn over anything that's required

22   by the case law, the rules, consistent, whether requested by

23   the defendant or not.

24          Government, would that be a correct statement?

25          MR. SCHWARTZ:  Yes, Your Honor.

```
 1          THE COURT:  So, for the reasons stated in open court,
 2    I am -- all this is going to be reduced to writing, folks, but
 3    I want to let you know what my order is going to be before you
 4    get before Judge Lenard.
 5          By the way, everything I do, one way or the other, I'm
 6    not encouraging you to do it and it's not a free ride.  But you
 7    could appeal me, both sides, to Judge Lenard.  You follow me?
 8    Yeah, but I'm not telling you to do it, and like I say it's not
 9    a free ride, but if you're aggrieved, you can come along, it's
10    important, you can take it up on appeal to Judge Lenard under
11    the rules.  Okay?  I'm doing the best I can at my low level.
12          But your motion is docket entry 497, is denied
13    consistent with the instructions that I've given in open court
14    to the Government.
15          Now, the next thing is non-party United States,
16    Department of State's motion for leave to file document under
17    seal, document 556.  I guess there's no reason why I can't
18    grant that, right?
19          MR. WEINKLE:  I would hope you would grant that.
20          THE COURT:  Okay.  It's granted.
21          One of the questions that we have here is, this is
22    docket entry 556.  Is there anything else that was actually
23    ruled upon or not?
24          Government, and I don't want to take a lot of time if
25    you don't know, but this record is confusing because there's so
```

1   many sealed documents.  And we know that this motion is docket

2   entry 556, the non-party motion that you can file document

3   under seal.  But the same day that that was filed, we have a

4   docket entry 559, also previously docket entry 554, 555, 558,

5   565.

6          Here's what I'm going to do, folks, to save time.

7   Okay?  I have just ruled on the unopposed motion, docket entry

8   556.  I want you all to stay here when I leave and see if we

9   can clear up any confusion concerning 554, 556, 558 and 565.

10  Okay?  You created the problem, you help solve it.

11         The problem I have is that, although Patty is here who

12  is a very experienced deputy, my regular deputy is not here.

13  But Patty will do the best she can.  Because I think this may

14  have come up before, I'm not sure, Patty.  That's why I'm

15  saying.  But she has access to our computer filing system.

16  You'll stay here, too.

17         So, in other words, if there's anything that you could

18  agree that is a ministerial matter I could close out, I will do

19  it.  Do you follow me?

20         MR. STIRBA:  Absolutely, Judge.

21         THE COURT:  I'm trying to be of help to everybody

22  here.

23         Now we move on to No. 3.  Government non-party

24  defendant, Department of State's motion to strike first

25  paragraph of Section 1 of Merrill's reply, docket entry 584.

1        MR. WEINKLE:  Your Honor, that's now moot by the

2   Court's ruling.

3        THE COURT:  Yes, I was going to deem that silly.  That

4   was going to be my ruling.  But I can deem it moot.  I

5   understood that.  It would be just like strike a response.

6        MR. WEINKLE:  One paragraph.

7        THE COURT:  Okay.  So I can deem that moot.  That

8   would be pleasant on everybody.

9        MR. WEINKLE:  I think that is correct, Your Honor.

10       THE COURT:  Okay.  Docket entry -- that was 596.

11       It's a shame, though, because we get our own key

12   number in the West system if they use key numbers.  Where Judge

13   King's ruling on the motion is silly.  Not granted or denied or

14   whatever, just silly.  So that would be moot.

15       By the way, I'm being facetious.  There may be more to

16   it than I've seen.  Okay?

17       Now, the fourth matter.  Defendant Ralph Merrill's

18   motion to compel production of reports of interviews, docket

19   entry 501.

20       Counsel, no surprise.  I will tell you that I am

21   prepared to deny that for a variety of reasons that are of

22   record, but I will let you make your record and persuade me

23   otherwise if you can do it without wasting time.

24       MR. STIRBA:  Well, I'm surprised you denied it, quite

25   frankly.  I mean, these are not Jencks Act materials.  There

1    were 19 employees that we believe the Government didn't even

2    say they have interviewed of AEY, the very company that had the

3    contract with the Government.  They're calling Packouz, they're

4    calling Diveroli, they're calling some other people from the

5    company.

6         THE COURT:  Why would they have to produce interviews

7    that they did?

8         MR. STIRBA:  Well, it's called the standing order.

9    It's called material and relevant to the preparation of the

10   defense.  That's what is required.  They produced every other

11   interview.  They produced all kinds of other things.  It seems

12   to me these are much more relevant, quite frankly, much more

13   material to our defense than anything else that has been

14   produced of the million-and-a-half documents that have been

15   produced.  I mean, these are the employees of AEY.  These are

16   the people that saw Diveroli, the star witness --

17        THE COURT:  I don't want to waste time, but according

18   to your argument when they're doing an investigation, everybody

19   that they interview, they have to turn over everybody that they

20   talked to.  Why can't you interview them?  And if these people

21   are not going to testify, why do they have to turn it over?

22        MR. STIRBA:  Because we have to be favorable to you,

23   through credibility, guilt or innocence and things like that,

24   they have to or we'll get reversed and I'll be sanctioned.

25        Judge, there's a standing order of discovery in this

1  case.  That's what we're relying on.  And it does seem to me

2  clearly that these kinds of interviews of AEY employees would

3  be relevant and material to the preparation of our defense when

4  the Government is calling key people from AEY as their key

5  witnesses.  I don't know what's in these interviews.

6          THE COURT:  So the record is clear, the ones that

7  they're calling, you will get to see their statements.  You

8  have a right.  That's obvious.

9          MR. STIRBA:  Well, first of all, I don't know that

10  it's obvious.  We have --

11          THE COURT:  You have the material, aside from

12  everything else, right?

13          MR. STIRBA:  We have them.

14          THE COURT:  So now you're saying the ones that they

15  interviewed that you haven't seen their interview statements,

16  right?

17          MR. STIRBA:  That's right.

18          THE COURT:  And you say the standing discovery order

19  requires them to turn over those interviews, right?

20          MR. STIRBA:  I do.

21          THE COURT:  Stop.  Let me get a quick response from

22  the Government.

23          MR. SCHWARTZ:  A quick response?

24          THE COURT:  Until you're done.

25          MR. STIRBA:  And that's just one aspect.

1    MR. SCHWARTZ:  For this first part, Your Honor, these

2  individuals, it's not Rule 16(A)2 says these reports unless

3  they're material, meaning they would be exculpatory in any way

4  or change the tide or quantum of evidence.

5    THE COURT:  Get back to me again.  I want you to be

6  brief, but I don't want you to be truncated.

7    MR. SCHWARTZ:  Right.

8    THE COURT:  He says the standing discovery order says

9  that you're to turn over all interviews, statements of anybody

10  you interviewed.

11    MR. SCHWARTZ:  It doesn't, Your Honor.

12    THE COURT:  What does the discovery order say about

13  that?

14    MR. SCHWARTZ:  It says we have to comply with Rule 16

15  and turn over all books, items, and likewise I've quoted, just

16  to comply with Rule 16.  And I will turn Your Honor to Rule

17  16(A)2, which says information not subject to disclosure, which

18  says with the exception of Rule 16(A)1, this rule does not

19  authorize the discovery or inspection of reports, memoranda or

20  other internal Government documents made by an attorney for the

21  Government or other Government agent in connection with

22  investigating or prosecuting this case.

23    And more importantly, Your Honor, as a practical

24  matter, I think the defense has claimed in their reply that we

25  have 19 interview memorandums.  There's only two that haven't

1    been produced.  One of the individuals, based upon their

2    declaration that they filed in their motion, they've spoken to.

3           And the other one, Your Honor, we have both for your

4    review, has no exculpatory information.

5           THE COURT:  So you're saying for the record, and I

6    know you're obviously saying it because you just said it.

7           MR. SCHWARTZ:  Right.

8           THE COURT:  But of all the witnesses you talk about,

9    there's only two statements that you haven't turned over.  One

10   of them is exculpatory and that otherwise you're not going to

11   use the witness, and there's nothing that otherwise would

12   require you to turn it over, correct?

13          MR. SCHWARTZ:  To clarify here.  Right.  There aren't

14   interview reports for all those 19 people.

15          THE COURT:  Right.

16          MR. SCHWARTZ:  We haven't met with all those 19

17   people.  Not all of them have been created.  But, Your Honor,

18   even more fundamental is we just need to put it on the record

19   to make it clear what does defense have, what have we turned

20   over.

21          THE COURT:  Well, let me stop you there.  I know what

22   you're doing.  So what you're saying you haven't interviewed

23   all the people you said you have.  The ones that you have

24   interviewed you turned over all those statements with the

25   exception of two, correct?

1          MR. SCHWARTZ:  Correct.  There's some people we have

2    not interviewed and taken notes from but haven't -- found it

3    either deemed not worthy enough to even do an ROI, because it

4    was useless information, or whatever --

5          THE COURT:  Okay.  So you're down to the two witnesses

6    of which you have statements, right?

7          MR. SCHWARTZ:  Correct.

8          THE COURT:  That you haven't turned over, right?

9          MR. SCHWARTZ:  Correct.

10          THE COURT:  And the case of -- the first one is

11   nothing that you're required by case law or rule to turn over,

12   and you're not going to call that person as a witness, right?

13          MR. SCHWARTZ:  Correct, Your Honor.

14          THE COURT:  And the second person --

15          MR. SCHWARTZ:  Same issue, Your Honor.

16          THE COURT:  Okay.  Not required by Giglio, Napue, the

17   rules, case law, for any good reason, right?

18          MR. SCHWARTZ:  Correct, Your Honor.

19          THE COURT:  Two people that you're not going to use

20   that had nothing exculpatory?

21          MR. SCHWARTZ:  Correct.

22          THE COURT:  You follow me?

23          MR. SCHWARTZ:  Yes.

24          THE COURT:  And is there any reason you can't name

25   them or not?

1          MR. SCHWARTZ:  We can name them, Your Honor.

2          THE COURT:  What are their names?

3          MR. SCHWARTZ:  Abby Kruel and Joseph Wachtel.

4          THE COURT:  Are they available to the defense to

5    interview?

6          MR. SCHWARTZ:  The defense has spoken to Abigail

7    Kruel.

8          THE COURT:  Right.

9          MR. SCHWARTZ:  Based upon the declaration, I believe

10   they said in their motion that Joseph Wachtel refuses to speak

11   with them, but just to let the Court know, we've produced over

12   44,000 pages of Joseph Wachtel's e-mails at AEY.  So to learn

13   the day-to-day operations, I think they have a clear record of

14   what it is.  And, of course, they have the subpoena power to

15   call him as a witness.

16         THE COURT:  Counsel?

17         MR. STIRBA:  Wachtel, I believe, has gotten a Kastigar

18   letter.  And he is, once again, potentially material to our

19   defense as the operations of AEY.

20         Abby Kruel, as I understand it, had a relationship

21   with Mr. Diveroli, and I think knows him quite well.  And

22   Mr. Diveroli, remember, as Your Honor knows, is the star

23   witness.  And impeachment issues are going to come up,

24   obviously, with him.  And it seems to me that that would also

25   be relevant and important for us to know.

1          Now, if the Government is saying, hey, there's no

2    impeachment evidence in the interview, there's no Giglio in

3    there, well, that's fine.  If they want to say that, that's

4    fine.  But I think that, though, the relationship that Kruel

5    has with Diveroli and the fact that Wachtel has been given a

6    Kastigar letter, it seems to me would be material and

7    indicative that we should have it.

8          THE COURT:  Thank you, Counsel.

9          This motion is denied.  Defendant Ralph Merrill's

10   motion to compel production of reports of interviews, docket

11   501, it is denied.

12         The fifth one is --

13         MR. STIRBA:  Judge, there are more parts to this.

14   There are about three other things that need to be addressed in

15   our motion.

16         THE COURT:  I'm not sure I agree or understand you,

17   but let's get started.

18         MR. STIRBA:  Sure, Judge.  We filed a motion to compel

19   various reports.  AEY employees, one category.  You've ruled on

20   that.  Next one is Major --

21         THE COURT:  I'm sorry.  I did cut you off.  I

22   apologize.

23         MR. STIRBA:  Major Harrison.  He was interviewed.  We

24   have no report from him.  I don't know whether one exists, but

25   Major Harrison is a gentleman that perhaps will show that the

1    Government is prosecuting Mr. Merrill for a crime that did not

2    occur.  We think that obviously it's essentially material to

3    the defense because he was in the embassy in the beginning of

4    all this, was working for the Department of Defense, worked in

5    the Albanian Ministry of Defense, was well involved with the

6    people from Mako [phonetic] who sold the ammunition to AEY, and

7    we just don't have any report of an interview of Harrison which

8    he said occurred, and I believe it was back in 2008.  So that's

9    another piece of this motion.

10           THE COURT:  Continue your entire argument as to

11   everything.

12           MR. STIRBA:  Okay.  Then we also filed for an

13   interview summary of Ambassador Withers, who is the Albanian

14   ambassador during the relevant time period.  I think he still

15   is.  He was interviewed, I think the Government concedes his

16   interview.  There is a summary of his interview.

17           And this, once again, goes to the heart of whether or

18   not there actually was any concealment, whether there was any

19   fraud, whether there was any crime, whether there was anything

20   that occurred here for which now Mr. Merrill is being

21   prosecuted.  And he was the ambassador in Albania.

22           We have already received sufficient information from

23   the Government in discovery.  Clearly, there were embassy

24   people below Ambassador Withers that knew a lot about the

25   Chinese ammunition, knew about the repackaging at the airport,

1  made representations to Diveroli and others about the propriety

2  of doing that.

3       And it also seems clear that they would have

4  communicated, I guess, with their boss, Ambassador Withers.  He

5  was interviewed, and obviously was interviewed because there

6  was some concern expressed by the Waxman committee about a

7  meeting that took place on November 19th which, once again, we

8  have a witness who's prepared to testify what happened at that

9  the meeting and that there was a concealment, at least from a

10  New York Times reporter, of the repackaging of Chinese

11  ammunition at the airport.  Moreover, there was a broad-based

12  discussion about AEY, the contract, the contract for Chinese

13  ammunition.

14       I mean, I could go on and on and on, and I would be

15  happy to, but I don't think I have to.  I mean, I think that's

16  the reason why we need this particular interview summary

17  because Withers, he hasn't talked to us, won't talk to us,

18  won't even talk to Congress.

19       And as I have indicated, a document was submitted to

20  Congress under his auspices which clearly does not reflect, at

21  least given what the Government has provided, accurate

22  statement about a particular meeting with embassy personnel in

23  May of 2007 before any Chinese ammo was shipped and was

24  misrepresented to Congress.

25       And if you want to know what the misrepresentation

1  was, Judge, I'll tell you it was because Mr. Diveroli was over

2  complaining about the fact that the Albanian Government was

3  holding him up or otherwise asking for illicit payments or

4  kickbacks relative to this contract and the operation of this

5  contract, and that was not communicated to Congress.  And I

6  don't think it's too difficult to understand perhaps why that

7  was not communicated to Congress.  But that has other

8  implications which are adverse to the embassy.

9         So these are the facts as I know them.  I don't know

10  what Withers has said.  Obviously, I don't know what is in that

11  302.  But, once again, it goes to the precise question of

12  knowledge by the Government, acquiescence to the purchase of

13  the Chinese ammo.  It goes to discussions and representations

14  about the legitimacy of supplying this kind of ammunition

15  pursuant to this contract.  And I could go on and on and on.

16         But I think that's the relevance of Withers.

17         Now, the Government has made, I think, a very

18  appropriate offer.  They have said that, yes, there's an

19  interview summary.  They'd be happy to present it to Your Honor

20  for review in camera.  And, quite frankly, I mean, if that's

21  something that is a fall-back position or a middle ground, we

22  certainly have no objection to it.

23         Finally, Your Honor, there is an interview summary

24  that has been prepared of a Major Sergeant Harless, and it's

25  five or six pages.  And then there's questions are asked this

1    Major about Mako.  Mako is the state-run arms company in

2    Albania that sold through a middleman the munitions, which was

3    only partially this ammo, Judge.  There are all types of

4    munitions.  But, essentially, the ammunition which is relevant

5    to the indictment, through a middleman to AEY.

6          When Harless is asked in the interview about Mako, the

7    whole page is redacted.  And we believe that that is also

8    relevant and material to our defense, and we don't think that

9    redaction is appropriate, and there are questions directly

10   going to the heart of the company; that is, the Albanian

11   state-run company that sold this ammunition through a broker to

12   AEY which had the contract with the Government.

13         So I'd be happy to answer any questions you have, but

14   that is the argument.

15         THE COURT:  Thank you, Counsel.

16         This motion is denied consistent with the reasoning

17   that I stated on the record previously, and consistent with the

18   admonition that I have given -- unnecessarily, I'm sure, but

19   nevertheless on the record -- to the Government that they have

20   a continuing obligation to disclose materials consistent with

21   the applicable case law and rules.

22         And I'll add something else that's unnecessary,

23   because I don't want to reward somebody for pushing you beyond

24   where you should be pushed, which I respect.  You follow me?  I

25   don't want to encourage that, but consistent with all that, you

1   are free, and I would advise you, this is dicta, that if the

2   stuff that there's no reason not to disclose it even though

3   it's not required, you follow me, then you should all decide to

4   disclose it.  But I understand it's very difficult because they

5   are intelligence matters stuff.

6          But nothing that I am doing should indicate to you

7   that you shouldn't comply with what's required, anyway.

8          And, secondly, as a practical matter, if there's stuff

9   that, you know, there's no security reason for not, or other

10  reason, you should disclose.

11         So don't misunderstand what I'm doing.  Do you follow

12  me?

13         MR. SCHWARTZ:  Yes, Your Honor.

14         THE COURT:  Okay.  That is my ruling.

15         Docket entry 5, defendant Ralph Merrill's motion to

16  review document in camera to determine relevance.  This

17  pertains to the stuff that we previously discussed, correct?

18         MR. STIRBA:  This is the notes of Major Harrison which

19  the Government has agreed to have you look at the redacted

20  portion.

21         THE COURT:  Okay.  I'm going to deny that motion

22  without prejudice.  And I'll tell you what my thinking is on

23  that.

24         The documents exist, correct?  They will be preserved,

25  correct?

1        MS. FERNANDEZ:  Yes, Your Honor.

2        MR. SCHWARTZ:  Yes, Your Honor.

3        THE COURT:  The Government has represented that they

4  are not required to turn these documents over, correct?

5        MR. SCHWARTZ:  Yes.

6        THE COURT:  But everybody has agreed to let me look at

7  them.  Thank you for the honor.  But I say to you that as long

8  as they're preserved, and I accept both the substance of the

9  Government's substantive representations concerning what these

10  documents are and what their legal significance is with respect

11  to the applicable rules, then I will accept that.

12        But I'm just preserving the record by ordering the

13  Government to maintain these records.  And my looking at them,

14  I think at this stage certainly is unnecessary, be a waste of

15  time and of limited value, because these may be things that

16  could only be truly understood in the context of a trial.  I

17  don't know.

18        But what I want to do is I'm going to order them

19  preserved, but I'm not going to do any kind of review, but that

20  doesn't mean it can't happen in the future.  It can be done by

21  Judge Lenard if she thinks it's necessary; and if she doesn't

22  think it's necessary, the 11th Circuit could disagree.  The

23  records are there.  Or she could just send it back to me, and

24  say, okay, Bill, I want you to look at these, and I'll do the

25  best I can.  You follow me?

1        I appreciate that you agreed to it, and that's of

2   record.  But I think it's unnecessary and inappropriate.  And

3   one of the reasons is, or the least important, because there is

4   scarce judicial resources looking at this stuff.  But that's

5   the least important grounds for my ruling.

6        But I commend you all for agreeing to allow me to

7   review it in camera.

8        So that motion is denied, docket entry 542.

9        The next one, the sixth matter we'll cover is

10  defendant Ralph Merrill's motion to seal Exhibit A to defendant

11  Ralph Merrill's motion to review document in camera to

12  determine relevance.  Docket entry 545.

13       Any reason I can't grant that, Government?

14       MS. FERNANDEZ:  No, Your Honor.

15       THE COURT:  Okay.  Obviously, it's your motion.

16       545 is granted.

17       MR. STIRBA:  Yes.

18       THE COURT:  The seventh matter is Government's motion

19  to seal Exhibit 1 to Government's response to defendant Ralph

20  Merrill's motion to review document in camera.

21       Well, I'm a high school graduate, I'm having trouble

22  following this.  So I'm going to read that again.  Okay?

23       The Government's motion to seal Exhibit 1 to

24  Government's response, which is docket 588, to defendant Ralph

25  Merrill's motion to review document in camera to determine

1   relevance.  Docket entry 590.  Are you with me here?

2              MS. FERNANDEZ:  Yes.  That is the document that we

3   submitted for the Court to view in camera.

4              THE COURT:  So the sealing it, I could grant that

5   motion, correct?

6              MS. FERNANDEZ:  Yes, Your Honor.

7              THE COURT:  Now, by sealing it -- it's in the record.

8   It's in the court's record, right?

9              MS. FERNANDEZ:  Mm-hmm.

10             THE COURT:  But it's under seal, correct?

11             MS. FERNANDEZ:  That's correct, Your Honor.

12             THE COURT:  So I will grant that motion.  Okay?

13             MS. FERNANDEZ:  Yes.

14             THE COURT:  But that maintains the status quo

15   consistent with everything else that I've done; is that

16   correct?

17             MS. FERNANDEZ:  Yes, Your Honor.

18             THE COURT:  I need a minute with my law clerk, please.

19   Off the record.

20             [Off the record.]

21             THE COURT:  Back on the record, please.

22             Now, I believe that I have addressed everything that I

23   noticed you for and other things that I am sure Judge Lenard

24   would not mind me trying to be -- help everybody out, help you

25   all out by taking care of at this stage.  Okay?

1          Now, you all are going to confer with my law clerk or

2   my deputy concerning these mysterious docket entries that you

3   say we have, because I don't want you back when you all are

4   like five years from now, judges are alive or they're retired

5   on your millions in the Bahamas, I don't want the marshals

6   coming to you because there's this pending motion here.  You

7   follow me?

8          MR. FERNANDEZ:  Yes, sir.

9          THE COURT:  There's a lot of reasons why I want to

10  take care of it.

11          So aside from those which you will address

12  ministerially with my law clerk or my deputy, is there anything

13  else that is pending before me?

14          MR. STIRBA:  I know of none, Judge.

15          MR. SCHWARTZ:  We concur.  We don't know of anything,

16  Your Honor.

17          THE COURT:  Now, you guys -- I only encourage you, you

18  guys are a delight, you're great lawyers and nothing I'm saying

19  should be taken as critical of anybody.  I got to tell you,

20  you're both doing -- you're all doing your job very well for

21  your clients.  Okay?  So don't misunderstand.  You're excellent

22  lawyers.

23          You understand, you're all good lawyers here.  This

24  case has generated more -- I've done more reading time with

25  this than the next ten criminal cases combined.  So I'll just

1  note that.  But I am complimenting you without encouraging any

2  stuff.

3        Now, you're going to go before Judge Lenard on

4  Tuesday, and it's her case.  So you get the best of all worlds.

5  I just want to make sure that I've addressed everything that I

6  can and explained to you in particular why I'm not going to do

7  an in camera review at this stage.  Okay?  But I'll do whatever

8  Judge Lenard wants me to do.  But that explains my reasoning.

9  Fair enough, everybody?

10        MR. STIRBA:  And, Judge, you're fortunate.  The trial

11  is March 2nd, so we're running sort of a little bit out of

12  time.

13        THE COURT:  I understand that.

14        MR. STIRBA:  So you should be okay about future

15  pleadings.

16        THE COURT:  No, I know.  They never die, trust me.

17        MR. STIRBA:  But they may not come to you, Judge.

18  That's my point.

19        THE COURT:  I've been around so long that I've had

20  cases, I did initial appearance, I did everything pretrial, I

21  did everything post-trial and I got to habeas.  That's happened

22  numerous occasions, including some huge cases that are

23  notorious cases.  You follow me?  With a public figure must

24  think I'm out to get him, you know, because this is the wheel

25  and stuff would come to me, you know.  I didn't want to see him

1   any more than he wanted to see me, by way of example.

2          But I'm delighted to see you all.  You're welcome to

3   stay here as long as you would like.  And counsel from -- you

4   know, you live in a beautiful state, but it's nice to have to

5   try a case down here, isn't it?

6          MR. STIRBA:  Yes.

7          THE COURT:  Nice to see you all.  Good luck.  Happy

8   traveling.

9                  [Court adjourned at 4:05 p.m.]

10                   C E R T I F I C A T E

11       I hereby certify that the foregoing is an accurate

12   transcription of proceedings in the above-entitled matter.

13

                         s/Larry Herr

14  _____      _____

        DATE             LARRY HERR, RPR-CM-RMR-FCRSC

15                       Official United States Court Reporter

                         400 N. Miami Avenue

16                       Miami, FL  33128 - 305/523-5290

                                (Fax) 305/523-5639

17                       email:  Lindsay165@aol.com

18

19

20

21

22

23

24

25

**A**

**Abby** 21:3,20
**Abigail** 21:6
**about** 9:18 11:13,25
  12:4 18:12 19:8
  22:14 23:24,25
  24:1,6,12,22 25:2
  25:14 26:1,6 32:14
**above-entitled** 33:12
**absolutely** 5:3,7
  14:20
**accept** 28:8,11
**access** 9:24 10:1
  14:15
**according** 16:17
**accurate** 24:21
  33:11
**acquiescence** 25:12
**Act** 4:14 6:8 15:25
**actual** 9:11
**actually** 8:16 9:24
  11:1,13 13:22
  23:18
**Adam** 1:14 2:7
**add** 26:22
**address** 9:15 11:8
  31:11
**addressed** 22:14
  30:22 32:5
**addresses** 6:2 11:14
**adjourned** 33:9
**admissibility** 10:25
**admissible** 11:4
**admonition** 26:18
**adverse** 25:8
**advise** 27:1
**AEY** 1:7 2:2 11:13
  11:20 16:2,15 17:2
  17:4 21:12,19
  22:19 23:6 24:12
  26:5,12
**after** 3:3 8:21
**afternoon** 2:6,9
**again** 18:5 21:18
  23:17 24:7 25:11
  29:22
**agent** 18:21
**aggrieved** 13:9
**agree** 9:13 14:18
  22:16
**agreed** 27:19 28:6
  29:1
**agreeing** 29:6
**agrees** 10:4
**ahead** 3:19
**airport** 23:25 24:11
**al** 1:7 2:2
**Albania** 4:25 23:21
  26:2
**Albanian** 23:5,13
  25:2 26:10
**alive** 31:4
**allow** 29:6
**along** 13:9

**already** 7:21 23:22
**although** 14:11
**ambassador** 5:5
  11:18 23:13,14,21
  23:24 24:4
**AMERICA** 1:4
**ammo** 24:23 25:13
  26:3
**ammunition** 23:6,25
  24:11,13 25:14
  26:4,11
**Among** 5:23
**another** 23:9
**answer** 3:18,19
  26:13
**anybody** 18:9 31:19
**anything** 2:15 5:16
  12:21 13:22 14:17
  16:13 23:19 31:12
  31:15
**anyway** 27:7
**apologize** 22:22
**appeal** 13:7,10
**appear** 3:11
**appearance** 32:20
**appearances** 1:13
  2:4
**appearing** 2:10
**applicable** 26:21
  28:11
**appreciate** 29:1
**appropriate** 25:18
  26:9
**argument** 16:18
  23:10 26:14
**arguments** 10:15
**arms** 26:1
**around** 10:6 32:19
**aside** 17:11 31:11
**asked** 12:1 25:25
  26:6
**asking** 25:3
**aspect** 7:18 17:25
**assert** 4:11
**Assistant** 1:15
**Associates** 1:18
**assure** 2:12
**attend** 3:17
**attorney** 10:12 18:20
**Attorneys** 1:15
**Attorney's** 4:4
**attorney-client** 4:15
**AUSA** 3:22
**auspices** 24:20
**authorize** 18:19
**available** 7:16 21:4
**Avenue** 1:22 33:15
**aware** 10:16 12:14

**B**

**back** 18:5 23:8 28:23
  30:21 31:3
**Bahamas** 31:5
**Bar** 12:20

**based** 11:22 19:1
  21:9
**basically** 9:19
**basis** 12:7
**Bates** 6:6
**bear** 2:23
**beautiful** 33:4
**before** 1:11 2:20
  7:25 10:16 13:3,4
  14:14 24:23 31:13
  32:3
**beginning** 23:3
**behalf** 2:6,11 3:23
  4:6 9:8
**being** 2:17 3:17
  15:15 23:20
**belabor** 10:22
**believe** 11:24 16:1
  21:9,17 23:8 26:7
  30:22
**below** 23:24
**best** 2:14 9:25 13:11
  14:13 28:25 32:4
**beyond** 9:21 26:23
**Bill** 28:24
**bit** 32:11
**books** 18:15
**boss** 24:4
**both** 13:7 19:3 28:8
  31:20
**bottom** 4:17
**brief** 10:24 18:6
**broad-based** 24:11
**broker** 26:11
**burden** 9:23
**business** 3:3 9:18
  11:4

**C**

**C** 1:11 33:10,10
**call** 9:12 20:12 21:15
**called** 16:8,9
**calling** 16:3,4,4 17:4
  17:7
**camera** 9:18 25:20
  27:16 29:7,11,20
  29:25 30:3 32:7
**care** 30:25 31:10
**case** 1:3 2:2 5:8
  12:15,22 17:1
  18:22 20:10,11,17
  26:21 31:24 32:4
  33:5
**cases** 10:7 31:25
  32:20,22,23
**category** 22:19
**cause** 3:6,10,11 4:10
  5:8 9:9,10
**certain** 4:15,16
  12:11
**certainly** 25:22
  28:14
**Certified** 1:21
**certify** 33:11

**change** 18:4
**characterizing** 11:19
**Chinese** 23:25 24:10
  24:12,23 25:13
**Circuit** 7:8 10:3
  28:22
**City** 1:19
**Civil** 4:3
**claimed** 18:24
**clarify** 7:18 19:13
**clear** 6:24 10:17 14:9
  17:6 19:19 21:13
  24:3
**clearly** 11:4 17:2
  23:23 24:20
**clerk** 30:18 31:1,12
**client** 9:8,21
**clients** 31:21
**close** 14:18
**club** 8:13
**combined** 31:25
**come** 13:9 14:14
  21:23 32:17,25
**coming** 31:6
**commend** 29:6
**comments** 2:16
**committee** 5:1 11:11
  24:6
**communicated** 24:4
  25:5,7
**community** 8:5,13
**company** 12:5 16:2,5
  26:1,10,11
**compel** 11:9 15:18
  22:10,18
**complaining** 25:2
**completely** 4:20 5:7
**complicated** 10:8
**complied** 5:12
**complimenting** 32:1
**comply** 5:10 18:14
  18:16 27:7
**computer** 14:15
**concealment** 23:18
  24:9
**concedes** 23:15
**concern** 24:6
**concerning** 14:9
  28:9 31:2
**concerns** 4:14
**concerted** 4:14
**conclude** 10:2,3
**concur** 31:15
**Condoleezza** 4:24
**confer** 31:1
**conference** 2:20
**confidential** 5:23
**confusing** 13:25
**confusion** 14:9
**Congress** 11:10,18
  12:1 24:18,20,24
  25:5,7
**Congressman** 4:23
  5:2

**connection** 5:16
  18:21
**considerations** 6:8
**considered** 2:14,17
  10:15
**consistent** 12:19,22
  13:13 26:16,17,20
  26:25 30:15
**contained** 11:3
**contempt** 3:12
**context** 28:16
**Continue** 23:10
**continuing** 26:20
**contract** 12:5,5 16:3
  24:12,12 25:4,5,15
  26:12
**control** 7:3
**correct** 2:21 6:14
  7:17 8:9,23,24 9:1
  11:22 12:24 15:9
  19:12,25 20:1,7,9
  20:13,18,21 27:17
  27:24,25 28:4 30:5
  30:10,11,16
**counsel** 8:12 9:6
  10:6,19 15:20
  21:16 22:8 26:15
  33:3
**course** 21:14
**court** 1:1,21 2:1,12
  2:23,24 3:3,9,21
  3:24 4:2,5 5:16,25
  6:5,1,13,16,20,22
  7:7,7,11,16,23,25
  8:3,6,12,21,25 9:4
  12:9,10,12,20 13:1
  13:1,13,20 14:21
  15:3,7,10 16:6,17
  17:6,11,14,18,21
  17:24 18:5,8,12
  19:5,8,15,21 20:5
  20:8,10,14,16,19
  20:22,24 21:2,4,8
  21:11,16 22:8,16
  22:21 23:10 26:15
  27:14,21 28:3,6
  29:15,18 30:3,4,7
  30:10,12,14,18,21
  31:9,17 32:13,16
  32:19 33:7,9,15
**court's** 7:18 15:2
  30:8
**cover** 29:9
**covered** 4:25
**cover-up** 5:4
**co-defendants** 12:4
**created** 14:10 19:17
**creator** 6:7
**credibility** 12:17
  16:23
**crime** 23:1,19
**criminal** 31:25
**critical** 12:3 31:19
**custody** 7:2

cut 22:21

**D**

**D** 1:15
**DATE** 33:14
**day** 3:3 14:3
**day-to-day** 21:13
**decide** 27:3
**declaration** 19:2
21:9
**deem** 15:3,4,7
**deemed** 20:3
**defendant** 1:17 2:11
3:5 5:10,12,23
6:11,12 9:6 12:23
14:24 15:17 22:9
27:15 29:10,10,19
29:24
**Defendants** 1:8
**defendant's** 5:8
**defense** 5:8 8:12
10:12 12:16 16:10
16:13 17:3 18:24
19:19 21:4,6,19
23:3,4,5 26:8
**deliberative** 4:13
**delight** 31:18
**delighted** 33:2
**demean** 8:15
**denied** 13:12 15:13
15:24 22:9,11
26:16 29:8
**deny** 9:9,12 15:21
27:21
**Department** 3:10,23
3:24 4:7,8,19 5:9
8:1 13:16 14:24
23:4
**Department's** 5:11
5:13
**deputy** 14:12,12
31:2,12
**describe** 11:9
**details** 4:10
**determine** 27:16
29:12,25
**determined** 11:25
**dicta** 27:1
**die** 32:16
**different** 10:4
**difficult** 25:6 27:4
**directing** 3:10
**directive** 7:18
**directly** 26:9
**disagree** 28:22
**disclose** 26:20 27:2,4
27:10
**disclosed** 5:1 12:16
**disclosure** 18:17
**discovery** 16:25
17:18 18:8,12,19
23:23
**discussed** 27:17
**discussion** 12:4

24:12
**discussions** 25:13
**DISTRICT** 1:1,1
**Diveroli** 16:4,16
21:21,22 22:5 24:1
25:1
**Division** 1:2 4:3
**docket** 3:6 13:12,22
14:1,4,4,7,25
15:10,18 22:10
27:15 29:8,12,24
30:1 31:2
**document** 6:7 11:18
13:16,17 14:2
24:19 27:16 29:11
29:20,25 30:2
**documents** 3:12 4:10
4:15,16,18 5:5,6
5:14,20,20,22,23
6:1,3,9,16,18 7:1
7:15,20 8:11,18
9:16 11:16 14:1
16:14 18:20 27:24
28:4,10
**doing** 13:11 16:18
19:22 24:2 27:6,11
31:20,20
**DOJ** 3:24 4:1
**done** 3:17 8:4 17:24
28:20 30:15 31:24
**down** 5:20 33:5
**duces** 3:13 10:23
**during** 23:14

**E**

**E** 33:10,10
**each** 6:2
**easy** 9:12
**either** 20:3
**Eloisa** 1:15 2:7
**email** 33:17
**embassy** 4:24 11:13
11:21 12:2 23:3,23
24:22 25:8
**embassy's** 11:22
**employees** 4:25 5:4
12:2 16:1,15 17:2
22:19
**encourage** 26:25
31:17
**encouraging** 13:6
32:1
**enforcement** 4:13
**enough** 20:3 32:9
**entire** 5:22 23:10
**entirely** 11:24
**entries** 31:2
**entry** 3:6,10 13:12
13:22 14:2,4,4,7
14:25 15:10,19
27:15 29:8,12 30:1
**ESQ** 1:14,14,15,17
**essentially** 23:2 26:4
**et** 1:7 2:2

even 7:4 16:1 19:18
20:3 24:18 27:2
**every** 16:10
**everybody** 3:16
14:21 15:8 16:18
16:19 28:6 30:24
32:9
**everything** 2:13,13
2:14,17 9:7,20
13:5 17:12 23:11
30:15,22 32:5,20
32:21
**evidence** 18:4 22:2
**Exactly** 6:4
**example** 33:1
**excellent** 12:9 31:21
**exception** 18:18
19:25
**exculpatory** 18:3
19:4,10 20:20
**Exhibit** 29:10,19,23
**exist** 27:24
**exists** 22:24
**exonerated** 5:5
**expedition** 9:21
**experienced** 14:12
**explained** 8:7 32:6
**explains** 32:8
**expressed** 24:6
**e-mails** 21:12

**F**

**F** 33:10
**facetious** 15:15
**fact** 22:5 25:2
**facts** 25:9
**failed** 12:21
**Fair** 32:9
**fairness** 12:17
**fall-back** 25:21
**false** 11:21
**far** 10:9
**favorable** 16:22
**Fax** 33:16
**FEBRUARY** 1:5
**Federally** 1:21
**felt** 10:24
**Fernandez** 1:15 2:7
2:9 28:1 29:14
30:2,6,9,11,13,17
31:8
**fifth** 22:12
**figure** 32:23
**file** 4:12 13:16 14:2
**filed** 4:9 6:2,13,17,18
7:4,13 14:3 19:2
22:18 23:12
**filing** 14:15
**Finally** 25:23
**fine** 22:3,4
**first** 10:23 14:24
17:9 18:1 20:10
**fishing** 9:21
**five** 25:25 31:4

**FL** 1:16,22 33:16
**FLORIDA** 1:1,4
**focusing** 11:10
**folks** 2:12 13:2 14:6
**follow** 7:4,9 13:7
14:19 20:22 26:24
27:3,11 28:25 31:7
32:23
**following** 29:22
**footnote** 11:7
**foregoing** 33:11
**forth** 7:13 9:13
12:18
**fortunate** 32:10
**found** 20:2
**fourth** 15:17
**frankly** 11:12 15:25
16:12 25:20
**fraud** 23:19
**free** 13:6,9 27:1
**from** 3:15 4:18 8:4
9:6 16:4 17:4,11
17:21 20:2 22:24
23:6,22 24:9 31:4
31:11 33:3
**front** 2:24
**fully** 4:25
**fundamental** 19:18
**further** 9:17
**future** 28:20 32:14

**G**

**General** 4:19 5:6
7:19,20,25 8:20,22
**General's** 5:20
**generated** 31:24
**gentleman** 22:25
**getting** 9:24 10:9
**Giglio** 12:16 20:16
22:2
**given** 13:13 22:5
24:21 26:18
**glad** 9:2
**go** 2:19 3:19 24:14
25:15 32:3
**goes** 12:2 23:17
25:11,13
**going** 2:23 3:15 7:3
9:18 10:9 11:8
13:2,3 14:6 15:3,4
16:21 19:10 20:12
20:19 21:23 26:10
27:21 28:18,19
29:22 31:1 32:3,6
**good** 2:6,9 20:17
31:23 33:7
**gotten** 10:11 21:17
**Government** 1:14
3:15 4:8 7:2 9:13
11:7,16,23 12:6,11
12:14,24 13:14,24
14:23 16:1,3 17:4
17:22 18:20,21,21
22:1 23:1,15,23

24:21 25:2,12,17
26:12,19 27:19
28:3,13 29:13
**Government's** 10:16
28:9 29:18,19,23
29:24
**graduate** 29:21
**grand** 4:15
**grant** 13:18,19 29:13
30:4,12
**granted** 13:20 15:13
29:16
**grave** 3:16
**great** 3:18,19 31:18
**ground** 25:21
**grounds** 29:5
**guess** 13:17 24:4
**guilt** 12:17 16:23
**guys** 31:17,18

**H**

**habeas** 32:21
**happen** 28:20
**happened** 24:8
32:21
**happy** 24:15 25:19
26:13 33:7
**Harless** 25:24 26:6
**Harrison** 22:23,25
23:7 27:18
**having** 9:7,24 29:21
**hear** 3:15 9:6
**HEARING** 1:11
**heart** 23:17 26:10
**held** 3:11
**help** 14:10,21 30:24
30:24
**helpful** 2:25
**her** 32:4
**Herr** 1:20 33:13,14
**hey** 22:1
**high** 29:21
**him** 21:15,21,24
22:24 25:3 32:24
32:25
**hit** 9:4
**holding** 25:3
**holiday** 3:4
**honor** 2:6,9,10,22
3:2,8,20 4:8,17
5:15,19 6:4,6,15
6:21 7:6,10,17 8:2
8:9,17,24 9:1,2,3
12:25 15:1,9 18:1
18:11,16,23 19:3
19:17 20:13,15,18
21:1,22 25:19,23
27:13 28:1,2,7
29:14 30:6,11,17
31:16
**HONORABLE** 1:11
**hope** 13:19
**House** 5:1
**huge** 32:22

## I

**identified** 6:5,7,7,8
**illicit** 25:3
**impeachment** 21:23
22:2
**implications** 25:8
**important** 13:10
21:25 29:3,5
**importantly** 18:23
**impression** 9:19
**inappropriate** 29:2
**including** 4:11 5:5
5:10 32:22
**Incorporated** 1:7 2:2
**indicate** 27:6
**indicated** 24:19
**indicative** 22:7
**indictment** 26:5
**individuals** 18:2
19:1
**information** 4:25 5:1
8:19 11:25 12:2
18:17 19:4 20:4
23:22
**initial** 32:20
**injustice** 3:17
**innocence** 12:17
16:23
**inspection** 18:19
**Inspector** 5:6,20
7:19,20,25 8:20,22
**instructions** 13:13
**intact** 7:1
**intelligence** 8:5,12
27:5
**interaction** 11:13
**internal** 18:20
**interview** 16:11,19
16:20 17:15 18:25
19:14 21:5 22:2
23:7,13,16,16
24:16 25:19,23
26:6
**interviewed** 16:2
17:15 18:10 19:22
19:24 20:2 22:23
23:15 24:5,5
**interviews** 11:3
15:18 16:6 17:2,5
17:19 18:9 22:10
**investigating** 18:22
**investigation** 4:20
4:22 5:3,7 11:6,9
16:18
**Investigator** 4:19
**investigatory** 4:12
**invoked** 5:9
**involved** 23:5
**irrelevant** 4:20
**issue** 4:10 6:1 9:25
20:15
**issued** 12:7
**issues** 4:14,16 5:9,11
9:3 21:23

**items** 18:15

## J

**James** 1:14 2:7 3:22
**Jencks** 15:25
**job** 31:20
**Joseph** 21:3,10,12
**Judge** 1:12 2:21 7:8
7:8 10:1,3,21 11:6
11:12 12:8 13:4,7
13:10 14:20 15:12
16:25 22:13,18
25:1 26:3 28:21
30:23 31:14 32:3,8
32:10,17
**judges** 31:4
**judicial** 29:4
**jury** 4:15
**just** 2:13 3:9,13,13
4:20 7:17 9:8,10
9:14,20 10:10,17
11:2 12:10 14:7
15:5,14 17:25
18:15 19:6,18
21:11 23:7 28:12
28:23 31:25 32:5
**justice** 5:4

## K

**Kastigar** 21:17 22:6
**keep** 7:2,4
**key** 15:11,12 17:4,4
**kickbacks** 25:4
**kind** 10:9 25:14
28:19
**kinds** 16:11 17:2
**King's** 15:13
**knew** 23:24,25
**know** 2:17 13:3,25
14:1 17:5,9 19:6
19:21 21:11,25
22:24 24:25 25:9,9
25:10 27:9 28:17
31:14,15 32:16,24
32:25 33:4
**knowledge** 25:12
**known** 4:12
**knows** 21:21,22
**Kruel** 21:3,7,20 22:4

## L

**Lake** 1:19
**LARRY** 1:20 33:14
**later** 9:18
**law** 4:13 12:15,22
20:11,17 26:21
30:18 31:1,12
**lawyer** 9:8
**lawyers** 31:18,22,23
**learn** 24:12
**least** 11:17 24:9,21
29:3,5
**leave** 13:16 14:8
**legal** 28:10

**legitimacy** 25:14
**Lenard** 2:3,21 7:8,8
10:2,3 13:4,7,10
28:21 30:23 32:3,8
**let** 3:15 5:25 7:23
13:3 15:22 17:21
19:21 21:11 28:6
**letter** 4:23 21:18
22:6
**let's** 2:4 3:5 22:17
**level** 13:11
**like** 3:18 9:21 10:7
13:8 15:5 16:23
31:4 33:3
**likewise** 18:15
**limited** 4:19 28:15
**limiting** 10:25
**Lindsay165@aol.c...**
33:17
**line** 4:17
**little** 32:11
**live** 33:4
**log** 5:21,23 6:2,13
7:13 8:18 11:2,3
**long** 10:7 28:7 32:19
33:3
**longest** 9:22
**look** 3:5 27:19 28:6
28:24
**looked** 2:13
**looking** 10:13 28:13
29:4
**lot** 10:13 13:24
23:24 31:9
**low** 13:11
**luck** 33:7

## M

**made** 11:17 12:9,11
12:19 18:20 24:1
25:17
**MAGISTRATE**
1:12
**maintain** 28:13
**maintains** 30:14
**Major** 22:20,23,25
25:24 26:1 27:18
**make** 7:14 10:22
12:8 15:22 19:19
32:5
**making** 6:24
**Mako** 23:6 26:1,1,6
**many** 6:23 14:1
**March** 32:11
**marshals** 31:5
**material** 5:8 11:3
16:9,13 17:3,11
18:3 21:18 22:6
23:2 26:8
**materiality** 5:14
**materials** 11:23
15:25 26:20
**matter** 14:18 15:17
18:24 27:8 29:9,18

33:12
**matters** 2:18 6:25
11:8 27:5
**may** 2:16,16 10:3
11:1,15 14:13
15:15 24:23 28:15
27:22
**mean** 9:9 15:25
16:15 24:14,15
25:20 28:20
**meaning** 18:3
**meeting** 11:14,19
12:3 24:7,9,22
**meetings** 11:14,20
**member** 8:13
**memoranda** 18:19
**memorandums**
18:25
**Merrill** 1:17 2:11
23:1,20
**Merrill's** 3:5 14:25
15:17 22:9 27:15
29:10,11,20,25
**met** 9:23 10:24
**Miami** 1:2,4,16,22
1:22 4:3 33:15,16
**middle** 25:21
**middleman** 26:2,5
**millions** 31:5
**million-and-a-half**
16:14
**mind** 2:23 30:24
**ministerial** 14:18
**ministerially** 31:12
**Ministry** 23:5
**minute** 30:18
**misdescribed** 11:22
**misled** 2:15
**misrepresentation**
24:25
**misrepresented**
24:24
**misunderstand**
27:11 31:21
**Mm-hmm** 30:9
**Monday** 3:4
**moot** 15:1,4,7,14
**more** 10:7,8 15:15
16:12,12 18:23
19:18 22:13 31:24
31:24 33:1
**Moreover** 11:6
24:11
**motion** 3:6,9 4:9
5:17 9:9 10:19
11:8 13:12,16 14:1
14:2,7,24 15:13,18
19:2 21:10 22:9,10
22:15,18 23:9
26:16 27:15,21
29:8,10,11,15,18
29:20,23,25 30:5
30:12 31:6

**motions** 1:11 6:23
**move** 14:23
**much** 10:7,9 16:12
16:12
**munitions** 26:2,4
**must** 10:6 32:23
**mysterious** 31:2

## N

**N** 33:15
**name** 20:24 21:1
**names** 21:2
**Napue** 12:16 20:16
**narrowly** 11:10
**necessary** 28:21,22
**need** 10:22 12:8,11
19:18 22:14 24:16
30:18
**never** 32:16
**nevertheless** 26:19
**New** 24:10
**next** 3:3 13:15 22:20
29:9 31:25
**nice** 2:1 33:4,7
**Nixon** 10:24
**none** 31:14
**non-party** 13:15
14:2,23
**normal** 10:12
**North** 1:22
**Northeast** 1:16
**nose** 9:4
**note** 6:9 32:1
**noted** 6:9 8:18
**notes** 20:2 27:18
**nothing** 19:11 20:11
20:20 27:6 31:18
**noticed** 2:18 30:23
**notorious** 32:23
**notwithstanding** 6:1
7:13
**November** 24:7
**number** 2:18 5:19
6:6 8:11,17 15:12
**numbers** 8:19,19,23
8:23 15:12
**numerous** 32:22
**nutshell** 5:15 9:2

## O

**objected** 7:1
**objection** 7:12 25:22
**objections** 6:2 7:14
**obligation** 26:20
**obligations** 12:14
**obstruction** 5:4
**obvious** 12:10 17:8
17:10
**obviously** 9:16 19:6
21:24 23:2 24:5
25:10 29:15
**occasions** 32:22
**occur** 23:2
**occurred** 12:3 23:8

23:20
off 11:18 22:21
  30:19,20
offer 25:18
office 4:4,18 5:6,20
  7:19,20,21,25 8:20
officers 12:12
official 1:21 11:18
  33:15
Oh 8:15
OIG 4:18 11:2,25
okay 2:13,16 3:13,16
  8:6 13:11,20 14:7
  14:10 15:7,10,16
  20:5,16 23:12
  27:14,21 28:24
  29:15,22 30:12,25
  31:21 32:7,14
once 21:18 23:17
  24:7 25:11
one 7:18 8:10 11:7
  12:3 13:5,21 15:6
  17:25 19:1,3,9
  20:10 22:12,19,20
  22:24 29:3,9
ones 17:6,14 19:23
only 18:25 19:9 26:3
  28:16 31:17
open 13:1,13
operation 25:4
operations 21:13,19
opposed 11:2
opposition 4:9
order 3:6,10 4:9 6:25
  7:16 10:1 13:3
  16:8,25 17:18 18:8
  18:12 28:18
ordered 6:22 9:16
ordering 28:12
other 5:17 6:24 8:10
  11:3 12:16 13:5
  14:17 16:4,10,11
  18:20,21 19:3
  22:14 25:7 27:9
  30:23
others 24:1
otherwise 15:23
  19:10,11 25:3
out 10:19 14:18
  30:24,25 32:11,24
over 12:21 16:19,21
  17:19 18:9,15 19:9
  19:12,20,24 20:8
  20:11 21:11 25:1
  28:4
Oversight 5:1
own 11:22 15:11

P

Packouz 16:3
page 26:7
pages 21:12 25:25
paragraph 14:25
  15:6

part 8:21 18:1
partially 26:3
particular 5:14 9:3
  11:9 24:16,22 32:6
parts 22:13
Patty 14:11,13,14
payments 25:3
pending 31:6,13
people 16:4,16,20
  17:4 19:14,17,23
  20:1,19 23:6,24
perhaps 22:25 25:6
period 23:14
person 20:12,14
personal 8:18
personnel 24:22
perspective 10:10
persuade 15:22
pertains 27:17
Peter 1:17 2:10
phone 8:19,23
phonetic 23:6
piece 23:9
place 11:14,19,20
  24:7
Plaintiff 1:5
pleadings 32:15
pleasant 15:8
please 2:4 30:18,21
pled 12:4
point 3:16,18 9:18
  11:17 32:18
portion 27:20
position 5:11 10:16
  25:21
post-trial 32:21
potentially 21:18
power 21:14
practical 18:23 27:8
precise 12:1,1 25:11
prejudice 27:22
preparation 16:9
  17:3
prepared 9:9,12
  15:21 24:8 25:24
present 25:19
preserve 7:1
preserved 7:2 8:8
  9:17,17 10:1 27:24
  28:8,19
preserving 28:12
pretrial 32:20
prevailed 10:11
previously 6:22 14:4
  26:17 27:17
Privacy 4:14 6:8
privilege 4:13,13,15
  5:17 6:8,13 8:18
  11:2,3
privileged 4:12
privileges 4:11
problem 14:10,11
proceedings 33:12
process 4:13

produce 16:6
produced 5:17,21
  6:10 16:10,11,14
  16:15 19:1 21:11
production 7:12,16
  15:18 22:10
proof 9:23
propriety 24:1
prosecuted 23:21
prosecuting 18:22
  23:1
provided 5:22 6:12
  11:7,16,23 12:2
  24:21
public 32:23
purchase 25:12
pursuant 3:12 25:15
pushed 26:24
pushing 26:23
put 9:5 10:10 19:18
p.m 33:9

Q

quantum 18:4
question 7:15 12:1
  25:11
questions 2:15 13:21
  25:25 26:9,13
quick 17:21,23
quite 11:12 15:24
  16:12 21:21 25:20
quo 30:14
quoted 18:15

R

R 33:10
raised 7:12
Ralph 2:11 3:5
  15:17 22:9 27:15
  29:10,11,19,24
rare 10:8
read 29:22
reading 31:24
Realtime 1:21
reason 13:17 20:17
  20:24 24:16 27:2,9
  27:10 29:13
reasoning 26:16
  32:8
reasons 9:13 13:1
  15:21 29:3 31:9
received 8:7 23:22
record 2:14 3:14,21
  7:11,14 9:5 10:17
  10:18,22 12:8,9,13
  13:25 15:22,22
  17:6 19:5,18 21:13
  26:17,19 28:12
  29:2 30:7,8,19,20
  30:21
records 11:4 28:13
  28:23
redacted 7:21 8:20
  8:22,23 26:7 27:19

redacting 8:3
redaction 8:11 26:9
redactions 9:17
reduced 13:2
reel 9:22
reflect 2:16 24:20
refusal 3:12
refuses 21:10
regular 14:12
regulation 5:10
regulations 5:13
related 4:22 5:6
relates 6:25
relationship 21:20
  22:4
relative 11:25 25:4
release 3:12
relevance 12:17
  25:16 27:16 29:12
  30:1
relevancy 5:13 10:25
relevant 4:11 11:24
  16:9,12 17:3 21:25
  23:14 26:4,8
relief 9:11
relying 17:1
remember 10:4
  21:22
repackaging 23:25
  24:10
repeat 12:10
reply 9:3 14:25
  18:24
report 22:24 23:7
REPORTED 1:20
reporter 1:21,21
  24:10 33:15
reports 5:24 11:2
  15:18 18:2,19
  19:14 22:10,19
representation
  11:17
representations
  11:23 12:12,20
  24:1 25:13 28:9
representatives
  11:20,21 12:12
represented 11:10
  28:3
request 11:1,12
requested 4:18
  12:22
requesting 9:11
require 19:12
required 12:21
  16:10 20:11,16
  27:3,7 28:4
requires 17:19
resources 29:4
respect 5:25 6:25
  8:11 9:24 12:15
  26:24 28:10
response 4:9,10 15:5
  17:21,23 29:19,24

retired 31:4
revealed 5:3
reversed 16:24
review 19:4 25:20
  27:16 28:19 29:7
  29:11,20,25 32:7
reviewed 9:7
reviewing 9:24
reward 26:23
Rice 4:24
ride 13:6,9
right 2:12 4:5 8:25
  9:4,19 13:18 17:8
  17:12,16,17,19
  18:7 19:7,13,15
  20:6,8,12,17 21:8
  30:8
ROI 20:3
Room 1:22
RPR-CM-RMR-F...
  33:14
RPR-RMR-FCRR...
  1:20
rule 12:15,16 18:2
  18:14,16,16,18,18
  20:11
ruled 13:23 14:7
  22:19
rules 12:22 13:11
  20:17 26:21 28:11
ruling 15:2,4,13
  27:14 29:5
running 32:11

S

Salt 1:19
same 14:3 20:15
sanctioned 16:24
save 14:6
saw 16:16
saying 7:9 8:14
  10:20 14:15 17:14
  19:5,6,22 22:1
  31:18
says 18:2,8,8,14,17
  18:18
scarce 29:4
school 29:21
Schwartz 1:14 2:6,7
  2:22 3:2,8 12:25
  17:23 18:1,7,11,14
  19:7,13,16 20:1,7
  20:9,13,15,18,21
  20:23 21:1,3,6,9
  27:13 28:2,5 31:15
scope 4:20
seal 5:17,21 6:14,17
  6:19 7:4 13:17
  14:3 29:10,19,23
  30:10
sealed 7:13 14:1
sealing 30:4,7
second 20:14
secondly 27:8

**Secretary** 4:24
**section** 4:2 6:9 14:25
**security** 8:19,23 27:9
**see** 2:1,19 7:7 9:23
  10:2,3 14:8 17:7
  32:25 33:1,2,7
**seek** 3:10
**seem** 17:1
**seems** 16:11 21:24
  22:6 24:3
**seen** 9:22 15:16
  17:15
**send** 28:23
**sensitive** 10:8
**sent** 4:23
**sentence** 3:18
**Sergeant** 25:24
**series** 11:14,20
**set** 9:13
**setting** 7:13
**seventh** 29:19
**shame** 15:11
**shipped** 24:23
**show** 3:6,9,11 4:9 9:9
  11:17 22:25
**showing** 5:13
**shown** 9:10
**sides** 13:7
**signed** 11:18
**significance** 28:10
**silly** 15:3,13,14
**sir** 4:6 31:8
**six** 25:25
**sixth** 29:9
**small** 8:17
**social** 8:19,23
**sold** 23:6 26:2,11
**solve** 14:10
**some** 7:19 16:4 20:1
  24:6 32:22
**somebody** 26:23
**something** 25:21
  26:22
**sorry** 3:22 8:21
  22:21
**sort** 32:11
**South** 1:18
**SOUTHERN** 1:1
**speak** 21:10
**specific** 11:12
**specifically** 12:5
**specificity** 10:25
**Spell** 10:19
**spoken** 19:2 21:6
**stage** 10:4,5 28:14
  30:25 32:7
**standards** 10:24
**standing** 16:8,25
  17:18 18:8
**star** 16:16 21:22
**start** 9:14
**started** 22:17
**starting** 2:4
**state** 1:18 3:11,23,25

4:6,8,19,24 5:9
7:11 8:1 10:18
33:4
**stated** 13:1 26:17
**statement** 10:17
  12:24 24:22
**statements** 17:7,15
  18:9 19:9,24 20:6
**States** 1:1,4,12,21
  2:5,7 3:23 4:4
  12:13 13:15 33:15
**State's** 13:16 14:24
**state-run** 26:1,11
**status** 2:20 8:7 30:14
**statute** 12:15
**stay** 14:8,16 33:3
**still** 5:11 23:14
**Stirba** 1:17,18 2:10
  2:10 8:15 10:21
  14:20 15:24 16:8
  16:22 17:9,13,17
  17:20,25 21:17
  22:13,18,23 23:12
  27:18 29:17 31:14
  32:10,14,17 33:6
**stood** 10:17
**stop** 5:25 7:23 17:21
  19:21
**Street** 1:16,18
**strike** 14:24 15:5
**stuff** 8:22 9:24 27:2
  27:5,8,17 29:4
  32:2,25
**subject** 18:17
**submitted** 5:21
  24:19 30:3
**subpoena** 3:13 10:23
  12:7 21:14
**substance** 28:8
**substantive** 28:9
**sufficient** 23:22
**suit** 4:21
**summary** 3:9,13
  23:13,16 24:16
  25:19,23
**superb** 9:8
**supersedes** 6:24
**supplying** 25:14
**sure** 6:22 14:14
  22:16,18 26:18
  30:23 32:5
**surprise** 15:20
**surprised** 15:24
**system** 14:15 15:12
**s/Larry** 33:13

**T**

**T** 33:10,10
**take** 10:12,13 13:10
  13:24 31:10
**taken** 20:2 31:19
**taking** 30:25
**talk** 19:8 24:17,18
**talked** 16:20 24:17

**tecum** 3:13 10:23
**tell** 9:7 10:6 15:20
  25:1 27:22 31:19
**telling** 9:14 13:8
**ten** 31:25
**testify** 16:21 24:8
**Thank** 9:3 10:21
  22:8 26:15 28:7
**their** 17:4,7,15 18:24
  19:1,2 21:2,10
  24:4 28:10
**themselves** 6:16
**They'd** 25:19
**thing** 8:10 13:15
**things** 10:10,11
  16:11,23 22:14
  28:15 30:23
**think** 3:16 8:13 9:12
  9:12,25 10:14 11:4
  12:3,8 14:13 15:9
  18:24 21:13,21
  22:4 23:2,14,15
  24:15,15 25:6,16
  25:17 26:8 28:14
  28:22 29:2 32:24
**thinking** 2:16 10:14
  27:22
**thinks** 28:21
**though** 15:11 22:4
  27:2
**three** 22:14
**through** 2:19 16:23
  26:2,5,11
**tide** 18:4
**time** 7:21 10:7,12,13
  13:24 14:6 15:23
  16:17 23:14 28:15
  31:24 32:12
**Times** 24:10
**today** 3:4
**TRANSCRIPT** 1:11
**transcription** 33:12
**traveling** 33:8
**trial** 2:24 10:5 28:16
  32:10
**trouble** 29:21
**truly** 28:16
**truncated** 18:6
**trust** 32:16
**try** 10:12 33:5
**trying** 7:14 14:21
  30:24
**Tuesday** 2:20,24 3:3
  32:4
**turn** 12:21 16:19,21
  17:19 18:9,15,16
  19:12 20:11 28:4
**turned** 19:9,19,24
  20:8
**TURNOFF** 1:11
**two** 18:25 19:9,25
  20:5,19
**types** 26:3

**U**

**under** 5:17,21 6:14
  6:17,18 7:4 10:24
  11:4 12:13 13:10
  13:16 14:3 24:20
  30:10
**understand** 8:8,14
  11:6 21:20 22:16
  25:6 27:4 31:23
  32:13
**understanding** 8:4
**understood** 8:6 15:5
  28:16
**United** 1:1,4,12,21
  2:5,7 3:23 4:3
  12:13 13:15 33:15
**universe** 5:22
**unless** 18:2
**unnecessarily** 26:18
**unnecessary** 26:22
  28:14 29:2
**unnoticed** 2:19
**unopposed** 14:7
**unredacted** 7:2,3,15
**Until** 17:24
**use** 15:12 19:11
  20:19
**useless** 20:4
**UT** 1:19
**U.S** 1:15 10:24
**U.S.A** 2:2

**V**

**value** 28:15
**variety** 9:13 15:21
**various** 4:11 5:9
  22:19
**very** 11:12 12:3
  14:12 16:2 25:17
  27:4 31:20
**view** 30:3
**vs** 1:6 2:2 10:24

**W**

**Wachtel** 21:3,10,17
  22:5
**Wachtel's** 21:12
**want** 2:13,17,24,25
  7:17 8:10 10:14,21
  13:3,24 14:8 16:17
  18:5,6 22:3 24:25
  26:23,25 28:18,24
  31:3,5,9 32:5,25
**wanted** 9:5 10:10,17
  33:1
**wants** 7:7,8 32:8
**waste** 16:17 28:14
**wasting** 15:23
**Waxman** 4:23 5:2
  24:6
**Waxman's** 11:11
**way** 2:25 3:9,13 9:7
  13:5,5 15:15 18:3
  33:1

**Weinkle** 1:14 2:8
  3:20,22,22 4:1,3,6
  5:19 6:4,6,12,15
  6:18,21 7:6,10,17
  7:24 8:2,4,9,17,24
  9:1 13:19 15:1,6,9
**welcome** 33:2
**well** 4:14 15:24 16:8
  17:9 19:21 21:21
  22:3 23:5 29:21
  31:20
**went** 8:22
**were** 5:5 7:21 8:20
  16:1 23:23
**West** 15:12
**we'll** 3:17 16:24 29:9
**we're** 9:17 17:1
  32:11
**we've** 5:21 6:6,7 8:18
  21:11
**wheel** 32:24
**whole** 26:7
**willful** 3:12
**WILLIAM** 1:11
**Withers** 11:19 23:13
  23:24 24:4,17
  25:10,16
**witness** 11:2 16:16
  19:11 20:12 21:15
  21:23 24:8
**witnesses** 17:5 19:8
  20:5
**word** 3:18
**words** 14:17
**work** 3:24 4:1
**worked** 23:4
**working** 23:4
**worlds** 32:4
**worthy** 20:3
**wouldn't** 8:15 10:12
**writing** 12:19 13:2

**X**

**x** 1:9

**Y**

**Yeah** 13:8
**years** 31:4
**York** 24:10

**0**

**08-Cr-20574-Judge**
  2:3
**08-20574-CR-LE...**
  1:3

**1**

**1** 3:5 14:25 29:19,23
**11th** 7:8 10:3 28:22
**12** 1:5
**16** 18:14,16
**16(A)1** 18:18
**16(A)2** 18:2,17
**17(C)** 10:23

**19** 16:1 18:25 19:14
   19:16
**19th** 24:7

_____
**2**

**2nd** 32:11
**2(E)** 5:10,13
**2007** 11:15 24:23
**2008** 23:8
**2010** 1:5

_____
**3**

**3** 14:23
**302** 25:11
**305.523.5290** 1:22
**305.961.9000** 1:16
**305/523-5290** 33:16
**305/523-5639** 33:16
**315** 1:18
**33128** 1:22 33:16
**33132** 1:16

_____
**4**

**4th** 1:16
**4:05** 33:9
**400** 1:22 33:15
**44,000** 21:12
**497** 3:6 13:12

_____
**5**

**5** 27:15
**501** 15:19 22:11
**542** 29:8
**545** 29:12,16
**554** 14:4,9
**555** 14:4
**556** 13:17,22 14:2,8
   14:9
**558** 14:4,9
**559** 14:4
**565** 14:5,9
**584** 14:25
**588** 29:24
**590** 30:1
**596** 15:10

_____
**8**

**8N09** 1:22
**801.364.8300** 1:19
**803(6)** 11:5
**84111** 1:19

_____
**9**

**99** 1:16