# EXHIBIT A

<u>STATEMENT OF QUALIFICATIONS</u>

Stephen J. Galloway, Special Agent,
Bureau of Alcohol, Tobacco and Firearms,
Miami, Florida.

I, Stephen J. Galloway, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF), and have been so employed since July 2001. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined hundreds of firearms and hundreds of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATFs liaison with the firearms industry.

5. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    Police Academy -Broward County Community College-Institute of Public Safety-Davie, FL
    Criminal Investigator Training Program, FLETC, Glynco, Georgia
    New Professional Training, ATF National Academy, Glynco, Georgia
    Firearms Instructor Training Program, Glynco, Georgia
    Firearms Interstate Nexus Training, ATF-NTC Headquarters, Martinsburg, WV.

6. That I am currently an ATF Firearms Instructor for the Miami Field Division and am tasked with the teaching of firearms safety, marksmanship and nomenclature to other special agents, as well as state and local law enforcement officers.

7. That I am currently the vault custodian for ATF Miami Group V and am tasked with properly identifying, tagging, and maintaining a multitude of firearms and ammunition that are taken into evidence as part of ongoing criminal investigations being conducted by ATF.

8. I have accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, and Cartridges of the World* in order to remain familiar with firearms and firearm trends.

9. I have been qualified as an expert and subsequently testified as an expert in Federal Court (US Southern District of Florida) approximately twenty or more times.