# EXHIBIT B




**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

Washington, D.C. 20522-0112

TO WHOM IT MAY CONCERN:

This is to certify that I, Robert S. Kovac, Managing Director, Directorate of Defense Trade Controls, Bureau of Political-Military Affairs, United States Department of State, am responsible for the administration of section 38 of the Arms Export Control Act, as amended, (22 U.S.C. § 2778), as it relates to the manufacture, brokering, temporary import, export and transfer of defense articles and defense services, and exercise the President's authority to control such activities, pursuant to authority delegated to the Secretary of State through section (1)(l)(1) of Executive Order 11958 (42 FR 4311), as amended.

I further certify that in the administration of section 38 of the Arms Export Control Act, as amended, and the International Traffic in Arms Regulations (ITAR), (22 C.F.R. Parts 120-130), issued pursuant thereto, the items identified below are defined by the ITAR as defense articles of a nature described on the U.S. Munitions List (USML), 22 C.F.R. Part 121, as shown:

DDTC-000244

10007993-2

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

I Certify That Robert S. Kovac, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Managing Director, Directorate of Defense Trade Controls, Bureau of Political-Military Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.



In testimony whereof, I, Hillary Rodham Clinton, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of December, 2009.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

This certificate is not valid if it is removed or altered in any way whatsoever

DDTC-000245

- 2 -

- 7.62 x 39 mm Ball Ammunition is an article covered by Category III(a) on the USML;

- 7.62 x 39 mm Tracer Ammunition is an article covered by Category III(a) on the USML;

- 7.62 x 54 mm Ball Ammunition is an article covered by Category III(a) on the USML; and

- 7.62 x 54 mm Tracer Ammunition is an article covered by Category III(a) on the USML.

_____
Robert S. Kovac
Managing Director
Directorate of Defense Trade Controls

Department of State