EXHIBIT A

| | |
|---|---|
| **From:** | Nathan Crane |
| **To:** | Fernandez, Eloisa D. (USAFLS); Koukios, James (CRM); Schwartz, Adam (USAFLS) |
| **Cc:** | Peter Stirba; Kathleen Abke |
| **Subject:** | Email Exhibits |
| **Date:** | Monday, August 23, 2010 9:02:40 PM |
| **Attachments:** | Gov Exhibits.pdf<br>ATT245587.htm |

Counsel:

Attached is a list containing the document control numbers for the emails that you provided that we do not have any objections to. That said we are not agreeing at this time to have the documents admitted, we are merely indicating that once these emails are presented to the proper witness we will not have any objection to them coming into evidence.

For the remaining emails we have objections based upon relevancy, foundation, and hearsay grounds. Also, we expect the government to go through the proper procedures for admitting statements of co-conspirators in emails.

There exists several emails which referenced attachments that we either did not receive the attachment or that we received only a portion of the attachment.

SWG01 08967
SWG01 21011
SWG04 16541
SWG01 42584

We would request that you provide the attachments that were referenced in these emails.

Additionally, we found that in the email exhibits there were documents which were never produced in discovery. As these documents were never produced in discovery and we were only given these documents for the first time in your exhibits we would object to them coming into evidence. You produced SWG01 - 42597 which is a blank document that only says "document placeholder". Your proposed email exhibits replaces this document with 4 new documents: SWG01-42597 - 42597.3. You also produced SWG01-18034 a blank document that says "document placeholder." Your proposed email exhibits replaces this document with 5 new documents: SWG01-18034 - 18034.4.

Looking at all of the discovery that has been produced we have been given over 34,000 documents that are blank except for it saying "document placeholder". Your email exhibits suggest that these "document placeholder" documents actually correspond to multiple pages which have never been produced. Since these "document placeholder" documents corresponded to several more pages we are very curios about these additional documents that have not been produced. These documents present a serious problem as we will not be able to review over 34,000 documents mere days before trial.

Thanks,

YGAC 9654 – 9658
SWG01 25568 – 25612
SWG01 44391
SWG01 11368 – 11372
SWG01 13762 – 13763
SWG01 26166 – 26168
SWG01 4939 – 4941
SWG01 5671 – 5672
SWG01 24070 – 24073
SWG02 60186 – 60189
SWG02 117787 -0117790
SWG04 22031 – 22038
SWG01 28828
SWG01 47350 – 47352
SWG04 25356 – 25396
SWG04 15574 – 15584
SWG01 20501 – 20502
SWG01 26858 – 26860
SWG01 39218 – 39219
SWG01 33917 – 33918
SWG02 138991 – 138993
SWG01 23528 – 23532
SWG02 2237 – 2238
SWG04 8860
SWG01 43907 – 43908
SWG01 1560 – 1570
SWG01 1588 – 1592
SWG01 25468 – 25473
SWG02 113810 – 113811
SWG01 44594
SWG01 26733 – 26735
SWG01 38901
SWG01 45415
SWG01 14614 – 14615
SWG01 39202 – 39205
SWG01 9147 – 9148
SWG01 14623 – 14624
SWG04 13849 – 13850
SWG01 33883 – 33895
SWG02 73197 – 73198
SWG01 28319 – 28332
SWG01 46671 – 22394
SWG01 22419
SWG01 22495
SWG04 10754 – 10756
SWG04 4309

SWG01 60
SWG01 30915 – 30916
SWG01 43170 -43172
SWG04 641 – 37032
SWG01 1017 – 1018
SWG01 37256 – 37268
SWG01 7187 – 7201
SWG01 31491 – 31493
SWG04 15736 – 15737
SWG01 25518 – 25519
SWG01 37816 – 37818
SWG01 1773
SWG01 19419
SWG01 37931 – 37932
SWG01 1888 – 1889
SWG01 1924 – 1930
SWG04 8351 – 8354
SWG04 8363 – 8364
SWG01 8294
SWG01 8340
SWG01 14013 – 14016
SWG11 29
SWG01 26469
SWG01 38813
SWG01 33002
SWG01 45212
SWG04 26279
SWG01 45363 – 45364
SWG01 14425 – 14426
SWG01 26835 – 26836
SWG01 33177 – 33178
SWG01 38976 – 38978
SWG04 19861 – 19864
SWG01 39053
SWG01 26988
SWG01 14603
SWG11 386 – 387
SWG01 20978 – 20980
SWG01 9217
SWG01 39379 – 39380
SWG01 45727 – 45728
SWG01 3265 – 3266
SWG01 33660 – 33661
SWG04 9318 – 9319
SWG04 13433 – 13434
SWG01 45961 – 45962

SWG01 3360 – 3362
SWG01 27451 – 27452
SWG01 39707 – 39713
SWG01 9518
SWG01 27553 – 27554
SWG01 39977 – 39978
SWG02 97266
SWG04 14270 – 14271
SWG11 502 – 510
SWG02 496 – 498
SWG02 34148 – 34149
SWG02 44572
SWG11 408
SWG02 56056
SWG10 7178
SWG04B 88 – 92
SWG02 80381 – 80382
SWG02 59586
SWG02 28588 – 28589
SWG02 82099
SWG02 29548
SWG02 72129
SWG02 41041 – 41045
SWG02 62497
SWG02 72926
SWG02 62965 – 62978
SWG02 041964 – 41966
SWG02 9227 – 9241
SWG02 21327 – 21338
SWG02 53389
SWG02 84978 – 84981
SWG04B 6689 – 6691
SWG04B 4829
SWG02 35890 – 35892
SWG02 36329 – 36333
SWG02 57289
SWG02 47764 – 47765
SWG02 26753 – 26754
SWG02 48536 – 48548
SWG02 132382 – 132384
SWG02 16239 – 16269
SWG02 56406
SWG20 69548
SWG02 48665
SWH01 4059 – 4060