```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
                   CASE NO. 08-20574-CRIMINAL-LENARD
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5                  Plaintiff,          October 5, 2010

 6            vs.                       10:00 a.m. to 1:37 p.m.

 7   RALPH MERRILL,

 8                  Defendant.          Pages 1 to 135

 9   _____

10

           CLOSING ARGUMENTS FROM THE JURY TRIAL
11          BEFORE THE HONORABLE JOAN A. LENARD,
                 UNITED STATES DISTRICT JUDGE
12

13
     APPEARANCES:
14

15   FOR THE GOVERNMENT:      ELOISA FERNANDEZ, ESQ.,
                              ADAM SCHWARTZ, ESQ., and
16                            FRANK TAMEN, ESQ.
                              ASSISTANT UNITED STATES ATTORNEYS
17                            99 Northeast Fourth Street
                              Miami, Florida 33132
18

19   FOR THE DEFENDANT:       PETER STIRBA, ESQ., and
                              NATHAN A. CRANE, ESQ.
20                            STIRBA & ASSOCIATES
                              215 South State Street, Suite 750
21                            Salt Lake City, Utah 84111

22
     REPORTED BY:             LISA EDWARDS, CRR, RMR
23                            Official Court Reporter
                              400 North Miami Avenue
24                            Twelfth Floor
                              Miami, Florida 33128
25                            (305) 523-5499
```

1                      I  N  D  E  X

2
                                                    PAGE
3

4
Closing Argument by Mr. Schwartz                     3
5
Closing Argument by Mr. Stirba                      48
6
Rebuttal Argument by Mr. Tamen                      106
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Closing Argument by Mr. Schwartz                3

1              THE COURT:  You may be seated.

2              You may proceed.

3              Good morning, ladies and gentlemen.

4              THE JURY:  Good morning.

5              MR. SCHWARTZ:  If we could use the Government's

6    computer, your Honor.

7              THE COURT:  Okay.  It's all set.

8              MR. SCHWARTZ:  May it please the Court, defense

9    counsel.

10             Ladies and gentlemen of the jury, this is a case about

11   greed, the greed of the Defendant and the greed of his

12   co-conspirators, Efraim Diveroli, David Packouz and Alexander

13   Podrizki.

14             And with greed as their motivating factor, ladies and

15   gentlemen, they decided to withhold from the US Army the fact

16   that the ammunition they were providing to forces in

17   Afghanistan was manufactured in Communist China.

18             Now, when they first learned that the ammunition they

19   were purchasing in Albania was, in fact, made in Communist

20   China, they had a choice.  They could have found a different

21   supplier.  But that would take time, two to three months.  And

22   they were already late delivering on this contract by months.

23             And they didn't want to risk, ladies and gentlemen,

24   losing a contract altogether, a contract valued at

25   $298 million, a contract that could reap a net profit of

1    $30 million for the Defendant and his co-conspirators.

2          So what did they decide to do?  Well, you heard that

3    the Defendant came up with the idea of, "Well, let's scrape off

4    the Chinese markings from these crates and ship it anyway."

5          They learned, however, that they couldn't do that

6    because not only did the crates have Chinese markings, but the

7    tins inside the crates as well as all the papers inside the

8    crates.  And each round was actually wrapped with brown paper

9    with Chinese markings.

10          So they had to devise a different plan.  And that

11    plan, ladies and gentlemen, was to repackage everything from

12    nuts to bolts, removing -- opening the crates, removing the

13    tins from the crates, opening the tins, removing all the slips

14    of paper with Chinese markings, unwrapping each round of

15    ammunition, rewrapping it, putting them into cardboard boxes

16    and shipping it off to Afghanistan.

17          But there was a problem with that because it cost

18    money.  So the Defendant came up with another idea.  He decided

19    to go to Henri Thomet, the supplier of the ammunition, and to

20    leverage, to ask for a lower price, because the Defendant and

21    his co-conspirators were assuming all the risk by supplying

22    ammunition that they knew was prohibited and it was eating into

23    their profit margins.

24          That's exactly what happened.  The price was lowered

25    because this ammunition was made in China.

Closing Argument by Mr. Schwartz                    5

1           Now, the Defendant knew exactly what he was doing.  If

2   you remember, in May of 2008, he told investigators -- we heard

3   this from Special Agent Perez -- that he was playing a game of

4   high-stakes poker with the Government.

5           The problem, ladies and gentlemen, of high-stakes

6   poker is that sometimes when you gamble you lose.  And that's

7   what happened to the Defendant.

8           Now, ladies and gentlemen, back in jury selection a

9   couple weeks ago, the Judge informed you that the Defendant is

10  charged with three crimes.  The first is conspiracy.

11          The second is major fraud against the United States,

12  which involves a scheme to defraud the US, in this case,

13  concealing the fact that this ammunition they were shipping was

14  manufactured in China.  And that relates to a contract between

15  the Government and AEY valued at a million dollars or more.

16  That's that second charge.

17          The third charge is wire fraud, which charges the

18  Defendant with being involved in and executing a scheme to

19  defraud the United States, again, by concealing the Chinese

20  origin of this ammunition, and then some effect on the wires

21  took place.  And by "wires," we're talking about e-mail

22  communications and money transfers.

23          So, ladies and gentlemen, I just want to walk you

24  through how the Government has proved its case beyond a

25  reasonable doubt.

1          If we could go to the next slide.

2          Now, let's start talking about the Defendant.

3          Now, the Defendant, as we heard, worked -- owned a

4    company called Vector Arms.  This company, ladies and

5    gentlemen, was not, as we may have heard earlier, a seller of

6    antique firearms.  No.  The Defendant manufactures assault

7    rifles and machine guns.  We see in EM 4 there are Uzis,

8    AK-47s, assault rifles.

9          We also know that the Defendant is not new to the

10   international arms trade.  He has 12 years of experience in it

11   and he has his own sources from Israel to Switzerland,

12   including Henri Thomet, who ran the company Evdin that we heard

13   a lot about over the course of the last few weeks.

14         And we know that the Defendant worked with AEY and

15   Efraim Diveroli on previous large-scale Government contracts.

16   So he knew exactly what he was doing.

17         In fact, he was so involved with AEY that at some

18   times he actually held himself out as the vice president of

19   AEY.  Now, he told you on the stand that that wasn't true, he

20   was really never a vice president of AEY.

21         It was more of a righteous ruse.  He doesn't like the

22   word "lie."  There's other words that we've learned that he

23   doesn't like, for instance, "Chinese ammunition."  But we'll

24   talk about that more in a few minutes.

25         So if we can go to the next slide, please.

Closing Argument by Mr. Schwartz                    7

1           So back in August of 2006, based on the Defendant's

2   longstanding experience with AEY, he got involved with AEY in

3   issuing a bid for the contract to supply millions of dollars'

4   worth of ammunition to the Afghanistan forces.  This was a

5   contract worth millions of dollars over the course of two

6   years.

7           We heard from David Packouz and we saw in the e-mails

8   that the Defendant was intimately involved with all aspects of

9   this contract, starting with putting together the bid so that

10  AEY could win this contract.

11          If we could go to the next slide, please.

12          As we saw in E-mail Exhibit 14, the Defendant wrote

13  the past performance portion of AEY's submission to the US

14  Army.  And we learned, ladies and gentlemen, that the Defendant

15  really would do anything to make sure that AEY and himself

16  would get this contract so they could make this $30 million in

17  profit.  He had no qualms lying to the US Army in doing so.

18          If we can go to the second page, the attachment, of

19  EM 14, please.

20          You heard from David Packouz and you saw in the

21  document itself that it's riddled with lies.  First of all, AEY

22  doesn't have 20 years of experience in arms -- in the arms

23  business.

24          In fact, Efraim Diveroli, the president, was 24 years

25  old.  So he was 4 years old at the time this was written.  I

1    don't think he was doing arms deals back then.

2          Also, we know, ladies and gentlemen, that they don't

3    have affiliates in Switzerland and Israel and they had no

4    retired military officers as part of the AEY team.

5          And we learned that AEY had no European offices, had

6    no inspection or -- for sourcing of the ammunition and that

7    they never used laboratory testing for ammunition that was

8    older than six years.

9          Those were all lies, ladies and gentlemen, lies

10   written by the Defendant.  The Defendant told you that, "Well,

11   Efraim Diveroli told me to do it."  What does that tell you?

12   It tells you that the Defendant will go along with lies if it's

13   going to help him out.

14         But, see, the lies didn't stop there.

15         If we can go to the next slide, please.

16         You'll remember in EM 17 who the -- you heard from

17   David Packouz that the Defendant and Efraim Diveroli thought of

18   another idea to make AEY look better for this contract so they

19   would win it.

20         They lied to the US Government about a deal between

21   the Defendant's own company, Vector Arms, and AEY where AEY

22   supplied 29 million rounds of 7.62 ammunition to Vector Arms.

23         Now, the one thing we do know from David Packouz and

24   from the Defendant's own testimony is this deal never happened.

25   It never went through.  But the Defendant felt the need and

Closing Argument by Mr. Schwartz                    9

1    didn't see any problem with sending that e-mail to the US Army,

2    which said that they actually sent this ammunition.

3            In fact, we heard from the Defendant that the deal

4    didn't go through because, well, AEY got prohibited ammunition.

5    Sounds familiar, doesn't it?

6            If we can go to the next slide, please.

7            Because the lies didn't stop there.  Because that was

8    in October.  Now we're in January.  Right before the contract

9    was awarded, the Defendant provided a letter to explain to the

10   Government the financial relationship between AEY and himself.

11           If we can go to that letter.

12           And in that letter, the Defendant lied again.  He

13   explained that he was just an outside loaner.  He was going to

14   provide a million dollars and perhaps some land and that that

15   million dollars -- he would get a 2 percent recuperation of

16   interest on whatever unpaid monthly balance there was.  An

17   arm's-length loan.

18           But we know that that is not the deal that AEY and the

19   Defendant had.  No.  You heard from the Defendant's own words

20   and from David Packouz that he was going to split 50/50 the

21   anticipated $30 million in profit.

22           So what happened?  Well, after the Army heard all of

23   these lies, they decided to go ahead and award the contract to

24   AEY.

25           If we can go to the next slide, please.

 1          On January 26th of 2007, the Army awarded the contract

 2     and the first task order for ammunition was issued.  And almost

 3     immediately, the Defendant went to his sources to try to get

 4     the best price for this ammunition.

 5          And you heard from David Packouz that he actually --

 6     the Defendant asked David Packouz, "What are you sending to

 7     your sources about the requirements of this contract so I can

 8     send those to my sources as well?"

 9          If we can go to the next slide, please, and EM 37.

10          Well, you heard from David Packouz.  That's what he

11     did.  In this e-mail, he made it abundantly clear that

12     ammunition that was manufactured in Chinese military factories

13     is not acceptable.  The Defendant knew back in January of 2007

14     that this ammunition manufactured in China was not acceptable.

15          You also heard from David Packouz, ladies and

16     gentlemen, that it was common knowledge in the industry that

17     ammunition made in China was not acceptable for these kinds of

18     contracts.

19          And that was a business, an industry, that David

20     Packouz was new to, as you heard.  This was really his first

21     working in international arms dealing.  But the Defendant had

22     12 years of experience.  The Defendant knew exactly that this

23     ammunition was prohibited early on.

24          So what did the Defendant do?  Well, as you can see --

25     if we can go to the next slide, please -- the Defendant went to

1    his sources, especially Henri Thomet, who ran the company

2    Evdin.  And you heard, ladies and gentlemen, that the Defendant

3    had a special interest to make sure that Henri Thomet got

4    awarded this contract.  Henri Thomet owed the Defendant half a

5    million dollars.

6            So the only way that the Defendant was going to get

7    back that half million dollars on a deal gone bad was if Henri

8    Thomet was a source and a supplier under this contract.

9            And as you can see here in EM 49, Efraim Diveroli

10   sends an e-mail saying that, you know, "Maybe we shouldn't use

11   Evdin, Ralph Merrill's" -- sorry -- "Henri Thomet's company

12   because it doesn't actually work out, maybe, better."

13           If we can go to the next slide, please.

14           That didn't stop the Defendant.  He kept explaining

15   that, even when a cheaper offer came about -- this was from

16   Petr -- because Henri provided some financing -- that "We

17   should still go with Henri Thomet" because he wanted to make

18   sure he could get that half million dollars back.

19           So let's go to the next slide, please.

20           And you saw that, in as early as March, 2007, not much

21   later on, as you heard when the Defendant took the stand, he

22   was reviewing a contract between AEY and Evdin, Henri Thomet's

23   company, to supply ammunition from Albania under this contract.

24           And even, as you can see in this e-mail, the Defendant

25   had a motive.  He didn't want Henri Thomet to walk away if

1    Efraim Diveroli put in this contract too many restrictive

2    clauses. He's like, "No.  No.  He's a trusted friend.  We

3    don't want to insult him."

4            The Defendant didn't want Henri Thomet to walk away

5    because, if he walked away, he'd walk away with half a million

6    dollars of the Defendant's money.

7            So what happened?  You heard, ladies and gentlemen --

8    if we could go to the next slide, please -- that, on April 20th

9    of 2007, Alexander Podrizki, AEY's man who just arrived in

10   Albania, saw that there was Chinese markings of the ammunition.

11   And, ladies and gentlemen, that's where the conspiracy began.

12           And the Judge is going to read to you detailed

13   instructions about the law of conspiracy.  I just want to spend

14   a few minutes and go through a -- and highlight a few of these

15   instructions to you so that you can keep them in mind as we go

16   through the evidence.

17           First of all, what is a conspiracy?  A conspiracy is

18   an agreement by two or more people to commit an unlawful act.

19   In other words, it's a kind of partnership for criminal

20   purposes.  Every member of the conspiracy becomes a part --

21           THE COURT:  A little bit slower, Mr. Schwartz.

22           MR. SCHWARTZ:  Sorry.

23           And every member of the conspiracy becomes the agent

24   or partner of every other member.

25           The Judge will instruct you that the heart of the

1    conspiracy is the making of the unlawful plan itself.  It's the

2    planning itself, ladies and gentlemen, followed by the

3    commission of an overt act.

4            And an overt act is an action which maybe by itself

5    seems completely innocent; but when you look at it with the

6    planning stages, it forwards or advances the cause of the plan

7    of the conspiracy.

8            And we'll go through those overt acts.  You're very

9    familiar with them already, as you'll see.

10           And the Government doesn't have to prove that they

11   actually carried out the plan.  So the crime is the plan

12   itself.

13           The Government also doesn't have to prove that all the

14   people named in the indictment were members of this plan or

15   that the members made any kind of formal agreement.

16           Ladies and gentlemen, that makes sense.  You'll never

17   see a contract that says, "We all hereby agree to defraud the

18   United States by concealing the origin of the ammunition."

19   That's just not going to happen.

20           So how do you tell that the Defendant joined the plan?

21   You see by his actions, through his e-mails, through what he

22   did, by paying for the ammunition, by coming up with ideas of

23   how to conceal the origin of the ammunition.  That shows you

24   and demonstrates how he joined the conspiracy.

25           If we could go to the next slide, please.

Closing Argument by Mr. Schwartz            14

1          It's also important to realize that a person may be a

2     conspirator without knowing all of the details of the unlawful

3     plan or the names and identities of all the other alleged

4     conspirators.

5          So the Defendant doesn't need to know what every other

6     member is doing all the time.

7          Now, let's -- so what was the Defendant, Efraim

8     Diveroli, David Packouz and Alexander Podrizki, planning to

9     conspire to commit?  What were the objects, the goals, of the

10    conspiracy?

11         Well, they're charged with three different objects.

12         The first is making false statements to a federal

13    agency.  And that federal agency is the US Army.

14         And the false statements we're talking about here are

15    those certificates of conformance, those self-certification

16    documents which stated that the ammunition complied with the

17    contract and that it was manufactured in Albania.  Those are

18    Government Exhibits 4 through 38.

19         And you saw that all of those exhibits listed Albania

20    as the place of manufacture.  They were all lies.

21         The second object is major fraud against the United

22    States.  We'll talk about that in a little bit more detail in a

23    few minutes.

24         But major fraud against the United States charges the

25    Defendant with being involved in a scheme to defraud the United

1    States, in this case, concealing the Chinese origin of the

2    ammunition, and that that concealment, that scheme to defraud,

3    related to a contract with the United States Government.

4            In this case, it's the AEY/US Army Sustainment Command

5    contract, Government Exhibit 1, that we've all seen that was

6    valued at $298 million.

7            And last is wire fraud.  Again, the Defendant was

8    involved with this scheme to defraud the United States by

9    concealing the origin of the Chinese ammunition and, in part of

10   that scheme and execution of that scheme, wires were used.

11           And what do I mean by "wires"?  E-mail communication

12   and bank payments.  We'll talk about that in a few minutes.

13           So how did the Defendant join the conspiracy?  How do

14   we prove that?

15           Let's go to the next slide, please.

16           Well, actually, before we get to that, I want to talk

17   to you about one other legal concept.

18           Now, in Counts 37 to 71 are the charges for major

19   fraud against the United States, which the Defendant's charged

20   with, as well as wire fraud, which is Counts 72 and 74 through

21   85.

22           There's another legal idea I want you to keep in mind

23   as we go though the evidence, and that's the fact that the

24   Defendant in those crimes is charged not only as a principal,

25   as actually the person executing all facets of the crime, but,

Closing Argument by Mr. Schwartz                16

1    also, as an aider and an abettor.  Well, what does that mean?

2         The Judge is going to instruct you that the guilt of

3    the Defendant in a criminal case may be established even though

4    he did not personally do every act involved in the commission

5    of a crime.  The law recognize that a person can act together

6    with others in a joint effort to commit an offense.

7         So what does that mean, ladies and gentlemen?  It

8    means that, in crimes, everyone has a job.  Someone's the idea

9    man.  The other person is the person who signs the COCs, the

10   certificates of conformance.  The other person is in Albania,

11   overseeing the repackaging operation.

12        Each person plays a role in the offense.  They

13   don't -- and they're all equally as guilty.  You don't have to

14   complete every single facet of the scheme to defraud to be

15   found guilty of the offense.

16        Specifically, if you direct or induce someone to --

17   else to commit a crime, you're equally as guilty.  So the

18   Defendant's advising on ways to conceal the origin of the

19   ammunition and telling AEY and its employees how to do it.

20   Well, that's aiding and abetting.

21        Also, helping another person to commit a crime by

22   doing some act to assist him or her in the offense.  It could

23   be as easy as writing an e-mail, renegotiation of a contract

24   for a lower price and paying for ammunition so that it could be

25   provided to the Government, even though everybody knew it was

1   Chinese and that was concealed from the Government.

2          So keep that in mind as we go through the facts of

3   this case.

4          Now, let's -- how do we know -- if we could go to the

5   next slide, please -- that the Defendant joined this

6   conspiracy?

7          Well, first of all, you saw in EM 114 and EM 115,

8   which are overt acts in the indictment, Paragraphs 5 and 6,

9   that Alexander Podrizki sent pictures showing that this

10  ammunition that they were purchasing in Albania had Chinese

11  markings on it.

12         Next slide, please.

13         On that same day -- next slide -- in E-mail

14  Exhibit 118, we saw that the Defendant was sent and forwarded

15  these pictures the exact same day, April 20th of 2007.

16         And we heard from David Packouz -- and he testified --

17  that that night -- not three days later, that night -- the

18  Defendant, Efraim Diveroli and David Packouz, over a

19  speakerphone talked about this and they all admitted that this

20  was going to be a big problem because this Chinese ammunition

21  most likely is not going to be allowed.

22         They already started talking about ways and ideas that

23  they might be able to conceal this ammunition and provide it

24  anyway.

25         So what else was going on on April 20th?

1                  If we could go to the next slide, please.

2                  In E-mail Exhibit 119, we saw that David Packouz asked

3      Alex Podrizki to do a little bit more reconnaissance to find

4      out the extent of the Chinese markings on this ammunition.

5                  He also told Alexander Podrizki to tell Pinari, the

6      Albanian contact from MEICO, that -- "Tell him it's required to

7      get rid of the Chinese lettering to get the cargo accepted,

8      since Chinese products are prohibited.  Is there any Chinese

9      letters on the metal containers?"

10                 They knew -- the Defendant knew, the co-conspirators

11     all knew -- that Chinese ammunition was prohibited.

12                 The next slide, please.

13                 This is EM 122, which is Overt Act Paragraph 8.

14     Alexander Podrizki is showing an e-mail that he provided to

15     Pinari in -- following David Packouz's orders.

16                 He explains that, "We are currently awaiting a

17     discreet response from our correspondent in Washington, DC, to

18     see if the Army will accept Chinese-manufactured materials.  As

19     I'm sure you know, the US has had an embargo on China since

20     1989.  If the response is negative, we will need to have the

21     metal cases painted over."

22                 We heard, ladies and gentlemen, and we saw through the

23     e-mails that they did go and ask the United States.  They went

24     to the State Department and sent e-mails asking, "Can we do

25     this transaction?"

1          Let's go to the next slide, please.

2          This is EM 129, which is the overt act listed in

3    Paragraph 10.  On Monday, April 23rd, Efraim Diveroli received

4    a response from the Department of State.  The response was an

5    astounding, "No.  You can't do this deal.  Only with a

6    presidential determination."

7          And as you see, within two minutes of Efraim Diveroli

8    receiving this e-mail, he forwards it on to his co-conspirator,

9    his go-to guy, the Defendant.

10         Now, they didn't like taking "no" for an answer.  And

11   you heard from David Packouz that it was the Defendant who came

12   up with an idea, "Well, ask the State Department this.  The ATF

13   has a certain kind of exception to a prohibition that, if a

14   firearm is in a neutral country for a number of years, maybe

15   it's okay.  Ask them that."

16         Go to the next slide, please.

17         That's exactly what Efraim Diveroli did.  He followed

18   the Defendant's advice and suggestions.  And that answer was,

19   as you can see in Government's Exhibit EM 135, "There is no

20   such provision in the law."  That's the middle box we

21   highlighted.

22         But the Defendant and his co-conspirators didn't like

23   taking "no" for an answer.  So they asked, "Is there any way we

24   can do this transaction?"

25         The response again, which was forwarded to the

1    Defendant, was clear as day, "No.  It wouldn't even fit the

2    national security interest."  The State Department said that.

3    The answer was a resounding, "No."

4         So what were they going to do at this point?  They had

5    a problem because they didn't want to change horses in

6    midstream.  Why not?  Well, first of all, they're running late

7    on the contract.

8         If we could go to the next slide, please.

9         As you can see in Government Exhibits 1-E and 1-H, the

10   first task orders under this contract were issued.  And the

11   first task order, ladies and gentlemen, was due on March 31st

12   of '07 and no shipments have gone out by then.  They were

13   already nearly a month late.

14        And Task Order 2, which asked for a lot of ammunition,

15   a much bigger task order, as you can see, the first 18 million

16   rounds were due within five days.

17        And you heard from David Packouz that to switch

18   suppliers would mean two to three months' delay because they

19   would have to find new shipments, a new transportation source.

20   They would have to get those end user certificates redone.

21        It was going to take time and time is what they didn't

22   want to risk because they didn't want to risk losing a contract

23   valued at $298 million.

24        The Defendant had another reason why he didn't want to

25   find another source of supply and risk losing the contract.

1    You saw that, by May 1st, he was already invested $1.1 million

2    into this contract.  He could not risk losing his entire

3    investment.

4            But he had another reason to stick with Henri Thomet

5    and Evdin:  The half million dollars that was owed to him.  The

6    only way he would get that money back, ladies and gentlemen, is

7    through using Henri Thomet and Evdin.

8            So what did they do?

9            If we could go to the next slide, please.

10           EM 137, ladies and gentlemen, is an e-mail that I

11   think you're all familiar with, the cleaning tools e-mail, an

12   e-mail written by the Defendant where he says, "To Whom It May

13   Concern, Attached are three photos showing suggested methods of

14   cleaning wood crates."

15           Now, look at the pictures of each of these wooden

16   crates.  There's one thing in common:  The words "Made in

17   China."  What does this show us, ladies and gentlemen?  What

18   does this tell us?

19           It tells us that the Defendant wanted to ship Chinese

20   ammunition knowing that it was prohibited and he was willing to

21   defraud the United States by concealing its origin and he

22   wanted to do it by scraping off the "Made in China."

23           But look at how the e-mail is written, ladies and

24   gentlemen, "To Whom It May Concern."

25           Why would the Defendant, who he's sending this e-mail

1    to Efraim Diveroli and David Packouz, use such strange

2    introductory language?

3            It's because he knew how incriminating this e-mail is

4    because he knew it showed his intent and his idea to create a

5    scheme to defraud the United States, ladies and gentlemen.

6            So he wanted to try to distance himself in case this

7    e-mail came to light, in case what actually has happened today

8    happened.

9            But let's take another look, ladies and gentlemen.

10   Why is he talking about ways to clean wooden crates?  Look at

11   the crates.  There's no mud on these crates.  There's no dust.

12   The only thing dirty on these crates are the words "Made in

13   China."

14           And that's a badge of fraud the Defendant didn't want

15   to wear because he knew "Made in China" was prohibited.  He

16   knew that Chinese sources were prohibited.  This was an idea, a

17   way, for them -- for the Defendant and his co-conspirators to

18   defraud the United States and conceal the origin of this

19   ammunition.

20           But there was a problem with the Defendant's idea.

21   Oh.  And we also know that that's the purpose of why this

22   e-mail was sent because, you'll remember, in May of 2008 -- you

23   heard the testimony of Special Agent Perez, who testified there

24   on that stand.

25           He said that he was asked about this e-mail.  He first

1    denied that he wrote it.  Then he sighed, admitted, "Yes.  I

2    wrote this e-mail."  And he wrote the e-mail, as he told

3    Special Agent Perez, as an idea to scrape off the Chinese

4    markings, an idea to conceal the Chinese origin of this

5    ammunition.

6            Let's go on to the next slide, please.

7            The problem with the Defendant's original idea is that

8    it wouldn't work.  Why?  Because the following day, April 26th,

9    Alexander Podrizki came back with more pictures and followed up

10   on his research.

11           We found out that there was Chinese markings all over

12   the tins themselves as well as, once you opened the Chinese

13   tins, there were ammunition data cards with Chinese writing,

14   slips of paper with Chinese writing.  Even the ammunition

15   itself was wrapped in paper that had Chinese markings.

16           So what were they going to do?  They had to figure out

17   a way then to repackage this ammunition completely.  And that's

18   what they decided to do.  They had to remove the ammunition

19   from the wooden crates, remove the wooden crates -- the tins

20   from the wooden crates, open up the metal tins, remove all the

21   paper wrappings, unwrap all -- every single round of

22   ammunition, rewrap it, repackage it.  It's a time-consuming and

23   costly process.

24           If we can go to the next slide, please.

25           THE COURT:  You have 30 minutes.

1          MR. SCHWARTZ:  And we know, ladies and gentlemen, that

2    the weight of the ammunition was an issue and, as we saw in

3    this pictures, 47.3, that Special Agent Wiesner took of the

4    Hungarian ammunition that AEY supplied under the contract, to

5    save on weight, they removed the wooden crates.

6          That's all fine.  But the only ammunition that they

7    decided to remove the tins and all the paper wrapping was the

8    Chinese ammunition, which tells you one thing.  The only reason

9    you would repackage that ammunition is to conceal the Chinese

10   origin of the ammunition.

11         Next slide, please.

12         So there was just one problem.  They had an idea to

13   provide and repackage this Chinese ammunition.  But,

14   originally -- it's going to take time because that's a

15   time-consuming process, as you heard from David Packouz.

16         So they were first going to supply as much Albanian

17   ammunition as they could to allow time for the Chinese

18   ammunition to be repackaged.

19         And the Defendant was well aware and involved in this

20   decision, as you can see in EM 144, an e-mail from the contact

21   in Albania who explains to Ralph Merrill, who is cc'd on the

22   e-mail, "I suggest the following program after the first

23   delivery of tomorrow:  Due to the Chinese packing, we will

24   begin with Albanian production of 7.62 by 39.  We do not have

25   Albanian Tracer for both calibers."

1          And he continued on to say, "Two delivery of 7.62 by

2    54 ball and Tracer, Chinese production.  The goods must be

3    repacking, as we will agree on the form, (wooden boxes

4    repainted or carton boxes that will arrive in Albania)."

5          Well, we know they went with the latter, with

6    cardboard repackaging, which required [sic] another issue,

7    another problem.  They didn't know that the Government -- the

8    US Government was going to accept cardboard-boxed ammunition.

9          So as you heard from David Packouz, they had to come

10   up with another lie.  The lie was that there was some problem

11   with the ammunition that required a complete inspection of

12   every single round.  And so they decided to repackage it in

13   cardboard boxes.

14         And he sent an e-mail off to Major Walck in

15   Afghanistan, and Major Walck said, "That sounds fine to me.

16   It's an acceptable reason to do so."

17         But that was a lie, and you heard that from David

18   Packouz.  And when you look at that e-mail back in the jury

19   room, the Defendant was never cc'd or sent any part of that

20   chain.

21         So his only mention of it, ladies and gentlemen,

22   during this trial -- the only way he probably found out about

23   it was through preparation to testify here today.

24         So this was the original plan.

25         Let's move on to the next slide, please.

1          The Defendant went down and we saw that he was

2     involved in a lot of series of number-crunching.  He wanted to

3     make sure that he could maximize his profits because all this

4     repackaging was going to be kind of expensive.

5          And we saw in EM 154 that he did a comparison between

6     Albanian and eastern ball ammunition.  Why doesn't he use the

7     word "Chinese ammunition"?  Because, again, it's a badge of

8     fraud the Defendant did not want to wear.

9          Nowhere does any other Defendant use the word "eastern

10    ammunition."  That's the Defendant's own making.  It's his code

11    because he knows that this e-mail is incriminating because he

12    knows that Chinese ammunition is prohibited.  It's a bad code,

13    ladies and gentlemen.  You can see through it pretty clearly,

14    but a code nonetheless.

15         But he found out that Albanian ammunition didn't have

16    as many rounds per crate as the Chinese.  So when they were

17    first going to ship the Albanian, it was going to end up

18    costing them more money because they'd have to do it in more

19    flights.

20         And then, ladies and gentlemen, he realized that the

21    cost of repackaging would be so expensive.  It would eat into

22    his profit margins and AEY's profit margins.

23         So what did he do?  He leveraged Henri Thomet, based

24    upon the fact that this ammunition was manufactured in

25    Communist China.

Closing Argument by Mr. Schwartz                    27

1              Next slide, please.

2              EM 175, overt act listed in Paragraph 15, the

3      circumvention concerns e-mail that we -- I'm sure we're all

4      familiar with now.  "It seems to be a double negative to lose

5      money and assume considerable risk."

6              What were the risks?  The risks were that the

7      Government would find out that they were concealing the fact

8      and actually supplying Chinese ammunition.

9              If we can go to the next slide, please.

10             Let's break this e-mail down a little bit more.  Well,

11     first of all, we know from the Defendant's statements to the

12     Government back in May of 2008 that he wrote this e-mail and he

13     wrote this e-mail with the intention to leverage Henri Thomet

14     for a better price.

15             And what do I mean by "leverage"?  It means -- I mean

16     that he was going to threaten to walk away from the deal in

17     order to get a better price.

18             But was he really going to walk away from the deal?

19     No.  He knew he didn't have time to find another source and he

20     knew that, if he walked away from Henri Thomet, he could say

21     goodbye to his half million dollars.  So it was another

22     righteous ruse so the Defendant could get a better price.

23             But this shows how involved and how much the Defendant

24     knew about what was going on.  He writes, "Hi, Henri.  I had a

25     lengthy conversation with Efraim this afternoon to get as many

1   details as he knows at this point."

2         And he talks about how his agent, Alex, found a

3   company that would do the repackaging for 300,000 to $500,000.

4   It's pretty expensive.  He says he knows the name of this

5   repackager.  It was Kosta Trebicka.

6         The Defendant went on and explained that, "With the

7   disastrous news about the shipping, the origin of the ammo and

8   now the repacking, we are donating to the Government.  If we

9   have decided to do that, because if we do not deliver something

10  [sic], even if it's late, we will lose the entire contract."

11        The disastrous news about the origin of the ammo.

12  What is he referring to there, ladies and gentlemen?  The fact

13  that it came from China, that it was Chinese.

14        Why didn't he just say that in that e-mail?  Well,

15  because people don't like to admit when they're defrauding the

16  Government and say it point-blank in e-mails or in written

17  communications.

18        So he uses another code.  And this cagey language,

19  ladies and gentlemen, is consciousness of the Defendant's guilt

20  because he knew what he was doing was wrong.

21        And he went on to explain, "There is also the risk

22  element regarding the reason for repacking.  It seems to be a

23  double negative to lose money and assume considerable risk."

24        How realistic is that risk?  Banko, who we heard from

25  David Packouz was another source, already knows too much.  He

1    called Efraim asking for some of the grenade order and warned

2    him to inspect the Albanian ammo for the reason it needs

3    repacking.

4           Because Albania has Chinese ammunition and that's what

5    they wanted AEY to ship and that's exactly what the Defendant

6    and AEY did ship.  And so this was opening the renegotiation,

7    leveraging because this ammunition was made in China.

8           And what happened next?

9           Well, the next slide, please.

10          We heard from David Packouz and we saw from the

11   e-mails that Efraim Diveroli went to Albania to finish the

12   renegotiation.  And the Defendant was well aware of the results

13   of that renegotiation, as we can see here in e-mail EM 187.

14          It listed the new terms, the fact the prices were

15   going to get a little bit lower and that now MEICO, the

16   Albanian wing that sold this ammunition, was going to handle

17   the repackaging.  The Defendant was well aware of this.

18          Next slide, please.

19          So what else allowed the Defendants to perpetrate this

20   fraud and this scheme to defraud?  Well, you heard, ladies and

21   gentlemen, from the contracting officer, Kim Jones.

22          She explained that, in cases like this, in wartime

23   acquisitions or wartime acquiring of ammunition,

24   self-certification is how the Army obtains armaments and

25   ammunition because you're in a war zone and there's not the

1    manpower to inspect every single round of ammunition.

2          The Defendants knew this and took advantage of it.  So

3    they lied in the self-certifying certificates of conformance.

4    And we can see that right here in Government Exhibit 4.

5          If we can move on to the next slide, please.

6          So what did the Defendant do?  Well, once the scheme

7    was put into place -- and, originally, you heard they supplied

8    Albanian ammunition until the middle of June and then, from

9    that point on, it was all repackaged Chinese ammunition, which

10   was against the contract and not acceptable -- the Defendant

11   remained constantly involved with all facets of this operation.

12         You can see here in EM 197, an e-mail from Evdin,

13   Henri Thomet, where he explains, "Dear Efraim, Dear Ralph, It

14   was nice talking to you last night.  Congratulations on the new

15   order, Task Order 3."  He's still having conference calls with

16   his supplier and his co-conspirators.

17         Next slide, please.

18         We also know that the Defendant furthered the scheme

19   and was involved as a co-conspirator because he provided money

20   and paid Evdin so this ammunition could start getting shipped

21   and start being moved under the contract.

22         Next slide, please.

23         But unfortunately for the Defendant, you heard that

24   Special Agent Michael Mentavlos was investigating AEY for

25   completely separate and apart reasons.  He was investigating

 1   AEY because of licensing violations.  A search warrant took

 2   place in August of 2007.

 3           And after that search warrant, you heard what David

 4   Packouz did.  He told you.  He went to the Government, knocked

 5   on the door and said, "Listen, I'm sorry.  We've been supplying

 6   Chinese ammunition in violation of the contract.  We've been

 7   concealing it from you."  And he admitted and explained what

 8   was going on.

 9           Now, Special Agent Mentavlos didn't just take David

10   Packouz at his word.  No.  You heard that, at the end of

11   October, beginning of November, he flew to Albania to see for

12   himself what was going on.

13           And we see here in Government Exhibit 40.1 that he saw

14   the repackaging operation at the hangar.  And you saw the

15   pictures and you heard that he obtained samples from there and

16   samples from bunkers to compare to the Chinese ammunition.  He

17   took a lot of photographs, and it confirmed everything that

18   David Packouz told him.

19           And you heard from Special Agent Mentavlos, who

20   testified that he confronted David Black, David Black, who was

21   the man on the ground, as you heard from his testimony, from

22   August until October to oversee the repackaging operation to

23   make sure it went off without a hitch.

24           And as soon as David Black was confronted, it was only

25   then that AEY stopped and the Defendant stopped providing this

 1   Chinese ammunition.  They stopped this repackaging operation.

 2   What does that say, that they waited until -- they knew that

 3   investigators caught them red-handed to stop?  It shows that

 4   they were conscious of the guilt, that they knew what they were

 5   doing was completely wrong.

 6          Now -- next slide, please.

 7          The Judge is going to give you instructions on how to

 8   evaluate witnesses' testimony to determine whether or not

 9   they're credible.

10          And you heard from David Packouz.  David Packouz told

11   you, ladies and gentlemen, that the Defendant was involved in

12   the scheme to defraud from the very beginning and that, even on

13   April 20th, he was in conference calls with Efraim Diveroli,

14   figuring out ways to conceal the origin of this Chinese

15   ammunition.

16          He also told you that it was clear for everyone and

17   that the Defendant knew that there was no legal way to provide

18   this ammunition under the contract.  That's what David Packouz

19   told you.

20          Now I'm sure defense counsel is going to come up here

21   and explain to you why you can't trust a word that David

22   Packouz said, why you can't trust a person who pled guilty and

23   is trying to get a better deal from the Government.

24          Well, let's talk about that briefly.

25          First of all, ladies and gentlemen, this isn't the

1    case where the Government knocked on David Packouz's door,

2    confronted him with incriminating evidence and David Packouz

3    confessed.  No.  It's the exact opposite.

4          Before David Packouz faced any charges, he came to the

5    Government.  Before he knew he would face any criminal

6    liability, he came forward and told the Government what was

7    going on.  And all that was verified, as you heard from Special

8    Agent Mentavlos.

9          You also heard, ladies and gentlemen, that, sure,

10   David Packouz is testifying today to get a reduced sentence.

11   But to get that reduced sentence, you heard the Court will only

12   provide it, not the Government, and it's only if he tells the

13   truth.  He has no outcome (verbatim) in what happens to the

14   Defendant in this case.

15         But, also, ladies and gentlemen, everything David

16   Packouz told you was confirmed and corroborated by the e-mail

17   evidence before you.  And you can't say that about the

18   Defendant's testimony.

19         Now, the Judge is going to instruct you that

20   individuals who have used drugs, you may consider their

21   testimony a little bit differently.  But think about it, ladies

22   and gentlemen.

23         Did what David Packouz tell you make sense?  Did it go

24   along with what was said in those e-mails?  The Defendant

25   didn't even know that David Packouz and Efraim Diveroli were

 1    using drugs at that time.  What does that tell you?  It means

 2    that David Packouz knew what was going on at that time.

 3            So let's talk about the indictment.

 4            Next slide, please.

 5            Again, Count 1 is the conspiracy charge.  And we

 6    talked about the three objects of the conspiracy.

 7            The Defendant is also charged with the substantive

 8    offenses, the actual offenses, of major fraud and attempted

 9    major fraud against the United States -- that's a scheme to

10    defraud relating to a Government contract valued at a million

11    dollars or more -- and wire fraud.  Again, a scheme to defraud

12    the United States concealing the origin of the ammunition and

13    that used the wires.

14            Now, when looking at these offenses, the lie or the

15    scheme to defraud has to be about a material fact.  And what is

16    a material fact?  Well, the Judge is going to instruct you that

17    a material fact is a fact that would influence the

18    decision-maker's decision.  It makes sense.

19            So how do we know that the Chinese ammunition -- the

20    fact that they were shipping Chinese ammunition was a material

21    fact?  Well, let's back up for a second and figure out:  How do

22    we know for a fact that the ammunition shipped was Chinese?

23            Well, we first heard the testimony of David Packouz,

24    saying from mid-June on, the rest of his tenure at AEY, the

25    ammunition shipped was Chinese.  You heard from David Black

1   that, during his stint in Albania from August to October,

2   Chinese ammunition was what was being shipped.

3          You also heard from Special Agent Albert Wiesner, who

4   went to Afghanistan.  He went to 22 bunkers.  He went to the

5   containers that contained AEY ammunition based upon the records

6   kept and he took samples.  Those samples, ladies and

7   gentlemen -- all the samples from the cardboard boxes came back

8   as positive for Chinese.

9          We know that from Jerry Miller, the US crime lab

10  expert, who not only looked at the head stamps, but actually

11  compared it to known standards the US Army's vast library of

12  known ammunition.

13         We also know that from Dr. Chueng, who was an expert

14  in the Chinese defense industry, who told you that those

15  factories, ladies and gentlemen, that matched the heads stamps,

16  well, those were manufactured in Communist China by Communist

17  Chinese military companies, which as -- the contract defines

18  them as any entity owned or operated by either the Government

19  or the Chinese military.

20         And as Dr. Chueng told you, things haven't changed

21  since 1949 until today.  Military items in China are made by

22  the Chinese Government and the military.

23         So we know the ammunition is Chinese.  In fact,

24  defense own expert said it was most likely Chinese.  He said

25  that he couldn't confirm exactly because he didn't do the

Closing Argument by Mr. Schwartz                        36

1    followup work that Dr. Chueng and Dr. -- and Jerry Miller did.

2            So how is this a material fact?  Well, first of all,

3    you heard from Kim Jones, the actual contracting officer on

4    this case.  She told us that, if she knew the ammunition being

5    shipped was manufactured in China, she wouldn't have accepted

6    that ammunition and she wouldn't have paid for that ammunition.

7    That's how we know this is a material fact.

8            But we also know from the -- from David Packouz that

9    this ammunition, everybody knew, was prohibited and couldn't be

10   supplied to the Government.

11           The third reason we know is, well, the contract

12   itself, Page 10 and 11 of Government Exhibit 1, the definition

13   of "Communist Chinese military company," as you heard and you

14   saw and you listened to the testimony of Dr. Chueng, who told

15   you, "Yes.  This ammunition came from the Communist Chinese

16   military company."

17           And the Judge is going to instruct you on what the

18   word "acquire" means.  It means to gain possession of.  And,

19   ladies and gentlemen, as you'll hear, as you know, under that

20   contract, if that ammunition touched a Communist Chinese

21   military company at any level, directly or indirectly, it's in

22   violation of the contract.

23           So let's talk about conspiracy.

24           Next slide, please.

25           What does the Government have to prove?  We have to

1    show, first, that -- beyond a reasonable doubt that two or more

2    persons in some way agreed to try to accomplish a shared and

3    unlawful plan; second, that the Defendant knew of the unlawful

4    purpose of the plan and willfully joined it; third, that during

5    the conspiracy, one of the conspirators knowingly engaged in at

6    least one overt act, as described in the indictment -- and we

7    went through all those overt acts -- and, four, the overt act

8    was committed on or about the time alleged and with the purpose

9    of carrying out or accomplishing some object of the conspiracy.

10           So how do we know that the Defendant joined this

11   conspiracy?  Well, first of all, we heard from David Packouz

12   and his testimony.  He told you the Defendant was involved with

13   the plan and the scheme to defraud the United States to conceal

14   the origin of the ammunition from the very beginning.  He was

15   on conference calls with Efraim Diveroli and David Packouz.  He

16   knew exactly what was going on.

17           But we also know through the Defendant's own e-mails.

18           Next slide, please.

19           We saw -- and I don't want to belabor the point, but

20   we saw e-mails showing the Defendant knew this ammunition was

21   manufactured in China.

22           We saw e-mails where the Defendant came up with ways

23   to conceal the markings -- to conceal the Chinese origin.  We

24   saw e-mails where the Defendant talked about eastern

25   ammunition.  He uses his code.

1        We saw e-mails that showed the Defendant renegotiated

2   and tried to get a better price for this ammunition because it

3   was Chinese and they were going to have to conceal the fact and

4   take a risk to supply it.

5        And, last, there were e-mails showing that the

6   Defendant was paying for this ammunition so the fraud and the

7   scheme could be furthered and advanced.

8        But we also know for another reason:  The Defendant's

9   own confession to investigators in May of 2008.  Ladies and

10  gentlemen, remember, he confessed to writing both that cleaning

11  tools e-mail and the circumvention concerns e-mail.  At first,

12  he denied, took a deep breath, exhaled and said, "Yes.  I wrote

13  that."

14       We know that he wrote it because he was thinking of

15  ways to try to scrape off the Chinese markings.  That's what he

16  told Special Agent Perez.  And Special Agent Perez testified to

17  that to you on the stand.

18       He also admitted that he was well aware that the State

19  Department said "no" when asked if they could supply this

20  ammunition, a firm "no."

21       He also admitted that he and Diveroli tried to

22  renegotiate for a lower price based upon the fact this

23  ammunition was made in China.

24       And, last, he even told Special Agent Perez that he

25  was playing high-stakes poker with the Government.  He

1    confessed, ladies and gentlemen, to the crimes.

2              Next slide, please.

3              Now, let's move -- moving on to the other two

4    offenses, the major fraud against the United States and the

5    wire fraud offenses, I just want to advise you of another

6    instruction the Judge is going to provide.

7              The Judge is going to instruct that, if you find that

8    the Defendant joined this conspiracy -- and I submit that we've

9    proven that to you beyond a reasonable doubt -- if you find

10   that any of the co-conspirators carried out the crimes alleged

11   in the indictment, the substantive actual offenses, beyond a

12   reasonable doubt, and it was foreseeable to the Defendant that

13   these -- that his co-conspirators were going to do these

14   crimes, the Defendant is equally guilty.  Keep that in mind.

15             Next slide, please.

16             Let's talk about major fraud, Counts 37 through 71.

17             To show that the Government must prove, first, that

18   the Defendant knowingly used or tried to use a scheme with the

19   intent to defraud the United States to get money by using

20   materially false or fraudulent pretenses, representations or

21   promises.

22             So the scheme here, as charged, is that the

23   Government -- they were going to defraud and conceal from the

24   Government the fact that the ammunition they were providing was

25   manufactured in China.  That's what's alleged in the

1    indictment.

2            Second, that the scheme took place as part of

3    acquiring money as a contractor with the United States.  And we

4    know that this relates to a contract, the contract between the

5    Army Sustainment Command and AEY for this ammunition.

6            And, third, that the value of this contract or

7    subcontract was for a million dollars or more.

8            We know the Defendant was involved in the scheme to

9    defraud.  He came up with ideas, ladies and gentlemen.  He was

10   the idea man.  He paid for this ammunition so they could

11   actually supply it.  He renegotiated for a lower price so they

12   could actually repackage this ammunition and still make a

13   profit.  He was involved from the very beginning.

14           So you may be thinking, "Well, if there's all these

15   charges, what does that mean?"  Well, each of the actual

16   counts, ladies and gentlemen, are the payments made by the

17   Government for this ammunition that was Chinese.

18           And you'll see, ladies and gentlemen, if you find that

19   the Defendant was involved in that scheme to defraud, well, the

20   counts really aren't at issue.

21           See, ladies and gentlemen, Government Exhibit 39 -- it

22   lists each of the invoice dates and shipment numbers and

23   payment dates.  Those are agreed between the parties.  Those

24   match up exactly in Government Exhibit 39 with Counts 37

25   through 71.

1          So let's talk about -- and, also, ladies and

2   gentlemen, he's charged with attempt.  So even if you find the

3   Government wasn't actually defrauded, but that the Defendant

4   took a substantial step by sending e-mails, by coming up with

5   ideas of ways to defraud, the Defendant is also guilty.

6          Let's go to the next slide, please.

7          In Counts 72 and 74 through 85, the Defendant is

8   charged with wire fraud.  To prove that, the Government must

9   show, first, that the Defendant knowingly devised or

10  participated in a scheme to defraud or to obtain money by using

11  false pretenses, representations or promises.

12         And here, as charged, the scheme to defraud was

13  concealing the Chinese origin of the ammunition.

14         Second, the false pretenses, representations or

15  promises were about a material fact.

16         And here, we're talking about the fact that this

17  ammunition was Chinese was a material fact, and we've discussed

18  why it was.

19         Third, the Defendant acted with the intent to defraud

20  through his e-mails, his words and his own confession, ladies

21  and gentlemen.  That's blatantly clear.

22         And, last, the Defendant caused or caused to be

23  transmitted by wire some communication in interstate or foreign

24  commerce to help carry out the scheme to defraud.

25         Let's talk about that last element.

1            Well, ladies and gentlemen, what's charged here are

2     two e-mails, an e-mail from Efraim Diveroli forwarded to Ralph

3     Merrill in Utah, explaining that the Department of State said

4     "no."

5            And the other charge, Count 74, is the e-mail -- the

6     cleaning tools e-mail that the Defendant sent from Utah to

7     Efraim Diveroli and David Packouz in Miami explaining ways to

8     try to clean the crates.

9            So those were those communications.

10           But the remaining counts, Counts 75 through 85, are a

11    selection -- not all, but a selection -- of wire payments made

12    to AEY under the contract.

13           It was reasonably foreseeable that the Defendant knew

14    that AEY was going to be paid by wires because we're talking

15    about millions of dollars here.  We've proven those beyond a

16    reasonable doubt.  Those aren't in dispute.  Special Agent

17    Perez testified about this.

18           If we can go to the next slide, please.

19           Let me just take an example:  Count 79.  Well, first

20    of all, you see in Government Exhibit 17, in those certificates

21    of conformance, those documents that they had to submit to the

22    Government in order to get an invoice so they would get paid on

23    the contract.  They had to lie and say that the ammunition was

24    produced in Albania.

25           But it also includes an invoice number and a shipment

Closing Argument by Mr. Schwartz                43

1    number.  The invoice number is what's listed on the charges in

2    the wire fraud counts.

3           And you heard from Special Agent Perez that AEY had an

4    arrangement.  Well, first, the Defendant would pay MEICO and

5    Evdin the money to supply the ammunition and, once AEY

6    submitted these certificates of conformance, they would have to

7    wait 30 days after an invoice was issued.

8           So they went into an arrangement with Wells Fargo

9    business bank.  What Wells Fargo did was, after they received

10   an invoice, they would pay 85 percent of the invoice amount up

11   front to AEY's bank account at Wachovia in Miami.

12          And then, in 30 days, when the Army was ready to pay,

13   the Army would pay directly to Wells Fargo.  Wells Fargo would

14   deduct any interest and any fees and forward on the remaining

15   money to AEY's bank account in Wachovia.  And that's what's

16   charged here.

17          If we can go to the next slide, please.

18          THE COURT:  You have 10 minutes.

19          MR. SCHWARTZ:  As you can see in Government

20   Exhibit 75-E, for an example -- this is Count 79, AEY -- it

21   shows here that the invoice came in.  And that invoice number,

22   GOV101B21 -- that's going to be on the indictment itself.  It

23   shows that they forwarded the original amount.

24          And then -- continue to the next page -- 75-E also

25   shows that this money was then ultimately forwarded on to

Closing Argument by Mr. Schwartz                    44

 1   Wachovia Bank of Florida.  It originally went through the

 2   clearinghouse in Jacksonville, but ended up in AEY's bank

 3   account in Wachovia in Miami.

 4        We know this traveled through interstate and

 5   foreign commerce because, ladies and gentlemen, in Government

 6   Exhibit 39, there's a stipulation that the parties agreed to.

 7   It's a proven fact that the ammunition -- sorry -- that the

 8   funds went from Denver, from Wells Fargo, to Miami.

 9        So, ladies and gentlemen, these wire counts, as you

10   can see in 75-A through -E that Special Agent Perez went

11   through -- it was a little laborious, a little boring -- that's

12   what he was talking about.

13        These wires aren't really in dispute here.  So if you

14   found that the Defendant was involved in this scheme to defraud

15   the United States by concealing the origin of the ammunition,

16   the actual wire transfers and e-mails aren't really in dispute.

17        So -- next slide, please.

18        Why did the Defendant do it?  It's greed, pure and

19   simple.  He didn't do it to support the war on terrorism.  He

20   didn't do it to help the troops in Afghanistan.

21        He did it to make money.  And the Defendant wasn't

22   going to let the truth get in the way of his profits.  He

23   didn't want it to affect his profit margin.

24        So you heard in the Defendant's own words that he was

25   going to play a game of high-stakes poker with the Government

```
 1   and conceal the origin of the ammunition.

 2            He was hoping that the Government wouldn't call his

 3   bluff.  The Defendant gambled and lost, ladies and gentlemen.

 4   The evidence proves beyond a reasonable doubt the Defendant's

 5   guilt.

 6            There is only one verdict consistent with all the

 7   evidence that you've heard over this past month, ladies and

 8   gentlemen, and it's a verdict of guilty as to all counts.

 9            THE COURT:  We're going to take a break.

10            Do not discuss this case either amongst yourselves or

11   with anyone else.  Have no contact whatsoever with anyone

12   associated with the trial.  Do not read, listen or see anything

13   touching on this matter in any way.

14            If anyone should try to talk to you about this case,

15   you should immediately instruct them to stop and report it to

16   my staff.

17            You may leave your notebooks at your chairs.  Please

18   be back in the jury room in ten minutes.

19            (Whereupon, the jury exited the courtroom at

20   10:56 a.m. and the following proceedings were had:)

21            THE COURT:  We're in recess for ten.

22            MR. STIRBA:  Your Honor, may I --

23            THE COURT:  One moment.

24            MR. STIRBA:  Sure.

25            THE COURT:  You may be seated.
```

1            Yes.

2            MR. STIRBA:  Yes, your Honor.  It's a very small

3      housekeeping matter.

4            Counsel brought up some material that I think I need

5      to address a little bit differently than I thought.

6            So I'd like to have an hour and 15 minutes.  And if

7      your Honor would kindly give me a warning at the one-hour mark,

8      meaning I have 15 minutes to go, I would appreciate that.

9            THE COURT:  And you still want the five-minute

10     warning?

11           MR. STIRBA:  No.  I think --

12           THE COURT:  Just a one-hour?

13           MR. STIRBA:  I think a one-hour.  That should be

14     sufficient, Judge.

15           THE COURT:  So you want an hour and 15 minutes and

16     then you want me to warn you when you have an hour remaining?

17           MR. STIRBA:  Yes, your Honor.  Thank you.

18           THE COURT:  Okay.  We are in recess for ten.

19           MR. TAMEN:  Judge, a quick question.

20           Do you anticipate going all the way through closing

21     and then rebuttal before lunch or are we going to break for

22     lunch after the defense closing?

23           THE COURT:  I think we're going to go straight

24     through.  I'm going to have Patricia give them menus and they

25     will have lunch as soon as we conclude and I instruct them on

```
 1    the law.
 2              We're in recess for ten.
 3               (Thereupon a recess was taken, after which the
 4    following proceedings were had:)
 5              THE COURT:  United States of America versus Ralph
 6    Merrill, Case No. 08-20574.
 7              Counsel, state your appearances, please, for the
 8    record.
 9              MR. TAMEN:  Good morning, your Honor.
10              Frank Tamen, Adam Schwartz and Eloisa Fernandez for
11    the United States.
12              THE COURT:  Good morning.
13              MR. STIRBA:  Good morning, your Honor.
14              Peter Stirba and Nathan Crane on behalf of
15    Mr. Merrill.
16              And Mr. Merrill is present.
17              THE COURT:  Good morning.
18              Are we ready?
19              Mr. Stirba, are you ready?
20              MR. STIRBA:  Yes, your Honor.  Thank you very much.
21              THE COURT:  So let's bring in the jury, please.
22              (Whereupon, the jury entered the courtroom at
23    11:11 a.m. and the following proceedings were had:)
24              THE COURT:  You may be seated.
25              You may proceed.
```

Closing Argument by Mr. Stirba                    48

```
1              MR. STIRBA:  Thank you.

2              May it please the Court, counsel, Mr. Merrill.

3              Ladies and gentlemen of the jury, good morning.

4              THE JURY:  Good morning.

5              MR. STIRBA:  I get to the point in a trial like this

6    where I feel a great weight and obligation --

7              THE COURT:  Mr. Stirba, can you make sure that

8    microphone is working?  Just give it a tap.

9              MR. STIRBA:  Thank you.

10             As I was saying, ladies and gentlemen, I get to the

11   point in this process and I feel a great weight and

12   responsibility because the Government, because of the burden of

13   proof, will have an opportunity to talk to you again.  I won't.

14             So I really have to get it right and I have to get it

15   accurate and I have to really make sure that, since this is my

16   last chance, that I do it well.

17             One thing I'll tell you:  There are 17 of you and

18   there's only one of me.  As I go through the facts, you might

19   notice that I've taken notes and I've certainly reviewed some

20   documents and I'll try to accurately tell you what the evidence

21   has shown.

22             But if for some reason you go back into the jury room

23   and your collective memory is different than mine, please go

24   with your collective memory.

25             Now, this is not a civil case, ladies and gentlemen.
```

1   As you know, it's a criminal case.  And there's a standard of

2   proof in a criminal case:  Beyond a reasonable doubt.  It's the

3   standard of proof that the Government must convince you of on

4   each and every element of the crime in order for you to convict

5   Mr. Merrill.  It's the highest standard of proof that we have

6   in the American system of justice.

7          For example, it's higher than the standard of proof in

8   a civil personal injury case that might involve millions of

9   dollars.  It's higher than the standard of proof in a civil

10  rights case that might involve constitutional issues.  It's

11  even higher than the kind of standard you might see where the

12  State is trying to take a child away from an unfit parent.

13         It is very, very important to our system of justice

14  because you realize Mr. Merrill, as he sits there now and

15  throughout the entire proceeding, is presumed innocent.  That

16  presumption stays with him unless and until you adjudicate him

17  guilty.

18         And based upon this record and these facts, I submit

19  the evidence hasn't been proven beyond a reasonable doubt and

20  that will not be your verdict.

21         He doesn't have to present any evidence.  It's all on

22  the Government.  The burden is on the Government to convince

23  you beyond a reasonable doubt that they have proven their case.

24  He doesn't have to prove anything.

25         The reason why that presumption is there, ladies and

Closing Argument by Mr. Stirba                    50

1   gentlemen, is because our system is based upon the fact that

2   where somebody may be falsely accused, it acts as a shield,

3   provides protection, provides rights, so that we don't end up

4   convicting people who are indeed innocent.

5          It's also the reasonable doubt -- you'll be

6   instructed it's the kind of doubt that you have to have where

7   you don't hesitate at all.  You don't hesitate about making the

8   decision that you're going to make.

9          So it's not a situation where you may say, "Well,

10  Mr. Merrill may be guilty.  Mr. Merrill sort of is guilty.

11  Mr. Merrill more likely than not is guilty."  That's not the

12  standard.

13         The standard is you have to believe in your own heart

14  and your own mind without any hesitation that Mr. Merrill is,

15  in fact, guilty of what he's charged.  And if you have a

16  hesitation, that's reasonable doubt.  If you have a hesitation,

17  that means you have a duty to acquit him.

18         And that hesitation is something where, if you pause,

19  if you hold back, if you have any concerns, anything in the

20  back of your mind that says maybe this isn't just right, that's

21  reasonable doubt and you have a duty to acquit Mr. Merrill.

22         Now, I told you, ladies and gentlemen, at the

23  beginning, in my opening statement, that the Government had

24  three problems.

25         The first problem was they weren't going to be able to

 1    convince you and prove a crime that Mr. Merrill committed.

 2           The second problem is -- and they have not under the

 3    evidence of this case.

 4           The second problem is that this contract was, in fact,

 5    performed.  There was no acquisition from a Communist Chinese

 6    military company.

 7           MR. TAMEN:  Judge, I'm going to have to object because

 8    that's not the charge.

 9           THE COURT:  Sustained.

10           MR. STIRBA:  It's part of the facts of this case, your

11    Honor.

12           MR. TAMEN:  I'd ask for a curative instruction.

13           THE COURT:  Come on up.

14           (Whereupon, the following proceedings were had at

15    side-bar outside the presence of the jury:)

16           MR. TAMEN:  I think he's clearly misrepresenting the

17    Government's obligation under this charge.  We've dealt with

18    this in quite a few motions.  There's no requirement that the

19    Government prove an acquisition.

20           It only has to prove that the ammunition was acquired

21    directly or indirectly from a Communist Chinese military

22    company.  He's using a phrase that the Court has already held

23    is not applicable to the charges or to the DFARS rule.

24           MR. STIRBA:  I used the language of the contract,

25    Judge.  Mr. Schwartz has spent a long --

 1           THE COURT:  Where in the contract does it say that

 2  there has to be an acquisition from a Chinese military company?

 3           MR. STIRBA:  If I misspoke, I meant Communist Chinese

 4  military company.

 5           THE COURT:  That's not the issue.  The issue is an

 6  acquisition.

 7           MR. STIRBA:  Well, it says "acquire."  I'll rephrase

 8  it.  But that is the point I was trying to make.  I think it

 9  was a fair comment in closing summation, your Honor.

10           THE COURT:  You can rephrase it.  You may make it

11  clear to the jury that you meant acquired and not an

12  acquisition.

13           MR. STIRBA:  Okay.  Fine.

14           (Whereupon, the following proceedings were had in open

15  court:)

16           MR. STIRBA:  May I proceed, your Honor?

17           THE COURT:  Yes.

18           MR. STIRBA:  Thank you.

19           Ladies and gentlemen, sometimes there are words that

20  are synonymous with one another.  The contract language says

21  "acquire from a Communist Chinese military company."  I used

22  the word "acquisition."  But we use the word "acquire."  There

23  was no acquiring from a Communist Chinese military company in

24  this case.

25           And, finally, I told you that the Government would

1    send and have witnesses who will testify basically on

2    untruthful things and they would try to use those untruths to

3    somehow convince you that Mr. Merrill committed a crime.

4           Let's talk about some of those untruths.

5           The Government's star witness, David Packouz.  He's

6    high on marijuana.  He's high on cocaine.  He has cut a deal

7    with the Government.  He has an incentive to lie.  He wants a

8    better sentence.  And the Government has spent 50 hours

9    prepping him for his testimony before you.

10          And he remembers -- remember, ladies and gentlemen,

11   what he told you:  He remembers every conversation.  He

12   remembers every e-mail.  He remembers every phone call.  He

13   remembers everything that occurred during this relevant

14   nine-month period, even though the while he's high, even though

15   the while he has an incentive to lie, even the while that he's

16   a convicted felon.

17          Ladies and gentlemen, those are the kind of untruths

18   that I'm talking about upon which the Government's case rests.

19          He even comes in here.  He's on the witness stand.

20   Remember what he said on direct?  First of all, he was shown a

21   photograph.  It's EM 118.  It's attached to that e-mail.

22          And they ask him, "Can you see any Chinese markings on

23   that box?"

24          And he said, "Yes" to the prosecutor.

25          On cross-examination, I said to him, "Here.  Here's

1      the photo, right there."

2              I showed it to him.

3              "Now, do you see any Chinese markings on that photo?"

4              And what did he say?

5              "No."

6              He lied to you.  He lied to you in his own testimony.

7              He also lied to you in another way.  He starts off on

8      direct testimony and says, "Mr. Podrizki was sent to Albania

9      for assisting with the Albanians in shipping the product."

10             I got out his plea proffer.  I said, "That wasn't

11     true.  That's not why Mr. Podrizki went to Albanian, was it?"

12             The plea proffer says that Mr. Podrizki went to

13     Albania basically to repack the ammo because, before they ever

14     knew it was Chinese in origin, before they ever knew that the

15     Albanians were now offering that, they were going to remove the

16     crates, they were going to remove the tins, and they were, in

17     fact, going to repackage the ammo.

18             But that's not consistent with the Government's

19     theory.  So, therefore, Mr. Packouz on direct said he was only

20     going over there to assist in the shipping.

21             And on cross-examination, after I showed him his plea

22     proffer and what he factually told the Court in that document,

23     he said, "Well, yes.  What I meant to say, shipping including

24     repacking."

25             He lied to you again.

1          Now, as far as the contract is concerned, the

2    Government would lead you to believe that somehow there was an

3    acquiring from a Communist Chinese military company.  Well,

4    don't take my word for it.  If we could look at what the

5    Department of Army said about this particular transaction, EUC.

6          Now, that is a document dated March 20, 2007, by

7    Daniel E. Stackwick, who is with the Department of Army.  He's

8    the deputy director for security assistance.

9          And look at what he says.  This is the Department of

10   Army, the United States Government.

11          "We acknowledge the Ministry of Defense of Albania,

12   MEICO, Military Export and Import Company, Road 4, Tirana,

13   Albania, as the foreign supplier to AEY."

14          Not a Communist Chinese military company, not China,

15   but Albania.

16          Now, the Government has also presented you a number of

17   what I call red herrings, things that really have nothing to do

18   with this case, but they like to talk about them.

19          First of all, the indictment period, as you go back to

20   the jury room, you'll see, runs from April, 2007, through

21   December of 2007.

22          You've heard all kinds of testimony about things that

23   occurred in 2006, before the indictment period.  That has

24   nothing to do with this case.  It has absolutely nothing to do

25   with the charges in this case.  But you've heard a lot about

 1   them and you've heard a lot about them just in the summation

 2   presented by Government counsel.

 3          Here's another red herring:  The crates having Chinese

 4   markings.  Now, you realize the first witness -- the first

 5   witness the Government puts on the stand is Special Agent

 6   Mentavlos.

 7          You realize I had him demonstrate -- "Here are the

 8   crates, right here."  I went right up there to the witness

 9   stand and asked him, "Look at the crates.  Do you see any

10   Chinese markings on those crates?"

11          He said, "No."

12          He also testified that, when he was there, he didn't

13   see any crates with Chinese markings on them, because the

14   crates don't have Chinese markings on them, period.

15          So the fact that we're talking about them and the

16   Government insists that that's an important fact, you realize,

17   is a red herring.

18          You also realize there's no testimony in this trial,

19   none, none, zero, that somehow these crates were ever sanded,

20   somehow these crates were ever obliterated, somehow these

21   crates were ever painted, somehow any of that ever happened.

22   It didn't happen.  The testimony has been clear.  None of that

23   happened.

24          And I'll tell you why shortly that didn't happen.  But

25   the fact of the matter is that we're still talking about it.  A

1    fact of no significance, no meaning, to this case because it

2    didn't happen is an example of a Government red herring.

3         The other thing is the Government talks about the

4    tins.  They keep on talking about the tins, the tins are

5    important because they had to take it out of the tins because

6    there were Chinese markings on the tins and there's paper on

7    the tins and somehow that meant something.  You realize that's

8    another red herring.

9         If you could put up, Eric, the Walck statement on the

10   25th of April.

11        THE COURT:  Can you identify the exhibits, please, for

12   the record.

13        MR. STIRBA:  Right there.  EM 138.

14        Now, in that, this is what Ronald Walck says on the

15   25th of April.  "Now that we have an accurate assessment of

16   what shipping will actually be from Tirana (about a 30 percent

17   increase), we need to look at ways to reduce our overall

18   costs."

19        And if you could look at what Walck -- this is what he

20   says in response to Mr. Packouz:  "The ammunition in the

21   pictures looks good" -- these are pictures where they're in

22   cardboard containers, Saran-wrapped, loose ammo -- "I don't

23   think there will be any problems with the cardboard boxes.  If

24   you band them to the pallets, they should be fine."

25        In other words, as of the 25th of April, ladies and

1    gentlemen, that's the way the Army is accepting them be

2    shipped.  Crates, tins, are not going to be part of this

3    process.  So to talk about them is, once again, a red herring.

4           Now, what I'd like to do is review some facts with you

5    and talk about a timeline because I think it's important.

6           One of the things that I think is important in this

7    case is, really, you can decide this case looking at it from

8    April of 2007 through the end of June of 2007.  Those are the

9    most important facts in this case.

10          The problem, ladies and gentlemen, is that the

11   Government -- and they've told you this now twice.  They want

12   to say the unlawful agreement started as of April 23 or

13   thereabouts of 2007, when, finally, they determined that the

14   Albanians were sourcing ammo that was Chinese in origin.

15          Remember, that's all they're doing.  There is no

16   agreement, none whatsoever, with anybody that they're going to

17   buy or ship Chinese ammunition in April.  There's no agreement

18   with anybody that it's going to be repacked in April.  There's

19   no agreement whatsoever.

20          All you have is somebody saying that Albania is

21   offering now Chinese ammunition in lieu of Albania.  And nobody

22   knew that at the time until Mr. Podrizki went there in -- the

23   20th or thereabouts of April.

24          The contract is awarded on the 26th of January, 2007.

25          And you'll see, ladies and gentlemen, that those are

1    the relevant time periods that I think decide this case as to

2    whether or not Mr. Merrill ever joined in any unlawful

3    agreement to do anything.

4            And, remember, there was never an agreement in April.

5    And when I say "agreement," between AEY and any supplier with

6    respect to anything.  There wasn't an agreement in May with

7    respect to AEY and any supplier.

8            There were agreements, though, that started in June.

9    And you may recall the testimony of Special Agent Mentavlos,

10   just to put some context to it.

11           There were no shipments of any kind, much less

12   Chinese-origin ammo, in April.  There were no shipments of

13   Chinese-origin ammo in May.  And, actually, as alleged in the

14   indictment, the first shipment started on June 21st of 2007.

15           First thing, Eric, if you could put up -- this is an

16   e-mail April 6 of 2007, EM 83.

17           Now, the reason why this is important -- this is

18   Mr. Merrill indicating well before anybody knows that it's

19   Chinese in origin that, in fact, the crates are going to be

20   removed.  It has nothing to do with being Chinese.  It has

21   everything to do with weight.

22           "Now that we have an accurate assessment of what the

23   shipping will actually be from Tirana (about 30 percent

24   increase), we need to look at ways to reduce our overall

25   costs."

1          Next slide, please.

2          THE COURT:  You have an hour remaining.

3          MR. STIRBA:  Thank you.

4          Now, this is an additional statement that he makes in

5     the e-mail:  "This could be done by discarding the wood crates

6     and shipping only the hermetically sealed tins."

7          Let's go to the next date, Eric, please.

8          The 20th.  Why is that significant?  Podrizki sends

9     the photographs.  Now, remember, there's no text on those

10    photographs.  You'll see them when you're back in the jury

11    room.

12         Mr. Merrill told you he got these photographs.  He

13    didn't know precisely what they meant because there was no text

14    indicating anything.  But he thought he would then get some

15    further information from Mr. Diveroli.  And, in fact, he did,

16    on the 23rd of April.

17         Now, Mr. Diveroli calls Mr. Merrill.  It's an

18    important conversation.  What does Mr. Diveroli tell

19    Mr. Merrill?  Well, he tells him three things.  This is from

20    Mr. Merrill's testimony.

21         First, he tells him that the Albanians are trying to

22    source this contract with Chinese-origin ammunition.  He tells

23    him that.

24         He also tells him that he doesn't think that that will

25    necessarily be a problem because he's hired lawyers who are

1    going to look at the precise question -- it's a contract

2    problem.  It's nothing else.  It's a contract problem -- and

3    whether or not the contract precludes sourcing this with

4    Chinese-origin ammo.

5          And, remember, ladies and gentlemen -- you know this.

6    You've seen it a zillion times, essentially, up on the screen.

7    We have two provisions in the same contract, same contract.

8    Kim Jones said it's part of the contract.  Melanie Johnson said

9    it's part of the contract.

10         One says in response to the question, "Could we source

11   this?  Could we source this with ammunition essentially from

12   China?" -- and there's an answer.  The answer isn't a flat

13   "no."  The answer isn't an "absolutely not."

14         The answer is, "Well, the contract really doesn't

15   specify what source you should get it from."  And then it goes

16   on to say:  But you need to check certain regulations and

17   statutes and what have you and the burden is on the contractor

18   to make sure that's right.

19         And that's from China, not a Communist Chinese

20   military company.  That's one provision.

21         Then we have the other provision, which is a

22   prohibition of the acquisition of certain munitions from a

23   Communist Chinese military company.  Not China.  Communist

24   Chinese military company.

25         Now, in that one, it clearly says that there is a

1    prohibition; that is, you would violate the contract if you

2    actually provided munitions from a Communist Chinese military

3    company.

4              So there is an ambiguity.  It's not clear.  And it's

5    something that the contract is not exactly meshed in terms of

6    the meanings between the one versus the other and how it all

7    works.  That's what the legal issue was.

8              The second thing that Mr. Diveroli tells Mr. Merrill

9    in that conversation is the fact that -- he asked about whether

10   or not Mr. Merrill would know how somehow certain tools can be

11   used to scrape things or clean things off of these crates.

12             Because he tells Mr. Merrill that the Albanians are

13   concerned that, if they leave these crates out in an unsecured

14   area on the tarmac of that airport -- and you've seen the

15   photographs.  You see the nature of it.

16             This is not the normal kind of circumstance where it's

17   a secure facility, and they're concerned about markings on the

18   crates and whether there might be some problems in terms of

19   somebody presumably either taking the crates, stealing the

20   ammo, what have you.

21             Now, remember, that's what Mr. Diveroli tells

22   Mr. Merrill.  Mr. Merrill isn't there.  Mr. Merrill doesn't

23   know.  Mr. Merrill is just saying, "Okay.  Yeah.  I think I

24   know how to do it."

25             And he explains why Diveroli would ask him that,

1   because Merrill has, obviously, Vector Arms.  They have these

2   things all the time.  They have crates, which you've seen.

3          And as he testified, many of the munitions they get in

4   that -- at the time period were in crates that said "Made in

5   China."  Diveroli knew that.  Diveroli didn't have a clue.

6   Merrill did.  He asked the question.

7          But I submit, ladies and gentlemen, that just like

8   Diveroli essentially lies to Packouz -- because, remember, he

9   cheated him and Packouz even said he's the most dishonest

10  businessman that he's ever known.

11         Just like he lied to Black.  Because, remember, Black

12  felt so bad about the relationship that he essentially stole

13  $10,000 from AEY because Diveroli had cheated him.

14         And just like Diveroli lied to Mr. Merrill about

15  Danny, which even Packouz admitted was a lie.  Of course,

16  Packouz doesn't tell the person he's supposedly talking to this

17  whole time that Danny's fictitious, that Danny doesn't exist,

18  that Danny isn't a new investor and that, really, this is an

19  attempt to chisel Mr. Merrill out of the relationship.

20         Mr. Diveroli lies to Mr. Merrill again on the 23rd,

21  when he tells him that the Albanians are concerned about

22  security at the airport such that they want something that they

23  could use to take markings off the crates.

24         And the reason why he did that is because, if he had

25  told Mr. Merrill what he really was thinking, that is, removing

1    Chinese markings from any of the crates -- and, remember, there

2    are no Chinese markings -- Mr. Merrill obviously would have

3    said what he said back in September, later on when he found

4    out, "I am out of this contract.  I'm not going to participate.

5    I withdraw, period."

6           Because, remember, at this point, at this point,

7    Mr. Merrill is an important financial source to AEY.  There is

8    no Wells Fargo factoring.  There is no other financing.

9    Mr. Merrill is paying all these suppliers for the ammo for

10   other -- for this contract and others.

11          He needs Mr. Merrill.  If he loses Mr. Merrill now, he

12   has no ability to make up the financing and no ability to buy

13   the ammo to fulfill the contract.

14          So he tells that story to Mr. Merrill.  Mr. Merrill

15   doesn't really question it.  And Mr. Merrill then, on the 25th,

16   sends the cleaning tools e-mail.

17          Now, it does say "To Whom It May Concern."  Do you

18   realize -- and that's what Mr. Merrill said.  Because he asked

19   Mr. Diveroli, "Well, do you want me to send this directly to

20   Albania or directly to Mr. Pinari?"

21          And Mr. Diveroli said, "No.  No.  Why don't you

22   just -- I'll use it.  And so why don't you just make it 'To

23   Whom It May Concern.'"

24          You realize he knew how to send e-mails to

25   Mr. Diveroli.  Mr. Merrill sent -- you'll see them.  There are

1   dozens of them.  He knew how to address something to

2   Mr. Packouz.  There are those e-mails, too.

3           This is the only e-mail, the only e-mail, in the

4   evidence that says "To Whom It May Concern."  And I'd submit

5   the reason why it's the only e-mail that says "To Whom It May

6   Concern" is because it's totally consistent with what

7   Mr. Merrill told you, that that's the way Mr. Diveroli wanted

8   it and he used it only if he had to.

9           Anyway -- but before that -- and I refer back to the

10  red herring nature of this e-mail -- do you realize that, on

11  that very same day, on the 25th, Major Walck sends an e-mail to

12  Mr. Packouz and says, "You can just pack all this ammo in

13  cardboard containers, loosely packed, without the tins and

14  without any crates"?  So that's why this is a distraction from

15  the case.

16          Now, next one.  This is on the 28th of April.  It's an

17  important e-mail.  Okay.  This is something that Mr. Merrill

18  sends to Mr. Diveroli.

19          What is important about it?  As I said, there is no

20  agreement, ladies and gentlemen.  There is no contract.  There

21  is no understanding.  There is no nothing between AEY, MEICO,

22  Evdin, anybody to do anything about anything.

23          Why?  Here's what the problem was.  Packouz testified

24  to it.  Mr. Merrill testified to it.  And the e-mails show it.

25  AEY was fully expecting Albanian ammo.  Albanian ammo, though,

1    was expensive to ship in wood crates.  Albanian ammo was

2    expensive to ship in tins.  And they wanted the Albanians to go

3    and do that repacking.  And that was going to cost some money.

4         And the Albanians were saying, "We're not going to do

5    that.  We are not going to pay for that cost and we're not

6    going to repack."

7         So, basically, you had a situation as of this e-mail

8    where Albanians were not going to repack and AEY wasn't going

9    to go through the expense and the cost of buying Albanian ammo

10   that wasn't repacked.  It was a problem.  Thus, this e-mail

11   and, thus, this calculation.

12        If you could go to the next slide, please.

13        Now, read that, ladies and gentlemen.  That's

14   Mr. Merrill's e-mail as of the 28th of April.  He's not talking

15   about, "Yes.  We're going to ship Chinese-origin ammo" or he's

16   not saying, "We're going to provide the contract with

17   Chinese-origin ammo."

18        In fact, as he testified -- and it's on the face of

19   the document -- and you wouldn't crate this just to crate it --

20   he's testified that what he's showing is, "We can sensibly

21   afford to fulfill the contract with Albanian ammo if, if, we

22   remove the crates and remove the tins."  And he does a

23   calculation.

24        And that calculation comes up where he says, "Albania,

25   without crates and tins, but with cardboard" -- that's the

 1    cardboard packaging that's already been approved by the Army --

 2    "cost avoided."  He has a figure there -- and this, once again,

 3    is projected over all the flights -- of $1,138,500.

 4          Now, if there was an agreement to somehow ship

 5    Chinese-origin ammo and if there was some understanding that

 6    that was going to occur, I'd submit, ladies and gentlemen, that

 7    e-mail wouldn't have been sent.

 8          That's totally inconsistent with any agreement.

 9    Mr. Merrill's talking about Albanian ammo.  Mr. Merrill's

10    talking about repackaged Albanian ammo.  Mr. Merrill is talking

11    about , "We can do this.  This is how we have to do it."

12    That's on the 28th of April, 2007.

13          Next slide, please.

14          Okay.  On the 29th, we have Mr. Diveroli sending

15    another e-mail.  It's EM 157.  This is what he says on the

16    29th.  Supposedly, this is six days after the conspiracy starts

17    to send the concealed Chinese ammo.

18          This is what Mr. Diveroli is saying in that e-mail,

19    consistent with the e-mail that he received the day before from

20    Mr. Merrill:  "AEY was never aware of or accepted Chinese

21    ammunition" -- undisputed, absolutely true, they never knew --

22    "for the delivery US Government contracts, and we will only

23    accept the loose-packed ammunition in cardboard boxes in lieu

24    of the Chinese," in lieu of the Chinese.

25          In other words, "We'll take Albanian and we'll take it

 1    in these cardboard boxes, but we are not taking the Chinese.

 2    That's what we're taking instead of the Chinese."  That's

 3    Diveroli to Evdin on the 29th of April.

 4             And he goes on to say, "If this cannot be accomplished

 5    immediately, please inform immediately."

 6             And then the next phraseology:  "We have no room in

 7    our contract to ship $1 million worth of lumber to

 8    Afghanistan."

 9             I asked Mr. Merrill -- I said, "Mr. Merrill, at this

10    point, was there any agreement?

11             "None.

12             "Did you have any agreement for repacking?

13             "None:

14             "Did you have any agreement to buy any ammo from

15    anybody?

16             "No."

17             They're negotiating.  There's nothing going on here

18    other than right now Mr. Diveroli is saying to the broker,

19    Evdin, "This is what we're going to do.  Albanian repacked, not

20    Chinese."

21             Next slide, please.

22             May 15th.  Now, that particular e-mail is important

23    for this reason.  There was testimony to the effect that,

24    "Well, we had to go and we had to somehow source this contract

25    from Albania."

1           Well, there are other alternatives.  You heard

2    Mr. Merrill tell you there are alternatives in Bulgaria, there

3    are alternatives in Czechoslovakia, the Czech Republic and

4    there are alternatives in Hungary.

5           That particular e-mail, written by Mr. Packouz -- this

6    is on the 15th of May -- he says down below, "The Hungarian

7    Army is in the process of releasing more ammunition from stock

8    at the same price in order to supply the total quantity of

9    ammunition" -- the total quantity of ammunition -- "for our

10   contract."

11          Now, what's important about that?  There are

12   alternatives.  They're not locked into Albania.  Mr. Merrill

13   knows that.  Mr. Merrill is aware of the other sources that are

14   being pursued.  And this one was in Hungary, that they could

15   provide ammunition for the entire contract.

16          Now, you know, the Government makes a big point about

17   Evdin, that somehow we have to do this deal with Evdin and it

18   has to be done in Albania and it has to be for Chinese

19   ammunition.  Not true.  None of it's true.

20          First of all, first of all, you heard the testimony.

21   What is Evdin?  He's a broker.  Could he broker that deal?

22   Yes.  Could he broker Ukraine?  Yes.  Could he broker

23   Czechoslovakia?  Yes.  All those things could be done.

24          That's what he's -- that's what he does.  It doesn't

25   have to be out of -- out of Albania.  It doesn't have to be

1   Chinese.  There are other alternatives, other sources.

2         Now, the second point is -- let's talk about the

3   argument that somehow there was pressure, that they had to do

4   something because this was late.

5         Do you realize -- Eric, could you put up the contract

6   provisions, please.  If you can't, I'll go back to it.  The

7   task order dates.  Yeah.

8         There are two provisions in the contract.  You'll have

9   the contract, Exhibit 1.  They both say that the task orders

10  need to be fulfilled.

11        This one says, "The awardee will be required to

12  deliver in three to six months from receipt of the task order.

13  Task order will be issued on a quarterly basis in accordance

14  with the required ammunition needed at that particular time."

15        Next one.

16        "Delivery of the item shall be required within three

17  to six months from award of each task order."

18        Ladies and gentlemen, there was no indication from the

19  Government -- in fact, you might have heard -- I think it was

20  Kim Jones who said this -- there was no letter, there's no

21  e-mail, there's nothing in evidence where the Government is

22  saying to AEY, "Somehow you need to ship and, if you don't

23  ship, we're going to cancel the contract."

24        In fact, if you look at Task Order No. 2 closely, even

25  assuming that that contract provision -- this is a contract,

 1   ladies and gentlemen -- that that contract provision somehow

 2   doesn't apply -- and I respectfully suggest it absolutely does

 3   apply; so, there's nothing late about AEY -- in the Task Order

 4   No. 2, you have dates that run all the way through August of

 5   2007 to fully comply with that task order.

 6          That was not the pressure and that was not the concern

 7   and there wasn't any immanency that somehow the contract was

 8   going to be canceled.

 9          The problem was they obviously wanted to fulfill the

10   contract order.  They obviously wanted to get paid, and the

11   only way they were going to get paid, obviously, is if they

12   fulfilled the order.  So they have to find the ammo and they

13   have to source the contract.  That was the problem.

14          If we could go back to the timeline.

15          Okay.  May 16.  Now, this is the circumvention e-mail

16   that you've seen.  The Government wants to say it's all about

17   leveraging a better price.

18          Do you realize what that e-mail's all about?  If you

19   read it -- read it in its entirety.  It's not just one

20   sentence.  It's not two sentences.  It's many sentences.

21          But it's all about telling the broker, Evdin, "We're

22   not going to go around you.  So if we have to get out of

23   Albania because Albania is providing us with Chinese ammo,

24   we're going to still stay with you."  And that's what

25   "circumvention" means.

Closing Argument by Mr. Stirba                72

1          And look at what is said in that e-mail, as dictated

2     to Mr. Merrill by Mr. Diveroli.  Once again, ladies and

3     gentlemen, there's no agreement to buy anything.  There's no

4     contract to buy anything.  There's no agreement to repack

5     anything.  Nothing has happened.  They're negotiating.

6          His plan -- that is, Diveroli's plan -- is not to

7     circumvent -- that is, go around Evdin -- but to discontinue

8     purchasing from Albania.

9          I don't think you can be any more clear than that,

10    that he is going to walk away from Albania and source this

11    contract in some other way with some other country at that

12    point, May 16 of 2007.

13         Next provision.

14         "In any case, I can assure you at this point that

15    Efraim will not circumvent Evdin" -- once again, go around

16    Evdin, somehow broker this in some other way, somehow get

17    somebody else involved -- "but he will probably walk away from

18    Albania," go to Hungary, go to the Ukraine, go to the Czech

19    Republic.

20         Next slide, please.

21         And, finally, "...and are looking for a way out of

22    this pit as soon as possible.  We had to deliver something

23    until we could get EUCs" -- those are end user certificates --

24    "from other counties."  And I think Mr. Merrill said that meant

25    "countries."

1          In other words, "We're going to go someplace else.  If
2     this is the way the Albanians are going to treat us, if the
3     Albanians are going to insist that we have to take
4     Chinese-origin ammo, we're going elsewhere, because we know
5     that Chinese-origin ammo is a problem."
6          This is Mr. Diveroli on May 16th of 2007.  The
7     Government says April 23rd, April 20th, unlawful agreement
8     happened, conspiracy to do all this kind of stuff.
9          Totally inconsistent with that, just like the 28th
10    e-mail was totally inconsistent with that, just like the 29th
11    e-mail is totally inconsistent with that, just like all of the
12    behavior is inconsistent with any agreement to do anything,
13    much less, much less, ship Chinese-origin ammo.
14         Next slide, please.
15         Okay.  Interestingly enough, Diveroli travels on
16    May 22nd -- May 27th to Albania.  There was testimony he met
17    with who?  He met with Mr. Pinari.  Who's Mr. Pinari?  Pinari,
18    remember, is the head of the Albanian arms company MEICO.
19         Mr. Merrill with Mr. Diveroli?  No.  Mr. Merrill ever
20    in Albania?  No.  Mr. Merrill know anything about anything
21    about the meeting and what he did in Albania, except with what
22    Mr. Diveroli told him?  Absolutely not.
23         So, interestingly enough, after the meetings with
24    Pinari in Albania and, interestingly enough, after he is over
25    there and talks to Mr. Pinari, look at what happens.

1          May 30, 2007, EM 191, we finally have an agreement,

2   ladies and gentlemen, with Evdin.  We have a final agreement.

3   And look at who is on that final agreement.

4          Could you put the header back up, please.

5          It's from Evdin to AEY.  And it says, "Evdin contract

6   final countersigned."  That's an agreement with Evdin to broker

7   some ammo.  You will not see that e-mail forwarded to

8   Mr. Merrill.  You will not see Mr. Merrill's name on that

9   agreement.

10          Interestingly enough -- and look at the e-mails during

11   this relevant time period -- all of them -- almost all of them,

12   they're forwarded to Mr. Merrill or Mr. Merrill is cc'd or

13   Mr. Merrill is on it.

14          Interestingly enough, this is the first time we start

15   having Mr. Merrill not on any e-mails, not forwarded.  And the

16   reason why is because the deal that Mr. Diveroli cut and the

17   deal that is memorialized in his contract is a deal finally

18   where they agree that they're actually going to source this

19   contract with Chinese-origin ammo.  That's what this agreement

20   is all about.

21          Now, there are some signature lines on it.  And look

22   at who those signature lines are.  For and on behalf of AEY,

23   President Efraim Diveroli.  Merrill is not on that.  Merrill

24   didn't sign it.  Diveroli signs it.

25          And then there's also a signature line -- this is the

 1   first time you see a contract with any signature lines in this

 2   whole case.  There's another signature line.

 3           Can you highlight that, Eric.

 4           It's on behalf of Evdin.

 5           Maybe you can't.

 6           But, anyway, the point is it's a signed contract.

 7           Next date, please.

 8           Here's another interesting thing.  Diveroli goes to

 9   Albania.  Merrill's not with him.  Diveroli meets with Pinari.

10   Merrill's not with him.  Merrill doesn't know anything about

11   this.  I mean, he knows he's in Albania, but he doesn't know

12   anything about what they talked about.

13           Look at what happens about a week later.  June 7,

14   2007, a repackaging agreement with MEICO, the Albanians, to

15   repack the ammo.  And AEY's going to agree now to pay them.

16   That's DE 86-2.  You'll see it.

17           And attached -- it says:  Please find attached the

18   contract for the repacking of the ammunition.  Per your

19   agreement with Mr. Diveroli -- that was when he was in

20   Albania -- the price is the same as our contract with Kosta

21   with a 10 percent discount.

22           Attached to that document is the contract.  It's dated

23   June 7, 2007, signed by Mr. Diveroli and also signed by

24   Mr. Pinari.

25           Next entry, please.

1            That's the contract, signed.

2            June 12th e-mail.  If you have any doubt about Evdin

3    and about what Mr. Diveroli was doing and that Mr. Merrill was

4    not part of this, here's an e-mail.

5            And, by the way, the e-mail before on June 7, look at

6    it.  Mr. Merrill is not on it.  Mr. Merrill is not cc'd on it.

7    Mr. Merrill is not forwarded it.  Once again, unusual behavior

8    now, considering what has gone on before.

9            June 12, 2007.  This is to Evdin from Mr. Packouz,

10   "Per your agreement with Efraim, all ammunition was purchased

11   at 37 cents per round."

12           Once again, look at the header.  From:  AEY.  To:

13   Evelyn.  Cc'd:  Efraim.  Mr. Merrill is not on it.  Mr. Merrill

14   is not cc'd.  From Merrill is not forwarded.

15           Next one, please.

16           June 20:  "Request to begin repackaging for shipment."

17           If you could, put that up, please.

18           Now, why is this important, DE 86-5?  The next day --

19   the very next day, Mentavlos testified, and the allegations are

20   in the indictment that the first shipment was made of

21   Chinese-origin ammo.

22           "Please start repacking of this ammunition so we can

23   start shipping as soon as possible."

24           Look who's on that e-mail.  Not Merrill.

25           Now, the reason why Merrill is not on it and the

1    reason why Merrill is not on the other ones and the reason why

2    Merrill doesn't know anything about this is because -- guess

3    what? -- the deal has been cut.

4            Diveroli, Podrizki and Packouz now know they have a

5    deal to repack.  What are they going to repack?  Chinese-origin

6    ammo.  What are they going to ship?  Chinese-origin ammo.  They

7    know that.  Merrill doesn't know that.

8            Merrill is still back in the April 29th -- 28th time

9    period or the May 16th time period.  He's thinking, "What we're

10   going to do is we're going to send Albanian ammo and the

11   Albania ammo is going to be repacked and that's going to be

12   economically just fine."  That's where Merrill is.

13           Merrill's not involved in this at all.  He doesn't

14   know anything about this.  In fact, as he testified, he doesn't

15   even know that any Chinese-origin ammo was even shipped until

16   Diveroli finally tells him in September of 2007.

17           Remember, he gets the call.

18           Diveroli says, "I've been raided."

19           Mr. Merrill says, "Well, what's it all about?"

20           Diveroli says, "Well, I got a lunch of lawyers.  I

21   don't really know."

22           He gets back with him about two weeks later on the

23   telephone.

24           And then he says, "Well, there was an issue of my

25   licensing.  Oh, by the way, Mr. Merrill, we shipped

 1    Chinese-origin ammo."

 2            That's the problem.  The Government knew that then

 3    because it interviewed Packouz on the 30th of August and he

 4    told them that.  The Government finally knew.  So now his

 5    lawyers knew and now Diveroli knows.  That's the problem.

 6            Does Merrill know?  Absolutely not.

 7            Now, how do we know that?  It's corroborated.  You

 8    even heard Perez testify that Mr. Merrill in the interview --

 9    he said to the assistant United States attorney, James Koukios,

10    "You know, I don't know how they concealed it."

11            And he admitted that that question was asked by

12    Mr. Merrill to the United States Government prosecutor in the

13    interview room.

14            And what did the prosecutor say?  The prosecutor says

15    to Mr. Merrill in that interview, "Well, I can tell you how

16    they did it."

17            Now, does that sound like somebody who's in the

18    process of confessing?  Is that what you expect a prosecute to

19    respond to somebody who's the subject and has just confessed to

20    a crime?  Absolutely not.

21            Because remember what Perez also said in response to

22    my questions.  "Yes.  Mr. Merrill did say at one point he found

23    out that the Chinese ammunition had been shipped in August or

24    thereabouts of 2007.  That's the first he became aware of it."

25            He also told Mr. Perez that the first time he became

 1    aware that there's actually Chinese-origin ammo was, sure, in

 2    April of 2007.

 3              That's what Perez said.  That's what he said

 4    Mr. Merrill said in the interview.

 5              So what does Mr. Merrill know during this time period?

 6    Well, Mr. Merrill knows that the Government is paying, there

 7    are payments being made, the Government is accepting the ammo.

 8    He knows that because payments are being made.  That's all he

 9    knows.  He has no idea that now what is being shipped is

10    Chinese in origin.

11              So I think, ladies and gentlemen, what this

12    illustrates is very simple.  The Government's talking about an

13    agreement which was nonexistent.  Nothing occurred.  Nothing

14    was shipped.  Nothing was agreed to.  Nothing happened during a

15    period of time in April of 2007.  That's when they say it all

16    started.

17              Well, it really, ladies and gentlemen, all started in

18    June after Diveroli comes back from Albania and, as those dates

19    indicated, when they actually finally had an agreement to

20    repack and to buy ammo.

21              It just is there was no Mr. Merrill involved in any of

22    those agreements, and there's no Mr. Merrill that the evidence

23    shows had any knowledge of those agreements, and there's no

24    Mr. Merrill that participated in any of those agreements.

25              If we could go to the slide dealing with the contract

1    provisions relating to the authorization and who can respond to

2    this contract.

3            Let me set it up this way, ladies and gentlemen:  The

4    Government wants to say, you know, as of April 23rd, there's a

5    series of e-mails sent -- you've seen them -- to the State

6    Department.  AEY knows at that point somehow you cannot do

7    this, somehow it's in violation of the contract.

8            Well, aside from the fact that it wasn't an import or

9    an export -- and I think everybody can see it wasn't an import

10   or an export -- there was no -- as Mr. Merrill said, you should

11   have gone to the contracting people if you had a contract

12   question.  If there was a problem with the contract, go to

13   them.

14           Now, this is right in the contract.  In the contract

15   in question, these provisions are right in there.

16           First one.

17           "POC" stands for "point of contact."

18           "Point of contact for this solicitation is Mr. Ryan

19   Larrison.  If you have any questions, Mr. Larrison can be

20   reached at" and then it gives a phone number and an e-mail.

21           Next one, please.

22           "Authority of Government representative."  This is

23   what Mr. Merrill was talking about.  If you have a question on

24   the contract in terms of whether or not this is an appropriate

25   situation, you go to the people on the contract.

1           "The contractor is advised that contract changes, such

2    as engineering changes, will be authorized only by the

3    contracting officer or his representative in accordance with

4    the terms of the contract."

5           "No other Government representative" -- including the

6    State Department, including the State Department -- "No other

7    Government representative, whether in the act of technical

8    supervision or administration, is authorized to make any

9    commitment to the contractor or to instruct the contractor to

10   perform or terminate any work or to incur any obligation."

11          So when we talk about the State Department and we talk

12   about whether or not the State Department meant anything

13   because they want to the import/export people, well, the

14   contract itself says that's who you go to if you have a

15   contract question.

16          That's what this was.  Remember, ladies and gentlemen,

17   this is a contract issue.  This is a contract interpretation

18   issue.  I know the Government wants to criminalize a contract

19   interpretation problem.

20          MR. TAMEN:  Judge, I'm going to have to object to

21   this.

22          MR. STIRBA:  It's --

23          MR. TAMEN:  It's very clear what the law is.  This is

24   not a contract dispute.

25          THE COURT:  Sustained.

1           MR. STIRBA:  Yeah, it is.

2           MR. TAMEN:  And I'd ask for a curative instruction.

3           THE COURT:  Sustained.

4           MR. STIRBA:  Anyway, that's what we have here.  It's a

5    contract.

6           MR. TAMEN:  Objection.

7           MR. STIRBA:  And here's the evidence on whether or not

8    it was acquired from a Communist Chinese military company.

9           Remember, I told you, I told you, this contract was

10   performed.  If it was not from a Communist Chinese military

11   company, this contract was fully performed.

12          What's the evidence that it was from a Communist

13   Chinese military company?  Well, the best you have, ladies and

14   gentlemen, is Dr. Chueng.

15          What did Dr. Chueng tell you?  He says, first of all,

16   in the '60s, there were no Chinese companies in existence.  He

17   said that.  That's what he told you.

18          Second of all, he said that China is not the same

19   thing as a Communist Chinese military company.  He told you

20   that.

21          You also know that Mr. Mentavlos -- he testified to

22   it.  Mr. Packouz testified to it.  Mr. Merrill testified to it.

23   Where did this ammo come from?  Albania.

24          Nobody said it came from a Communist Chinese military

25   company, except the sort of contorted and convoluted way that

1    Dr. Chueng gets there, because Dr. Chueng wants you to believe

2    that somehow a factory, a factory, in 1965, 1967, whatever the

3    case may be, in the '60s, in China is a Communist Chinese

4    military company.  That was his testimony.

5         Well, that's ridiculous.  It's ridiculous on its face,

6    especially when you know that what he said is no companies

7    existed in China at that time.

8         Moreover, he said the only time companies started in

9    China was in the early '80s.  Well, Congress and this contract

10   was in 2006 and 2007.  I think they know what the word

11   "company" means.  I think they know the situation in China.

12        And, in fact, as Dr. Chueng admitted, if you read it

13   closely -- but it's important.  It's important.  It doesn't say

14   "a Communist Chinese military company was."  It says "a

15   Communist Chinese military company is," present tense, meaning

16   that -- what are we talking about, trying to say that

17   Albanian-donated -- or Chinese-donated ammunition coming out of

18   a factory in the People's Republic of China in the late '60s is

19   somehow now an acquisition from a Communist Chinese military

20   company?

21        And you realize Mr. Merrill -- he's not a lawyer.  You

22   know, these guys are not lawyers.  They don't have a legal

23   opinion.

24        But if -- sitting here -- you know, just like what

25   Mentavlos said and what everybody else said, it came from

 1    Albania.  They bought it from MEICO.  They bought it from the

 2    Albanian Government.  That's what they were thinking.

 3            That's what he was thinking.  That's what he told you.

 4    He thought, "Well, if there's a contract problem, it'll be

 5    resolved."

 6            What did Diveroli say?  "I'll get a lawyer."  It makes

 7    sense.  Right?  You've got a problem, you get a lawyer.  He

 8    gets a lawyer.  He tells Merrill -- maybe he lies to Merrill.

 9    Merrill doesn't know that.

10            But Merrill's thinking, "Okay.  That makes sense.  Get

11    a lawyer.  Get a legal opinion.  Let's figure out what the deal

12    is."

13            And he already had some experience with waivers.  He

14    had some experience with other exemptions.  He said, "Maybe

15    they'll find that."

16            And Diveroli then says, "Yeah, they did."

17            Merrill's none the wiser.  It's not his contract.

18    It's AEY's contract.

19            But certainly, if you have a contract problem -- and

20    we've already talked about you've got one provision that says

21    it's okay or may be okay from China and you've got another

22    provision that says but you can't get it from a Communist

23    Chinese military company.  I'm sorry.  I would think that a

24    lawyer would be the kind of person you might just go to to work

25    out that problem.

 1          That's what Diveroli told Merrill.  That's what

 2     Merrill believed.  And that's -- Merrill was reasonably

 3     entitled to rely on that.  Why?

 4          Because, remember, ladies and gentlemen, Merrill --

 5     he's got five contracts with this guy that worked until this

 6     one.  He had no reason to disbelieve him.  He had no reason to

 7     think that somehow Diveroli was -- now all of a sudden turned

 8     to be an untrustworthy person.

 9          But, you know, who knows?  Diveroli's on coke.

10     Diveroli's on pot.  Who knows what's going on with Diveroli at

11     the time.  And maybe that wasn't what was going on in those

12     five contracts before, but Merrill is not the wiser.

13          You can't convict him because he's careless.  You

14     can't convict him because he's naive.  You can't convict him

15     because maybe you think he's a little stupid.  No.

16          You have to convict him because you think he

17     specifically intended to defraud the United States Government.

18     But he didn't, and the proof doesn't show that.  And,

19     basically, if you're careless, stupid and naive, it's called

20     good faith.

21          Now, let's talk about other things about Diveroli.

22     It's just like he said about that one e-mail that counsel has

23     already referred to, which, as I say, is irrelevant.  But I'll

24     talk about it because it's important.

25          The Government doesn't show you the e-mail that's most

 1    important.  Remember what happened?  They show you the first

 2    e-mail going to AEY, basically, from Merrill, saying, "Answer

 3    these questions."  You'll -- you can see it back in the jury

 4    room.  "Answer these questions."

 5          Then they want to show you the forwarded e-mail --

 6    that's all they introduced -- which is Merrill to Ms. Porschke

 7    with the Government.

 8          And then on direct of Mr. Merrill in the defense case

 9    in chief, we had to show you they have it, the other e-mail,

10    which is most important, that is, the e-mail that went from AEY

11    to Merrill with the answers in it.

12          Because remember how this worked in the trial?  Once

13    again, Packouz -- are you kidding me?  You're going to take the

14    word of that guy for anything?

15          Here's the way it worked in the trial.

16          Counsel asked him on direct -- he shows him that

17    e-mail and he says, "Hey, see that e-mail with the answers?

18    This is a forwarded one."

19          This is the one that the Government showed you.

20          And Packouz says, "Yeah.  Yeah, I do."

21          And then he says something to the effect, "Those are

22    the answers that Mr. Merrill provided."

23          That's what he said on cross.

24          Remember, we had a little issue about whether we could

25    use that document or not.

1          But, anyway, the e-mail I'm talking about we got into

2    evidence, which you'll see, which is the critical one.

3          So, anyway, on cross, I asked him about that.

4    Remember what he says?

5          "Oh, well" -- he changes because he knows what's going

6    to happen.

7          He says, "Well, those were answers provided by

8    Diveroli."

9          Total flip-flop between the direct and the cross.  He

10   gave a totally different impression.  On direct, it's like,

11   "Merrill's the liar."  On cross, it's like, "No.  Actually,

12   Diveroli's the liar."  Thank you.

13         "Because you have the e-mail.  You're going to catch

14   me.  You know exactly what's going to happen."

15         And the e-mail's now in evidence and they didn't tell

16   you about it.

17         Just like, remember, they didn't tell you that, when

18   somebody was identifying Chinese markings -- or apparently

19   trying to identify Chinese markings, he didn't even speak

20   Chinese.  He didn't even know what Chinese was.

21         Now, Merrill has a right to rely on Diveroli because

22   of the prior experience.  But there's no question:  Diveroli's

23   a liar.  He lies to everybody.  You've heard the testimony of

24   Packouz, Black.  You heard about Danny.  You heard about

25   everything.

1          So, you know, Merrill's in a situation where he
2    doesn't know until he finally confronts Diveroli in September.
3          And then he says, "Hey, what about that legal opinion,
4    buddy?"
5          And that's when Diveroli says, "Well, I don't really
6    have anything in writing."
7          And so, obviously, Merrill figures out, "Well, wait a
8    minute.  You don't have anything in writing?  Are you kidding
9    me?  And you're telling me now you're shipping Chinese-origin
10   ammo that I don't know about and I'm investing how much money
11   in this arrangement and this could be a huge problem?"
12         What does he do?  Out of here.  He's out $1.3 million,
13   according to Perez.  He's gone.  "I'm not going to deal with
14   this, if this is what you're doing."  Why?  Because he finally
15   figured out Diveroli was not trustworthy anymore because
16   Diveroli had lied to him.
17         But, remember, Diveroli hadn't lied to him at least in
18   the beginning.  Why?  Because he needed Merrill.  Once Wells
19   Fargo came in, the financing came in, the factoring came in,
20   all those payments came in -- I asked Packouz -- they didn't
21   need this guy anymore.  When was that?  May and June of 2007.
22         At that point, Danny can come into play.  Merrill's
23   meaningless.  "We don't have to 'cc' him on anything."  He's
24   out.  Why?  Because they don't need him anymore.  And that's
25   exactly what happened.

1           Now, it's interesting, as you think about this case --

2    and probably you've had this question -- Mentavlos says, "I

3    interviewed Packouz on the 30th of August of 2007."  And

4    Packouz tells me, "We were shipping Chinese-origin ammo."  He

5    tells you that.

6           So you say to yourself, "Okay.  If this is such a big

7    deal, if this is such a violation of the contract -- if this is

8    such a big deal and it's not a violation of the contract, but

9    we're going to prosecute somebody for it," you'd think the

10   Government would go, "Holy moly.  We can't have that happen.

11   We've got to do something."

12          You'll see a stipulation.

13          Can you put that up, Eric, 118.  It's in evidence.

14          This is a stipulation, ladies and gentlemen.  A

15   stipulation is an agreement between the parties.  So this is an

16   agreement between the Government and the defense that these

17   fact are true and correct.

18          And you see the recitation at the beginning.  It says,

19   "The United States and Defendant Ralph Merrill hereby agree and

20   stipulate that the following facts are true:

21          One:  On or about the payment dates referenced in the

22   chart below, the United States Government, through the

23   Department of the Army, made payments in the dollar amounts

24   indicated to AEY, Inc., under Contract No. W52 -- whatever --

25   for items listed on invoices dated on or about the dates

 1    indicated and corresponding shipment numbers.

 2             Now -- so that basically is, ladies and gentlemen, the

 3    payments made by the Government for this contract and for what

 4    they were paying for.

 5             After August 30 -- can you show -- the Government paid

 6    all the way through February of 2008 over $30 million on this

 7    contract that the Government's trying to tell you is such a

 8    problem in this case, such that we now have to prosecute

 9    Mr. Merrill for it.

10             The other thing is do you remember when -- I think it

11    was Melanie -- yeah.  It was Melanie Johnson.  I confuse

12    sometimes Kim Jones and Melanie Johnson.

13             Anyway, one of them talked about -- I guess it was

14    actually Kim Jones.  I apologize.

15             One of them talked about the fact that she issued --

16    she was asked on direct, "Well, at some point, did you issue

17    some kind of suspension or did something come to your attention

18    about AEY in this contract?"

19             She said, "Yeah.  Yeah.  I remember there was a

20    reported discrepancy."

21             And she was asked, "What was it about?"

22             And she said, "Well, it was about packaging.  There

23    were issues concerning the packaging of the material."

24             So she issues this order of suspension.  I think she

25    said it was in March of 2008.

 1              And then she eventually said, "And the contract then

 2      was terminated in May of 2008."

 3              You realize, ladies and gentlemen, you realize, ladies

 4      and gentlemen, that this was terminated based upon that

 5      suspension, not because the origin of the ammo was Chinese.  It

 6      was because of the cardboard containers and the repackaging.

 7              Now, if this was such -- such a big problem, don't you

 8      think there would have been something there about terminating

 9      the contract because of the origin of the ammo and not because

10      of the condition of the cartons?

11              The other thing is, you know, there were issues of

12      corrosion.  You saw the photograph two days ago about the

13      corrosion of the ammo.

14              And in that circumvention concerns e-mail on May 16th,

15      Mr. Merrill told you what the risks were.  He said, "The risks

16      were that we were sourcing certain Albanian ammo and we're

17      finding out that there was some corrosion concerning that

18      ammo."

19              And, in fact, in Packouz's e-mail on the 25th of

20      April, he refers precisely to that problem.

21              He never said -- by the way, you've now heard it in

22      one cross-examination question.  You now heard it in summation.

23      I will let your collective memories control.

24              But I will tell you my recollection and my

25      understanding in reviewing his testimony is Packouz never said

 1    from that witness stand that somehow the e-mail he sent to

 2    Major Walck on the 25th of April was somehow made up,

 3    fictitious, a cover, what have you.  He never said that.

 4           And if you read it, if you read it, you'll see it's a

 5    very responsible e-mail about a real problem that was existing

 6    with the Albanian ammo; that is, some of it had problems and

 7    the way you address those problems is you open up the tins, you

 8    pull out the ammo, you put the corroded ammo here, you put the

 9    good ammo here, and you ship the good ammo.

10           That's what was going on.  And you saw photographs

11    that supported exactly what Merrill said about the corrosion of

12    the ammo.

13           Now, I want to talk a little bit about major fraud.

14    This is -- there are, in fact -- there's a conspiracy count, an

15    unlawful agreement.  There is a major fraud count -- or series

16    of them against Mr. Merrill.  There's also wire fraud.

17           Let me talk about major fraud, the Government's proof.

18           First of all, you'll be instructed -- very

19    important -- in the instruction, you'll see an instruction

20    that'll say, in major fraud, the fraud -- or the material

21    statements, the falsehoods, have to occur during the

22    performance of the contract.  That's what we're talking about.

23    The Government's theory is that the certificates of

24    conformance, which you have seen, are false.

25           Now, interesting they say that.  Because remember when

1   Mentavlos was on the stand?  And what it says is on one of

2   those certificates "Manufacturer" and then, in parentheses, it

3   says "Origin."  And on all of those certificates of conformance

4   is "Albania."

5          And I asked Mentavlos about that.  What did he say?

6   "It's subject to interpretation.  It could very well be

7   accurate, correct, that the origin of the ammo was Albania."

8   That's reasonable doubt, ladies and gentlemen.

9          Moreover, this is not a document that Merrill had

10  anything to do with.  Merrill had absolutely nothing to do with

11  it.  You have heard no witness, no evidence, no e-mail, no

12  document, no nothing, that Merrill had anything to do with

13  these certificates of conformance.

14         They're signed by Diveroli.  Diveroli submits them.

15  Diveroli made them.  Diveroli created them.  Diveroli did

16  everything.  Merrill had nothing to do with them.  They don't

17  even go to Merrill.  He doesn't know anything about them.

18         So what does this have to do with Merrill?  Absolutely

19  nothing.  He didn't make any false statements to the Government

20  about anything, much less with respect to the performance of

21  this contract.

22         Second point:  You'll see in the instruction an

23  essential element is they have to prove in major fraud that

24  it's done by a contractor, a subcontractor or a supplier.

25  Merrill's neither.

1          There's no evidence that Merrill is the contractor.

2     AEY is the contractor.  No evidence that Merrill's a

3     subcontractor.  He didn't supply anything to this contract.

4     And he's certainly not a supplier.  What did he supply?

5     Nothing.  He's an investor.

6          They can't prove that Merrill was one of those three

7     things; and, therefore, the major fraud counts are all flawed.

8          Third point -- and, by the way, this little diagram,

9     which I hope helps, shows you the relationship between the

10    Department of Defense -- they have the contract -- the prime

11    contract with AEY.  Then Evdin's the broker or the

12    subcontractor.  And the supplier is MEICO Albania.  That's the

13    structure.

14         Do you see Merrill in there?  You can't put Merrill in

15    there because he's not a contractor, subcontractor or a

16    supplier.  And if he's not any of that, you cannot convict him

17    of Counts, I think, 37 through 71.

18         Major fraud counts:  The Government hasn't met its

19    burden.

20         The third point, even worse for the Government:

21    Remember there was some testimony about the placards.

22         If you could put up the -- those are certificates of

23    conformance.

24         In each one of those, there's a shipment number on

25    each one of those certificates of conformance.  The shipment

Closing Argument by Mr. Stirba                95

1   number -- for example, let's just run this through slowly so

2   you see what I'm talking about.

3         Shipment number is AEY0006.  That's the shipment

4   number.  And there are other shipment numbers as you go through

5   this.  You'll see them.  They're right on the face of document,

6   and they're on the certificates of conformance.

7         And then you look at the indictment.  You'll have it

8   back with you in the jury room.

9         And the way the Government has pled this -- and it's

10  actually 37 through 71 -- I apologize -- they have "Count,"

11  then they have "Defendant," they have an invoice date, a

12  shipment number, a payment date and then the payment.

13        So, in other words, the false statement that generates

14  the payment is all tied, all tied, to a shipment number.

15  Without a shipment number correlating to the actual ammunition,

16  you can't really make heads or tails of anything.

17        The problem is the placard, which you see in front of

18  you.  That placard has on it a number of different things.  But

19  it does not have any shipping number.  Look at the placard

20  photographs.  There's 37 of them.

21        Look at every single one.  You will not see a shipping

22  number.  There's no invoice number.  There's no tracking

23  number.  There's no date of shipment.  There's no date of

24  delivery.

25        And so the only way that the Government can prove all

1    of these counts is if they can show somehow here's a pallet,

2    let's say, of ammo and this is from Shipment No. X and we say

3    that the certificate of conformance -- when it said that

4    there's full compliance with the contract -- this is their

5    allegation -- it's false -- then they can make out maybe an

6    argument.

7         But you realize they can't do that because there's no

8    shipment numbers on any of the placards.  That means you can't

9    identify any of the ammunition to any shipment made by AEY.

10        For all we know, for all we know, what was obtained by

11   the agent and the ammo out of certain pallets all came from

12   just one shipment.  I mean, there's no question at some point

13   AEY did, in fact, ship.  That's true.  But that's all you can

14   say.

15        You can't say there are actually 36 other shipments

16   for which the ammunition was in violation of the contract, for

17   which there was a representation made by Diveroli that was

18   false, because you have no way to correlate, to compare, the

19   shipment number to the placard number.  They can't prove the

20   case.

21        Now, the real problem, ladies and gentlemen, with this

22   case is -- and you've heard the testimony -- you know, really,

23   this is a case that -- really, it's not a righteous

24   prosecution.

25        Do you realize the Government got ammo, got ammo?  You

 1   heard Mr. Miller say the ammo was essentially in mint

 2   condition, the ammo went to the Afghani security forces, it was

 3   used, it worked, it was serviceable and they got a good price

 4   for it.

 5          And the only person that has lost out -- a party in

 6   this whole deal -- is Mr. Merrill.  He's the one that lost his

 7   investment.  He's the one that wants the refund that Diveroli

 8   won't give him back.  But there's no victim here.  The

 9   Government got exactly what the Government contracted for --

10          MR. TAMEN:  Objection, your Honor.

11          MR. STIRBA:  -- except --

12          MR. TAMEN:  This is misleading under the law.

13          MR. STIRBA:  It's not misleading under the law.  And

14   I --

15          THE COURT:  Sustained.

16          MR. STIRBA:  -- I object to counsel making these kind

17   of statements.

18          THE COURT:  Sustained.  Sustained.

19          MR. STIRBA:  The Government -- the only issue with the

20   Government is they want to say that the ammunition, because it

21   was Chinese in origin, is somehow limited and proscribed and

22   restricted by the contract.

23          And the only way you get there, ladies and gentlemen,

24   is if you say that it was, once again, from a Communist Chinese

25   military company.

1        It was from Albania.  And companies did not exist in

2   the People's Republic of China, as per their own expert, during

3   the relevant time period.

4        Now, I'm about done.  But I do recognize that there's

5   a lot of e-mails and there's a lot of facts and there's a lot

6   of contract material.

7        But, once again, try not to go down the path of what

8   the Government would like you to do to convict Mr. Merrill of

9   these red herrings.  Let me give you another one.

10        Look at Exhibit 3 closely.  Exhibit 3 is actually the

11   solicitation materials submitted by Mr. Diveroli, not

12   Mr. Merrill, to the Government.

13        You won't see in those solicitation materials or those

14   materials that he submitted to the Government upon which the

15   Government relied -- you won't see some of these letters that

16   have been referred to.  You won't see them in that package of

17   materials.

18        You will not see other things that you've been told

19   about that have been indicated somehow Mr. Merrill was not

20   telling the truth because, actually, Mr. Merrill told you

21   exactly the truth.

22        For example, on that one letter that was referenced

23   and somehow AEY -- it's all about AEY and the history -- he

24   told you about that.  He told you it was Mr. Diveroli's idea to

25   have a team and part of that team included Mr. Thomet and part

1    of that team included another person in Czechoslovakia and part

2    of that team included all these people and that's the way it

3    was written.  It was written as a team concept.

4          You also know that, when Perez testified, he had an

5    interesting way of testifying in this sense.  Do you realize,

6    ladies and gentlemen, it cost probably 10 bucks, maybe

7    10 bucks, max, to go to Wal-Mart and get a recorder?  You get a

8    recorder.

9          We don't have any issue going back and forth that

10   Perez says one thing and now Mr. Merrill has to correct the

11   record or Perez says this is what happened and now Mr. Merrill

12   has to correct the record.

13         What was his response?  Was his response, "You know, I

14   should have done that" or, "That would have been a good idea"

15   or, "You know, we're going to do that in the future"?

16         No.  His response was, "We just don't do that.  We

17   just don't do that."

18         In other words, "We don't want folks like you when you

19   hear cases like this to have an accurate recordation of what

20   people actually said."

21         What we'd rather have happen is an agent come in here

22   two and a half years later and try to say, "This is what I

23   remembered somebody said based upon his understanding of what

24   the question was and his understanding of what the answer was."

25         Ladies and gentlemen, think about it.  Is that

1    adequate proof of anything when all these things are readily

2    available and that would have given you accurate information

3    about precisely what happened, especially when, you remember,

4    seven and a half hours?

5              For seven and a half hours, that guy's interviewed.

6    He doesn't have a lawyer.  He doesn't have anybody with him.

7    He's got agents there, he's got an assistant United States

8    attorney there, and they're asking him all manner of questions.

9              And so Perez comes in here.  And the best he could do

10   on cross-examination was, "Well, could have, would have, should

11   have."

12             Well, that's not the basis upon which you present a

13   criminal case.  And that's reasonable doubt.  And there's no

14   reason in the world why Mr. Merrill's remembrance of what

15   happened is not absolutely correct and true.

16             What Mr. Perez remembered isn't accurate and isn't

17   true because -- I'll tell you why.  I'll tell you why I know

18   this.

19             Remember, if he wanted that, if he wanted to really

20   have it accurate so he couldn't testify about it the way he

21   wanted later on in a criminal trial like this, he would have

22   recorded it.

23             The reason why they don't record is because then they

24   can create their own little report, and their own little report

25   isn't always necessarily accurate; and then, when they get on

1    the stand, you can say what you want with impunity because

2    there's no recording.

3           That's not fair.  That's not right.  That's not the

4    way law enforcement should be conducted, especially when, as I

5    say, you're in the context of interviewing somebody for seven

6    and a half hours in the US Attorney's Office here in Miami.

7           Now, the other thing is, as I say, Ralph Merrill -- he

8    told you what he told you.  And some of what he told you was

9    based upon his memory and was based upon his understanding from

10   information provided by, obviously, people who are not

11   trustworthy.

12          Diveroli lies.  Diveroli's a convicted felon.

13   Diveroli's high.  Packouz lies.  Packouz is a convicted felon.

14   Packouz has an incentive to lie, and then he comes in here and

15   he lies directly to you.

16          But Merrill has to rely on what they told him.  And,

17   obviously, what they told him wasn't true.  But don't hold that

18   against him.

19          As I say, ladies and gentlemen, if he had no reason to

20   believe at the time that Diveroli was a liar, if he had no

21   reason to believe that Diveroli wasn't going to be trustworthy

22   in their relationship, that's different.  But he did.  He had

23   this history and it worked; and he had no reason to distrust

24   him.  That, ladies and gentlemen, is not specific intent to

25   defraud anybody.

Closing Argument by Mr. Stirba                102

1          The fact that somehow they shipped Chinese and the

2     fact that they somehow shipped it on June 21st and the fact

3     that somehow now later on they're saying, "Well, you know, we

4     submitted certificates of conformance," which he never had

5     anything to do with, which now we're saying is false, does not

6     mean Mr. Merrill has committed any crime.

7          The agreement that the Government talks about,

8     April 23rd, an unlawful agreement, an unlawful agreement to

9     what?  There was no agreement, none, zero.  There was no

10    agreement to anything.  They hadn't bought anything.  They

11    hadn't sold anything.  They hadn't negotiated anything.  They

12    hadn't agreed to do anything.

13         You realize all Albania was doing was sourcing

14    Chinese.  It wasn't like, you know, they had a gun to the head

15    of AEY and said, "You must take Chinese or else."  That wasn't

16    what was going on.  They just said, "Hey, we've got some

17    Chinese we'd now like you give you.  You want to buy?"  Right?

18         And guess what?  Merrill wasn't part of that because

19    all Merrill knew as of June when, finally, they did these deals

20    was, "Well, I guess we're shipping Albanian."

21         And that's what's going to the Government and the

22    Government's accepting it and the Government's paying for it.

23    Because you're not going to see any evidence whatsoever that he

24    knew anything differently.

25         Now, when you go back to the jury room, ladies and

1    gentlemen, take your time.  Each one of you, each one of you,

2    has an obligation to decide this case and deliberate about this

3    case using your own conscience, your own heart and your own

4    assessment of the facts.

5          And we can't redo it.  So be careful.  And if you have

6    a firm belief about certain things, I think you're obligated

7    under law to act on that belief.

8          And, you know, don't think about this as whether the

9    Government's going to win or the Government's going to lose.

10   You realize the Government always wins if justice is done.

11         And justice in this case, justice in this case, ladies

12   and gentlemen, is acquitting that man over there.  That's what

13   justice is.

14         And if you acquit that man, the Government wins

15   because, as I say, the Government always wins when justice is

16   done.

17         And, you know, the Government may very well in this

18   case -- because counsel will come up after I'm finished --

19   they'll have the last say, but you folks will have the last

20   word.

21         And the word I want to hear from you and the word I

22   think that's fully justified in this case is -- you're going to

23   be given a verdict form.  It's going to be like this.  A lot of

24   counts.  A lot of counts.

25         And you go down there and you mark each one of those

1    counts "not guilty" because the Government has not proven

2    beyond a reasonable doubt and met its burden that Ralph

3    Merrill, first of all, engaged in any unlawful agreement; that

4    Ralph Merrill knew at the time that any Chinese-origin ammo was

5    being shipped; that Ralph Merrill somehow committed major fraud

6    against the United States Government, even though he clearly

7    wasn't a supplier, contractor or a subcontractor, and certainly

8    didn't submit anything to the Government that was false; and,

9    third, Ralph Merrill somehow committed wire fraud when all he

10   did, ladies and gentlemen, is he relied on what he was told by

11   Mr. Diveroli.

12           He had no specific intent to defraud anybody, and

13   that's the requirement under wire fraud.

14           So I thank you very much.  And I know it'll be a

15   difficult deliberation, but I now pass the torch to you.

16           Thank you.

17           THE COURT:  We're going to take a break.

18           Do not discuss this case either amongst yourselves or

19   with anyone else.  Have no contact whatsoever with anyone

20   associated with the trial.  Do not read, listen or see anything

21   touching on this matter in any way.

22           If anyone should try to talk to you about this case,

23   you should immediately instruct them to stop and report it to

24   my staff.

25           Remember, until you have heard all of the closing

```
 1    arguments and I have instructed you on the law, you simply are

 2    not to talk about this case.

 3             Ten minutes.  We'll be in recess for ten.

 4             (Whereupon, the jury exited the courtroom at

 5    12:36 p.m.)

 6             (Thereupon a recess was taken, after which the

 7    following proceedings were had:)

 8             THE COURT:  We're back on United States of America

 9    versus Ralph Merrill, Case No. 08-20574.

10             Counsel, state your appearances, please, for the

11    record.

12             MR. TAMEN:  Frank Tamen, Adam Schwartz and Eloisa

13    Fernandez on behalf of the United States.

14             MR. STIRBA:  Peter Stirba and Nathan Crane, your

15    Honor, on behalf of Mr. Merrill.

16             And he's present.

17             THE COURT:  So let's bring in the jury.

18             Mr. Tamen, how much time do you need?

19             MR. TAMEN:  About 35 minutes.  And if I could get a

20    ten-minute warning and a three-minute warning, I'd appreciate

21    it.

22             THE COURT:  Okay.

23             (Whereupon, the jury entered the courtroom at

24    12:54 p.m. and the following proceedings were had:)

25             THE COURT:  You may be seated.
```

1          You may proceed.

2          MR. TAMEN:  Thank you.

3          Good afternoon, ladies and gentlemen.

4          I thank you for the careful attention you've paid

5    throughout this trial.

6          I have some good news for you at this point.  Mine is

7    the last speech you're going to need to listen to by a lawyer.

8    The other good news is it's going to be the shortest speech

9    you're going to listen to by a lawyer.

10         Because this is the rebuttal stage of closing argument

11   and I'm going to just address some of the points that

12   Mr. Stirba made in his closing that I want you to hear from the

13   Government on before you go back to deliberate.

14         And the rest, I'm relying on you to use your own

15   common sense to see through the false arguments and to

16   recollect the testimony correctly to see how it supports the

17   charges in this indictment.

18         Can we have Defense 76.3.  Can that be put up on the

19   screen, please.  We don't have that?

20         Well, you probably remember that.  Mr. Stirba put that

21   up fairly early in his closing argument.  It was an e-mail that

22   David Packouz had sent to -- basically, he had sent, saying

23   that Hungarian ammunition is now available in a quantity

24   sufficient to fulfill the entire contract.

25         And Mr. Stirba said, well, see, they don't have any

1   agreement to supply Chinese-made ammunition from Albania.  This

2   was May 15th of 2007.

3        What he didn't point out was who that e-mail was

4   addressed to.  It was to Kosta Trebicka, the guy that's doing

5   the repacking.  The purpose of the e-mail was to try and get a

6   lower price on the repacking because the repacking price was

7   really heavy, hundreds of thousands of dollars.

8        So what Mr. Stirba suggested to you as the purpose of

9   the e-mail is not what it was about at all, and Mr. Packouz

10  explained that to you.

11       Mr. Stirba spent a good deal of his closing argument

12  talking about how they didn't have an agreement to buy Albanian

13  ammunition, they didn't have an agreement to buy Chinese

14  ammunition, they're going back and forth, they're negotiating

15  prices, they're looking for other suppliers and, therefore,

16  there was no agreement, they didn't have a contract, they

17  didn't have a contract until much later on.

18       What Mr. Stirba is doing is trying to mislead you into

19  misunderstanding what the agreement the indictment talks about

20  really is.  The indictment doesn't charge the Defendants with

21  having a contract or a written agreement with MEICO to supply

22  Chinese-made ammunition from Albania to the US Army.

23       The agreement is the conspiracy that Merrill, Diveroli

24  and Packouz have entered into amongst themselves as to what

25  they are going to do.  They have realized that the only way

1    they can keep this contract by fulfilling it in a timely

2    fashion and make money is by supplying Chinese ammunition.

3         And all of the back-and-forth e-mails and the

4    negotiations and efforts they're going through and the

5    repacking are overt acts taken in furtherance of the agreement.

6         When they formed that agreement, which is on or about

7    April 20th of 2007, no, they didn't have a supplier, they

8    didn't have repacking, they didn't have a lot of things.

9    That's the essence of a conspiracy charge, is an agreement.

10        They agreed they were going to do it.  They were going

11   to get this Chinese-made ammunition from Albania and sell it to

12   the Army because it was the only way they could fulfill this

13   contract and not get booted off it because they were late and

14   not get booted off it because they couldn't meet the

15   contractual requirements for quantities of ammunition and not

16   lose money because it cost too much to buy it from other

17   sources.

18        So the agreement Mr. Merrill spoke about never having

19   been reached is not the agreement that's charged in the

20   indictment.  When the Defendants agreed amongst themselves they

21   were going to violate the law and then spent a lot of time and

22   trouble trying to fulfill that agreement and carry off their

23   conspiracy, there was an agreement, which is a criminal offense

24   against the United States.

25        Mr. Stirba also put up an e-mail which was dated

1    June 20th.  It was addressed from AEY to Evdin.  And it said --

2    and another one to Mr. Pinari.  And it said, you know, "Start

3    repacking the ammunition in order to ship as soon as possible."

4           And he pointed out that Ralph Merrill was not on that

5    e-mail, he wasn't involved and he doesn't know what they were

6    doing, he doesn't know about the repacking and the shipping of

7    the Albanian ammunition.

8           Can we look at EM 197, please.

9           In fact, Ralph Merrill was in the loop and knew what

10   was going on.

11          Let's enlarge that portion, please.

12          This is from Evdin to Efraim Diveroli at AEY, cc:

13   Ralph Merrill.

14          "Dear Efraim, Dear Ralph, It was nice talking to you

15   last night and we celebrate you to the new order.  As per our

16   last e-mail and conversation, please find here again the

17   invoices and account statement.  As tomorrow, Flight No. 3 is

18   scheduled and then following daily flights, we must have your

19   transfer as advised before the weekend."

20          Ralph Merrill didn't know they were shipping

21   ammunition?  Here's an e-mail to him memorializing their

22   conversation about it, telling him the schedule for the third

23   flight and saying they need the money.

24          So the fact that he was not copied on an e-mail to

25   Pinari about the need to start repacking the ammunition just

1    doesn't prove that he didn't know what was going on and wasn't

2    involved.  This e-mail shows that he did know and was involved.

3         Mr. Merrill also spent quite a bit of time trying to

4    convince you that the ammunition that was supplied in this case

5    didn't come from a Chinese military company.  He talked about

6    how the Government's expert, Dr. Chueng, testified that there

7    were no companies in China prior to -- I believe it was the

8    1980s or 1990s.

9         What Mr. Stirba failed to do was include the entire

10   definition of "Chinese military company" that was included in

11   the contract as the Government regulation, the DFARS

12   regulation.

13        You've seen it throughout the trial.  I'm not going to

14   put it up on the screen now.

15        But the DFARS regulation says you can't supply any

16   ammunition that was supplied from a Communist Chinese military

17   company.  Then it defines what a Communist Chinese military

18   company is.  And that definition is right there in the contract

19   in black and white that Mr. Merrill had, just like Mr. Diveroli

20   had, just like Mr. Packouz is familiar with.

21        It said that a Communist Chinese military company is

22   not a corporation.  They didn't have corporations.  It doesn't

23   have to be something formal.  Any entity.  Any entity -- it's

24   like anything -- that is part of the defense or industrial base

25   of the People's Republic of China.

1          Dr. Chueng told you the People's Liberation Army owns

2     the munitions plants.  Is that part of the defense industrial

3     base of the People's Republic of China?  Obviously, it is.

4          If the Army owns the plant that manufactures the

5     ammunition, buying from them or getting ammunition from them is

6     getting ammunition that was acquired directly or indirectly

7     from a Communist Chinese military company.

8          Mr. Stirba also said there was no contract to supply

9     Chinese ammunition.  It was all coming from Albania; and,

10    therefore, there was no crime committed here.

11         Well, you all know and have seen what everybody else

12    involved in this conspiracy knew very well.  Even though

13    Mr. Merrill is not a lawyer, he knew what it meant.

14    Mr. Packouz is not a lawyer.  He knew what it meant.  He pled

15    guilty because he knew that it meant what he was doing was a

16    crime.  The same for Diveroli.

17         Directly or indirectly.  Mr. Stirba would have you

18    just ignore "indirectly."  If that contract, the DFARS clause,

19    says you can't provide ammunition obtained directly from a

20    Communist Chinese military company, he'd have a pretty good

21    defense.

22         But when it says "indirectly," that means any way at

23    all.  That's why that clause is in there, to prevent people

24    from getting around the prohibition on Chinese communist

25    munitions by just shipping it through a middleman in some other

Rebuttal Argument by Mr. Tamen                    112

1    country, because it'd be very easy to get around that

2    provision.

3            There's middlemen and brokers all over the world that

4    would be more than happy to buy Chinese ammunition on order and

5    then sell it to somebody who would sell it to the US Government

6    and that person would say, "I'm selling it to the Government,

7    but it didn't come from China.  It came through this

8    middleman."

9            That's why they put "indirectly" in there.  It meant

10   something and everybody involved knew what it meant.  That's

11   why they're scurrying around and having such problems at the

12   time they learned that this ammunition is Chinese.

13           Mr. Stirba also talked about the e-mail on past

14   performance that Mr. Merrill sent to the Army.  He said the

15   Government was trying to pull a fast one here because it didn't

16   show that the e-mail was written by Efraim Diveroli and then

17   sent to the Defendant.

18           Well, the Government didn't try and pull any fast

19   ones.

20           Mr. Packouz was asked, "Who sent the e-mail to the

21   Army?

22           "Ralph Merrill."

23           And when he was asked on cross-examination, "Who was

24   it that authored this e-mail?", he just came right out and

25   said, "Oh, Efraim Diveroli wrote it."

Rebuttal Argument by Mr. Tamen                  113

1          What's key here, ladies and gentlemen, who sent it to

2     the Army?  Ralph Merrill sent the Army an e-mail saying, "You

3     can" -- "We recommend AEY for this contract because we had a

4     deal with them.  They did a great job.  They sold us 9 million

5     rounds -- or 29 million rounds of Czech ammunition and

6     everything worked out just great."

7          And it goes into detail paragraph by paragraph where

8     the ammunition came from, how good it was, where it was

9     delivered to and everything else.  It's all a fraud.

10         The deal never took place because, in fact, AEY had

11    messed it up and gotten the wrong kind of ammunition.

12         But Ralph Merrill -- well, he wants you to believe he

13    didn't read it?  Come on.

14         The fact is that e-mail shows that Ralph Merrill was

15    willing to lie to the Government in order to get a big contract

16    and he's willing to lie to the Government in order to keep that

17    contract and he's willing to see his co-conspirators continue

18    to lie to the Government in order to keep that contract.

19         Mr. Stirba would have you believe that, in September,

20    Efraim Diveroli told him that he really didn't have a legal

21    opinion, that it was okay to do what they were doing and

22    Mr. Merrill was just upset and outraged and backed out of the

23    deal, said, "I'm out of here.  I don't want to have any more

24    dealings."

25         But, remember, at the end of my cross-examination, I

1    showed you an e-mail that Mr. Merrill had sent to Efraim

2    Diveroli in December, three months later, saying, "Hey, we can

3    source this product from someplace else."

4          He's still looking to get in on the deal and do

5    business with Efraim Diveroli.  So this idea that there was

6    some kind of righteous outrage that caused him to cut off

7    contracts -- contacts with Diveroli, that didn't happen.  Three

8    months later, he's still trying to insinuate himself into

9    another business deal, another supplier.

10         Mr. Stirba would also have you believe that there's

11   something wrong with the Government's case because, although

12   David Packouz told Agent Mentavlos on August 30th of 2007 that

13   they were sending ammunition from China, the Government

14   continued to make millions of dollars of payments for many

15   months after that.

16         Well, it's unfortunate that the wheels of Government

17   sometimes turn slowly.  But the Government has gotten millions

18   of rounds of ammunition that are in Afghanistan.  It can't just

19   cut off payments to the suppliers on the basis of one person

20   saying something to an investigator.

21         They have not only the right, but the responsibility

22   and the obligation, to make sure that those allegations are

23   well-founded and established before they cut off somebody who's

24   been supplying war materiel.  It wasn't until January that Al

25   Wiesner was able to get out to the bunkers in Afghanistan to

 1    start taking samples.

 2          And it was no easy job to do that.  He talked about

 3    how they went out there wearing helmets, full body armor and

 4    carrying automatic rifles because the Taliban is shooting at

 5    people.

 6          But, nonetheless, to make sure that there was

 7    substance to these allegations, he braved that route, going out

 8    and going back to bring back ammunition, which then had to be

 9    sent to the Army lab to be confirmed.  And, eventually, it was

10    confirmed this is Chinese ammunition.

11          By that time the contract had already been terminated.

12    But it would have been irresponsible for the Government to stop

13    payment on August 30th after they've received all this

14    ammunition because one person says it's Chinese.  Once they

15    found out for sure, that was the end of the contract.

16          The Judge is going to give you some instructions,

17    including weighing the credibility of witnesses.  One of the

18    things she'll tell you is to weigh the Defendant's testimony by

19    the same standards as you weigh other people's testimony.

20          And amongst the factors you need to consider is:  What

21    is his interest in the outcome of this case?  What is the

22    consistency of his testimony with the other evidence in the

23    case and testimony from other witnesses?  Does he answer

24    questions directly?  Did he impress you as a person who was

25    telling the truth or not, as a person who was going to give you

Rebuttal Argument by Mr. Tamen                        116

1    an explanation for every question, whether the question calls

2    for one or not?

3              A defendant who lies about the existence of

4    incriminating evidence is showing a guilty conscience.  A

5    defendant who lies about the plain meaning of incriminating

6    evidence is showing a guilty conscience.  A defendant who comes

7    up with untruthful explanations for incriminating evidence

8    shows he knows that the truth will hurt his case.

9              Given the huge amount of incriminating evidence

10   against Mr. Merrill that Mr. Schwartz described to you,

11   basically, your verdict would rest on whether you believe his

12   attempts to explain it all away.

13             But in order to believe Ralph Merrill, you have to

14   disbelieve entirely the testimony of David Packouz.  You have

15   to disbelieve either the contents of dozens of e-mails, some of

16   which were sent by the Defendant and many others to the

17   Defendant, or you have to disbelieve the plain meaning of those

18   e-mails.  You would have to disbelieve the testimony of Special

19   Agent Luis Perez.

20             And, lastly, you'd have to disbelieve some of the

21   testimony and statements of Ralph Merrill himself because he

22   can't keep his story straight.  I'll get into that in a little

23   while.

24             Let me first talk about David Packouz.  Remember his

25   demeanor.  He was forthright.  He was articulate.  He answered

1    questions directly.

2         He didn't respond to a simple question with a long,

3    intricate answer and make speeches trying to justify what he'd

4    done.  He said, "No.  I did this with criminal intent in order

5    to pull the wool over the Government's eyes."

6         He admitted smoking pot.  He admitted sometimes using

7    cocaine.  Remember he did that.  There's nobody else here from

8    AEY to tell on him and say, "Oh, that guy was smoking pot and

9    using coke."  Nobody reported that.  He admitted that himself.

10   All of this was in front of the Judge that's going to impose

11   sentence on him.

12        Now, is that signs of somebody who's going to lie and

13   try and minimize his wrongdoing or is that somebody who's going

14   to be painfully honest, even if he knows some of it may come

15   back on him and against him?

16        David Packouz admitted that everybody knew they

17   couldn't sell Chinese ammunition to the Army legally, and what

18   he believed was confirmed.  It was confirmed by the Department

19   of State, not once, not twice, but in three different e-mails.

20        David Packouz never said and was never told by Efraim

21   Diveroli that Efraim Diveroli had hired lawyers to look into

22   this.  He never said that Efraim Diveroli's legal team said

23   this was okay.  Why?  Because that never happened.

24        He never claimed he thought that the DFARS rule on

25   ammunition from entities owned or controlled by the

1    defense's -- or industrial establishment -- or part of the

2    defense or industrial establishment of the People's Republic of

3    China.  It didn't apply to this ammunition.  He knew that it

4    did.  Everybody knew it from the get-go.

5          In fact, he and the others at AEY went to a great deal

6    of trouble and expense because they knew that what they were

7    doing violated the rules.  And they had tremendous expense and

8    time delays in repacking the ammunition out of those tins.

9          Now, there certainly was a lot of discussion about

10   removing the wooden crates from the Albanian and Chinese

11   ammunition in order to save weight.  They probably would have

12   done that.

13         When they found the time and the means, somebody could

14   do that, at least after the first delivery.  Because, remember,

15   they needed to make a delivery.  That's in the e-mails.  They

16   needed to make a delivery on time to prove to the Army that

17   they could deliver on this contract.

18         So they would have removed the crates because it would

19   have been a fairly quick operation and would have saved them

20   money on shipping.  But not the tins.  That's a whole different

21   story.

22         Remember, the Defendant's own e-mails talked about the

23   costs involved in removing the crates and shipping the ammo in

24   the tins.  And this is in April, before the bad news.

25         Can we have Government Exhibit 40.2, the photograph,

 1   please.

 2          Removing the ammunition bullet by bullet from the

 3   tins, from the paper, from the data cards, is not something

 4   they would have undertaken had they had any alternative.

 5          Look at the quantity of tins involved here.  And this

 6   is only part of it.  What a massive undertaking.  They would

 7   never have done that if they had had to.

 8          Every one of those tins, I believe, according to

 9   testimony of Agent Wiesner, one of the other witnesses in the

10   case, holds about a thousand rounds of ammunition.

11          They're packed in paper with Chinese markings in

12   little strips of either 10 or 20 rounds of ammunition on a

13   stripper clip.  All of that has to be done to send this

14   ammunition.

15          Who would have done that if they didn't absolutely

16   have to?

17          Packouz testified they were already behind schedule to

18   the Army.

19          Now, Mr. Stirba gets up here and shows you the

20   contract that says you'll have three to six months after a task

21   order to make delivery.  What he didn't show you is what Adam

22   Schwartz showed you, that is, the task orders, the specific

23   orders, that showed that one task order was due March 30th.

24   They were already behind that.  And the next one was due at the

25   end of April.  They're about to be behind on that.

Rebuttal Argument by Mr. Tamen                    120

1          It wasn't three to six months that they had to get

2     this ammo shipped.  They were behind on one and they had days

3     on the other.  Would they have gone through the repacking of

4     this kind of ammunition if they didn't have to?

5          Well, they had some problems.  Pinari and MEICO didn't

6     want to do it.  Evdin didn't want to bear the expense of doing

7     it.  And the cost to repack was as much as the savings in

8     weight.  In fact, the Defendant's own e-mail to Evdin said the

9     same thing.

10         If we can have EM 85.  Is that 85?  Let's look at the

11    bottom portion from -- the last couple paragraphs.

12         This is from Ralph Merrill to Evdin.  "It takes

13    30 seconds to open the lid and pull the tin and set the tin on

14    a pallet."  Then he goes into calculations of what this

15    involves.  Just removing the crates doesn't cost very much.

16         But he's talking about saving money by removing the

17    crates and putting the tins on the pallets.  That's his plan

18    until he finds out that there's Chinese markings on the tins,

19    the data cards and the paper.

20         Mr. Merrill had an interesting explanation for why he

21    thought they had to go through this massive expense and

22    time-consuming operation to remove the tins.

23         He said, "Well, there was a problem with some of the

24    tins that were rusty and we had to inspect the ammunition to

25    make sure that we weren't going to be sending any rusty tins to

1    the ammo (verbatim)."  There's a few things wrong with that.

2          First, can we have the -- he said -- I asked him,

3    "Where's the e-mails from David Packouz or Alex Podrizki or

4    Efraim Diveroli talking about rusty tins?  Where are they?

5          "Well, there weren't any."

6          But then he thought, "Well, wait a minute.  No.  There

7    was.  There was a communication that David Packouz sent to

8    Major Walck about the problems that were on the -- the problems

9    with the tins being rusty."

10          And if I may, do we have that Major Walck e-mail?  I

11    think it's 138.  No.  Oh, yes.  Let's enlarge the middle

12    portion of that.

13          This is a copy of the e-mail -- this is part of the

14    e-mail -- Packouz is sending to Major Walck.  You know what's

15    funny about Mr. Merrill's testimony?  His name's not on this

16    e-mail.  He didn't get a copy of it.

17          So his story that, "Yeah.  I remember seeing an e-mail

18    that there was a problem with the tins and that's why we had to

19    go through this massive 300 to 500,000-dollar operation

20    repacking" -- that didn't happen.  He didn't see this.

21          Plus, David Packouz explained the reason for this.

22    And his testimony -- Mr. Stirba may not remember it, but I do.

23          His testimony about why they were going -- why they

24    sent this memo to Major Walck -- he said it wasn't because

25    there was any problem with the tins.  He said it was because

1    they realized when they saw how pervasive the Chinese markings

2    were they were going to have to ship this ammunition to the

3    Army in a totally nonstandard fashion.

4            Military ammunition is normally packed in crates and

5    tins.  That's how it always goes.  They were going to send it

6    in cardboard boxes without data cards or anything else.

7            He said he wanted to make sure that the Army would

8    accept this kind of packing before they sent it.  That's why he

9    sent the e-mail.  It was a ruse to get excuse to get a cover

10   story, not because there were any problems with the tins.

11           There were enough e-mails with the problems with the

12   weight of the crates.  There were enough e-mails with the

13   prices, with the sources, with the quantities and everything

14   else.

15           If there had been a probation with rusty tins, they'd

16   be on the e-mails and Ralph Merrill would have had them.  But

17   there was no such problem.

18           There's also a lot of e-mail traffic in which

19   Mr. Merrill persistently talks about the need to repack the

20   eastern ammunition.

21           Well, he's the only person in this case that uses the

22   term "eastern ammunition."  And he's doing it because he

23   doesn't want to put "Chinese ammunition" in his e-mails.  He's

24   a little more cautious than some of the other people.

25           Besides which, having looked at the quantity of tins

1    that are involved -- and Mr. Merrill knows how ammunition is

2    packed, knows the quantities of ammunition that's being sent --

3    if he thought that there were problems with some of the tins

4    being rusty, the obvious solution would be just don't send

5    those tins.

6            Most of them are fine.  He never said that they are

7    all rusty or there was a pervasive problem.  So sending the

8    rest would be a lot less expensive and time-consuming than

9    taking every last bullet out of every last tin.

10           THE COURT:  You have ten minutes.

11           MR. TAMEN:  Thank you.

12           So his explanation doesn't really hold water.

13           Let's look at some other contradictions in his

14   testimony.

15           First, he says he never denied sending the e-mail with

16   the scraping photographs or any e-mail suggesting that they use

17   the Chinese problem as leverage for a better price.  That was

18   in his interview with Special Agent Perez on May 7th of 2008.

19           But, remember, the Defendant was not a suspect then.

20   But then, when he was confronted with the e-mails that you saw

21   with his name on it, then he broke down and admitted it.

22           He also said that he never -- he also said, when he

23   was asked first -- in Utah, he was asked, "When did you first

24   learn there was a problem with the Chinese ammunition?"

25           He said about a year before, which would have been

1    correct, in April of 2007.

2              He wasn't a suspect and he had no time to think of a

3    lie.

4              But that wasn't what he said in his interview on

5    May 7th, Luis Perez said.  And this is the trial testimony of

6    Agent Perez.

7              "And was Merrill asked again to state when it was he

8    learned there was a problem with the ammunition in that it was

9    sourced in Communist China?

10             "Yes, sir, he was.

11             "And on this occasion, what did he say about when he

12   had first learned there was a problem?

13             "He said he learned about it in August when special

14   agents had gone to AEY and conducted a search warrant.

15             "In '06 or '07?

16             "'07.

17             "But he triggered that knowledge to the search

18   warrant?

19             "Correct."

20             That's not what he told you in court.  That's not what

21   he said in Utah.  He's making up stories.  He can't keep them

22   straight.

23             What about the Chinese markings on the crate?  First,

24   he denied he sent those markings with the scraping photos.

25   Then when he was confronted with the header on the e-mail with

1    his name on it, he put his head down, "Yeah.  I did that."

2              And he was asked, "Well, you know, what was the reason

3    for that?"

4              The question of Mr. -- this is also --

5              MR. STIRBA:  Your Honor, I'm going to object,

6    respectfully.  I don't think any of this was testimony in the

7    trial at all that he's talking about now.

8              THE COURT:  Overruled.

9              MR. TAMEN:  In his testimony at trial, Agent Perez

10   says, "Did Mr. Koukios ask Mr. Merrill if he had any

11   communications with Efraim Diveroli about clearing off or

12   cleaning Chinese markings from the shipments of ammunition or

13   hiding them?"

14             And when asked that question, what did Mr. Merrill

15   say?  No.

16             Mr. Koukios then asked him if he had had any

17   communication with the people at AEY about scraping markings.

18             "Yes, he did.  Mr. Merrill said no.  He had no

19   communications."

20             "Did Mr. Merrill -- did Mr. Koukios ask Mr. Merrill if

21   he had ever told Diveroli to try to use the problematical

22   Chinese origin of the ammunition as leverage with the suppliers

23   in order to get a reduced price?

24             "He said he had no such communication.

25             "At that point, did Mr. Koukios show Mr. Merrill some

1    e-mails that include photographic attachments?

2              "That's when he put his head in his hands and sighed

3    and admitted those were his."

4              Now, is that the response of somebody who's been

5    innocent all along or is that the response of somebody who

6    knows he's done something wrong, figures he can deny it, gets

7    caught and says, "Okay.  You got me"?

8              Mr. Merrill gave you a very long and strange

9    explanation about the purpose of those scraping photographs,

10   that, basically, they were -- he took them so he could show the

11   Albanian Ministry of Defense how to use a hammer and chisel and

12   take the markings off of boxes because he was afraid they were

13   going to get stolen.

14             Each of them weighs 66 pounds, and there's thousands

15   of them; but somehow there's a concern, even though Agent

16   Mentavlos told you they were stored at the military wing of the

17   airport in Tirana.  Military.  Albania, for decades of Chinese

18   communist dictatorship.  If communist dictatorships are good at

19   anything, it's securing their armaments.

20             But, anyway, I asked him -- I asked Mr. Merrill if he

21   had made any contradictory statements about the same subject on

22   another occasion.

23             And I read him a quote.

24             Can we have this on ELMO in case it's a little hard to

25   see?

 1              THE COURT:  You've got to move it over to the left, if
 2     you want the red box.
 3              MR. TAMEN:  There we go.
 4              I asked him about whether he testified in a hearing
 5     before another judge in this case on December 9th.  And I asked
 6     him if he remembered being asked this question and giving this
 7     answer.
 8              MR. STIRBA:  Your Honor, this is not rebuttal.  I
 9     didn't say one word about this.
10              THE COURT:  Overruled.
11              MR. TAMEN:  Okay.  This is Mr. Merrill himself on the
12     stand under oath, being questioned in court.
13              "Okay.  And so you sent that e-mail with an idea of
14     how to conceal the Chinese origin back before any of the
15     ammunition shipped.  Isn't that correct?
16              "Yes, sir."
17              That was Mr. Merrill's own testimony, totally
18     different from the testimony he gave on the witness stand.
19              Mr. Merrill was asked at his interview about whether
20     or not he had ever tried to use the Chinese problem as leverage
21     to get a better price, and he denied it.
22              Then Mr. Koukios showed him E-mail 175, which you've
23     seen quite a few times.  Then he said, "Yeah.  Okay.  I did
24     that, too."
25              But then he's on the witness stand now.  And what is

1    he saying?  He's come up with all kinds of explanations for

2    what his purpose was in sending E-mail 175, except to use the

3    leverage of the Chinese problem to get a better price.

4            But when you read through that e-mail in its

5    entirety -- and it deals with several subjects -- there will be

6    no doubt in your mind that he is trying to use that problem as

7    leverage to get a better price from Evdin on the ammunition he

8    was buying.

9            THE COURT:  You have three minutes.

10           MR. TAMEN:  Mr. Merrill told you that -- when he

11   testified on the stand, that he got the letter -- he was told

12   from Efraim Diveroli that he got a letter from his lawyer

13   saying it was all okay to sell had Chinese ammunition, except

14   that that never happened.

15           Now, why would Efraim Diveroli tell him that?  He

16   didn't tell David Packouz, his childhood friend, there was any

17   such letter.  He himself pled guilty.  He knows there was no

18   such legal guidance.  Why would Efraim Diveroli lie to Ralph

19   Merrill in order to get him to stay with this contract, to keep

20   on the deal?

21           Mr. Merrill suggests, "Well, maybe he needed to do

22   that in order to get me to stay on the deal, to make me think

23   it was legal."

24           The problem with that is, first of all, there's

25   absolutely no letters.  There's no e-mails on this subject.

1    None of the other witnesses said anything of this sort.

2         But the last point is Efraim Diveroli already knows

3    that Ralph Merrill will lie to the Government in order to get a

4    contract.

5         Efraim Diveroli was the one who wrote up that whole

6    fraudulent past performance memo about the Czech ammunition

7    deal between AEY and Vector that never took place and sent it

8    to Merrill and said, "Here.  Send this to the Army" and Merrill

9    did.

10        Merrill and Diveroli and Packouz are constantly

11   talking about how they can clear the Chinese markings off the

12   crates, the tins, the papers and the packing slips in order to

13   sell Chinese-made ammunition to the Government.

14        At no point do you see an e-mail from Mr. Merrill

15   saying, "I don't really want to be a part of this.  We

16   shouldn't do this.  We should buy some other ammunition."

17        No.  He's in on it.  And Mr. Diveroli knows full well

18   he's in on it.  He doesn't need to convince him to participate

19   in a criminal conspiracy by pretending that it's all legal.

20        It's also kind of curious that Mr. Merrill thinks that

21   it's okay to send this ammunition -- or he told you he thought

22   it was okay because it was from Albania and not China.

23        There were three different e-mails from the State

24   Department saying, "You can't do this."  His response, "Well,

25   they don't know what they're talking about.  This is a

Rebuttal Argument by Mr. Tamen                130

1    contracting issue.  Diveroli should have called the Army to get

2    their input."

3           Well, of course, he never sent any letters to the

4    Army.  He had their phone number and e-mail address.  If he's

5    going to participate in this, he certainly could have sent the

6    e-mail or made the phone call that he said Diveroli just wasn't

7    doing.  Why didn't he?

8           Well, there's a reason nobody contacted the Army about

9    this contract.  Remember the e-mail from Podrizki talking about

10   making a discreet inquiry in Washington about whether we can do

11   this.

12          Because these guys are cagey.  They aren't stupid.

13   And they're going to try and put a fraud over on the Army.

14   They're not going to alert them to look.

15          They're not going to tell the Army contracting people,

16   "We may be able to get some Chinese ammunition to sell you.  Is

17   that okay?"  Because the Army might just say, "Well, maybe we'd

18   better check and see where the ammunition is coming from."

19          So they're keeping mum to the Army because they're

20   planning to sell this ammunition to the Army.  If they can't do

21   it legally, they'll do it illegally.  But they don't want to

22   alert the Army that there might be a problem or give them any

23   reason to look.

24          I want you to reflect on something that I believe

25   you'll see has been a consistent pattern in the Defendant's

1    responses to incriminating facts.

2            First of all, he'll say, "Well, what I'm telling you

3    wasn't documented in writing, letters or e-mails because it was

4    all handled over the phone."

5            No matter how many incriminating e-mails there may be

6    on the topic, he says, well, all the exculpatory communications

7    were by telephone and never in writing.

8            If that doesn't work, his other response is, "It

9    doesn't really mean what it says.  I didn't really send that

10   e-mail with scraping of Chinese -- 'Made in China' off the

11   boxes to show somebody that we could scrape 'Made in China' off

12   the boxes.  There's a whole other explanation for that."

13           Or if that doesn't work, "Well, I wasn't in his other

14   fallback position.  I wasn't involved.  That was all Efraim

15   Diveroli's job."

16           He's in this contract from the get-go up to his

17   eyeballs, but everything incriminating is done by Efraim

18   Diveroli and he doesn't know a thing about it.

19           And then, if he didn't -- maybe he didn't know what

20   Efraim Diveroli was doing.  But if he did know, then he thought

21   it was all legal.

22           Remember the last words of testimony from Special

23   Agent Luis Perez.  Mr. Merrill did not contradict him on this.

24   Mr. Merrill did not volunteer any explanation for this

25   testimony.

1          He said, "The ammunition was what it was.  They

2   decided to go forward with selling it and it was a high-stakes

3   poker game."

4          Well, $298 million certainly is high stakes.  And he

5   did it to protect his investment.  Well, either Special Agent

6   Perez totally made that up or the Defendant admitted in that

7   interview on May 7th, 2008, that he was in a conspiracy with

8   Efraim Diveroli to commit a fraud on the US Government.

9          The ammunition was what it was.  It was Chinese.  It

10  was made by a Chinese military entity.  It couldn't be sold to

11  the US Government.  So the high-stakes poker game was to try to

12  put one over on the Government by taking every last bullet out

13  of every last packaging and selling it to the Government

14  anyway.

15         When you gamble, when you play high-stakes poker,

16  sometimes you lose.  The overwhelming evidence of guilt in this

17  case doesn't leave Ralph Merrill with a winning hand.  Getting

18  away with this crime is just not in his cards.

19         The only verdict that you can return that will

20  accurately reflect what happened is knowing and intentional

21  involvement in the conspiracy with Diveroli and Packouz and

22  Podrizki to put something over on the Government to sell the

23  Government ammunition they all knew they could not legally sell

24  is to find him guilty of these offenses.

25         The last point I wanted to make was a minor one, but

1    it's covered in E-mail 144.  Mr. Merrill said -- could we have

2    E-mail 144 -- Mr. Merrill said that he thought that all of the

3    ammunition that they were selling to the Government came from

4    Albania.

5          Well, amongst the other information on this is this

6    e-mail, "Due to Chinese packing" -- this is April 26th.  And

7    he's copied on this -- "Due to the Chinese packing, we will

8    begin with Albanian production of 7.62 by 39.  We don't have

9    Albanian Tracer for both calibers."

10         Mr. Packouz testified that the Albanians had a good

11   supply of 7.62 by 39, but they didn't have Albanian-made

12   7.62 by 54 and that was a fact that they discussed.  "We don't

13   have Albanian Tracer for both calibers."  They have to buy some

14   of this ammunition Chinese.

15         They're talking about in this e-mail, "2 delivery with

16   7.62 by 54 ball and Tracer Chinese production" -- that's

17   numeral 2 there -- "the week 7-13 through May.  The goods must

18   be repacking as we will agree for the form.  Wooden boxed

19   repainted or cardboard boxes that will arrive in Albania."

20         That's not an e-mail that talks about, "We're going to

21   sell Albanian ammunition to the Government."  That's an e-mail

22   that says, "We have to sell some Chinese.  We're going to sell

23   them the Albanian first because it's ready.  We're going to

24   repack the Chinese and we're going to paint over" --

25   Mr. Merrill says he doesn't know what they were doing?  You

1    don't save weight in a carton by repainting it.

2            So what does this tell you?  He knew exactly what they

3    were doing.  He knew it at least on April 26th.  He knew it

4    before that.  He knew it throughout.  And he is a member of

5    this conspiracy.

6            Maybe his lawyer would like you to think that David

7    Packouz and Efraim Diveroli pled guilty to something that's not

8    even a crime because the ammunition wasn't Chinese or it wasn't

9    acquired from China or nobody knew it was Chinese.

10           But, in fact, they knew what they were doing.  They

11   knew it was wrong.  They all discussed what they were doing.

12   They all discussed and knew that it was wrong.

13           David Packouz's earliest e-mail to all the potential

14   suppliers said ammunition from Chinese factories is not

15   acceptable, and he sent a copy to Ralph Merrill so Ralph

16   Merrill could tell his suppliers the same thing:  We can't take

17   ammunition from Chinese factories.

18           But they did.  They tried to cover it up.  Eventually,

19   they got caught.  And that's why you should find this Defendant

20   also guilty as charged.

21           Thank you.

22           (End of requested excerpt.)

23

24

25

1

2                            C E R T I F I C A T E

3

4          I hereby certify that the foregoing is an accurate

5   transcription of the proceedings in the above-entitled matter.

6

7

8   _____        /s/Lisa Edwards
         DATE              LISA EDWARDS, CRR, RMR
9                          Official United States Court Reporter
                           400 North Miami Avenue, Twelfth Floor
10                         Miami, Florida 33128
                           (305) 523-5499
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25