UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 08-20574 Cr (Lenard)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RALPH MERRILL,

   Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Ralph Merrill ("Merrill"), Defendant in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment of conviction entered in this action on the 25th day of March 2011.  The appeal is being filed pursuant to the provisions of 28 U.S.C. § 1291 and 28 U.S.C. § 1294.

DATED this 25th day of March, 2011

                              Respectfully submitted,

                              HIRSCHHORN & BIEBER, P.A.
                              Attorneys for Defendant
                              550 Biltmore Way
                              Penthouse Three A
                              Coral Gables, Florida 33134
                              Telephone:     (305) 445-5320
                              Telecopier: (304) 446-1766

                              By:    s/ Brian H. Bieber_____
                                          Brian H. Bieber

                Florida Bar #8140
                bbieber@aquitall.com

LEAD COUNSEL ON APPEAL:

       Peter Stirba
       Nathan A. Crane
       Stirba & Associates
       215 S. State Street, Suite 750
       Salt Lake City, UT 84111
       (801) 364-8300
       ncrane@stirba.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                s/ Brian H. Bieber
                BRIAN H. BIEBER